UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
BRANDON L HEITMANN,  CASE NO. 24-41956-MAR
DEBTOR.  JUDGE MARK A RANDON
_____/

## STIPULATION ADJOURNING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

The parties hereby stipulate to the terms and conditions as set forth in the attached order.

/s/ Krispen S. Carroll – mcs
Krispen S. Carroll (P49817)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

/s/ Robert N Bassel
Robert N Bassel (P48420)
P O Box T
Clinton, MI 49236-0000
248/677 1234
bbassel@gmail.com


/s/ Heather Burnard
Trott Law PC
Heather Burnard (P66321)
Attorney for Associated Bank
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248/642-2515
easternECF@trottlaw.com


/s/ Gregory B Dickinson
Gregory B. Dickinson
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313/226-9678
Gregory.Dickinson@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>BRANDON L HEITMANN,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 24-41956-MAR<br>JUDGE MARK A RANDON |

## PROPOSED
## ORDER ADJOURNING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

This matter came before the Court upon the stipulation between Debtor and Chapter 13 Trustee consenting to the terms of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**IT IS HEREBY ORDERED** that the Meeting of Creditors is rescheduled to:

*NEW 341 DATE:*       *June 28, 2024*            TIME:   *10:00 a.m.*
*LOCATION*:           *Zoom video meeting. Go to: Zoom.us/join. Enter:*
                      *Meeting ID 949 724 7977, and Passcode 2718849134,*
                      *OR call (313) 331-6488*

**IT IS FURTHER ORDERED** that based upon the rescheduling of the Debtor's Section § 341 Meeting of Creditors, the Debtor's Confirmation Hearing to be conducted pursuant to the Judge's procedures posted on the Court's website at www.mieb.uscourts.gov shall be adjourned to:

*NEW CONFIRMATION DATE:*    *August 14, 2024*         TIME:   *9:00 a.m.*

**IT IS FURTHER ORDERED** that Debtor or Debtor's counsel shall:
(a) provide no less than twenty-one (21) days written notice of these adjourned dates and times to all parties in interest;
(b) file a Proof of Service evidencing notice to creditors with the Clerk of the Court and a copy to the Chapter 13 Trustee no later than five (5) days prior to the adjourned meeting of creditors.

**IT IS FURTHER ORDERED** that the deadlines:
(a) for filing objections to the confirmation of the plan is 21 days from the date of adjourned Section 341 Meeting of Creditors is held;
(b) that the deadlines to Object to Debtor's discharge or to challenge dischargeability of a certain debt is 60 days after the new date.

**IT IS FURTHER ORDERED** that Debtor will remit payments as follows:
☒       Debtor's TFS plan payment in the amount of $4000 will post on Trustee's records on or before May 28, 2024;

☒ 100% hearing to hearing;

**IT IS FURTHER ORDERED** that Debtor file and/or serve the following documents on the Trustee's office, on or before June 14, 2024,:

☒ Recent pay stubs for debtor and non-filing spouse

☒ 2021 amended tax return and 2023 income tax return with W-2s/1099s

☒ One year of personal and business (Exigent Landscaping LLC) bank statements

**IT IS FURTHER ORDERED** that in the event the Debtor fail(s) to appear at the adjourned Section 341 Meeting of Creditors, or should the Debtor fail to comply with any of the terms or conditions above, the Trustee may submit an Order of Dismissal or Re-Conversion to the bankruptcy court along with an Affidavit attesting to the Debtor's failure to appear at the adjourned Section 341 Meeting of Creditors, or failure to comply with the other terms and conditions in the above Order and the proceedings may be dismissed or reconverted upon Order of the Court without further notice or hearing.