# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Exigent Landscaping, LLC,
  *dba* Exigent Design and Build,
    Debtor.

Bankruptcy Case No. 23-46912-tjt
Hon. Thomas J. Tucker
Chapter 11
Subchapter V

## NOTICE OF APPEARANCE

Robert N. Bassel hereby files an appearance in this case on behalf of Amanda Pisarski and requests copies of all papers filed in this case.

                Respectfully submitted,

                /s/ Robert N. Bassel P48420
                POBOX T
                Clinton, MI 49236
                248.677.1234
                bbassel@gmail.com

Date: 1.24.2024