# Exhibit 1
# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re:

EXIGENT LANDSCAPING, LLC,            Case No. 23-46912-tjt
                                                        Chapter 7 case
                      Debtor.                   Hon. Thomas J. Tucker
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter having come before the Court on Caterpillar Financial Services Corporation's Motion for Relief from Automatic Stay, and the Court being otherwise fully advised in the premises:

IT IS ORDERED, that the automatic stay of section 362(a) of the Bankruptcy Code is hereby terminated as to Caterpillar Financial Services Corporation, Caterpillar Financial Services Corporation is granted leave to peacefully remove the following Remaining Equipment from the Debtor's premises, wherever located, and to dispose of same in accordance with law:

    a.   Caterpillar 301.4c Hydraulic Excavator, s/n LJ300158;

    b.   Caterpillar 303.5E2CR Hydraulic Excavator, s/n JWY05320;

    c.   Caterpillar 308E2CR5B Hydraulic Excavator, s/n FJX01882

    d.   Caterpillar 279D3 Compact Track Loader, s/n RB904128;

    e.   Caterpillar 299D3 Compact Track Loader, s/n DY907027

    f.   Caterpillar 279D3 Compact Track Loader, s/n RB904190

IT IS FURTHER ORDERED that Debtor must cooperate with Caterpillar Financial Services Corporation in the removal of the Equipment from Debtor's premises.

IT IS FURTHER ORDERED, that, upon sale of the Equipment, the sale proceeds shall be credited to the amount due to Caterpillar Financial Services Corporation in reduction of its claim in these proceedings.

Date:_____ _____
UNITED STATES BANKRUPTCY JUDGE