# Exhibit 2
# Notice and Opportunity to Object

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re:

EXIGENT LANDSCAPING, LLC,            Case No. 23-46912-tjt
                                                                Chapter 7 case
                       Debtor.                  Hon. Thomas J. Tucker
_____/

## NOTICE OF AND OPPORTUNITY TO OBJECT TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

       Caterpillar Financial Services Corporation has filed a Motion to Modify the Automatic Stay (the "<u>Motion</u>").

       **<u>Your rights may be affected.</u>** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, within 14 days, you or your attorney must:

       1.      File with the Court a written response or an answer, explaining your position at:[1]

> United States Bankruptcy Court
> Eastern District of Michigan
> 211 West Fort Street, Suite 1900
> Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

       You must also mail a copy to:

> Jason Z. Brainer
> Dickinson Wright PLLC
> 500 Woodward Avenue, Suite 4000
> Detroit, Michigan 48226

       2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of date, time and location of the hearing.

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

DICKINSON WRIGHT PLLC

By: /s/ Jason Z. Brainer
James A. Plemmons (P42982)
Jason Z. Brainer (P69653)
*Attorneys for Caterpillar Financial Services Corporation*
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
jplemmons@dickinsonwright.com
jbrainer@dickinsonwright.com

Dated: 02/21/2024