# Exhibit 4
# Certificate of Service

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In re:

EXIGENT LANDSCAPING, LLC,            Case No. 23-46912-tjt
                                                                                 Chapter 7 case
                             Debtor.                           Hon. Thomas J. Tucker
_____/

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024 I served **CATERPILLAR FINANCIAL SERVICE CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY; PROPOSED ORDER; NOTICE AND OPPORTUNITY TO OBJECT; BRIEF IN SUPPORT OF SAME; EXHIBITS TO SAME;** and **CERTIFICATE OF SERVICE** to the following:

| **DEBTOR** | **TRUSTEE** |
|---|---|
| Exigent Landscaping, LLC | Mark H. Shapiro |
| 13246 23 Mile Road | 25925 Telegraph Rd. |
| Shelby Township, MI 48315 | Suite 203 |
| **BY FIRST CLASS MAIL** | Southfield, MI 48033-2518 |
| | shapiro@steinbergshapiro.com |
| | **BY ECF** |
| **COUNSEL FOR DEBTOR** | **U.S. TRUSTEE** |
| Ernest Hassan | Kelley Callard (UST) |
| Stevenson & Bullock, P.L.C. | United States Trustee |
| 26100 American Drive | 211 West Fort Street |
| Suite 500 | Suite 700 |
| Southfield, MI 48034 | Detroit, MI 48226 |
| ehassan@sbplclaw.com | Kelley.callard@usdoj.gov |
| **BY ECF** | **BY ECF** |

**20 UNSECURED CREDITORS**
**BY FIRST CLASS MAIL**

| | |
|---|---|
| 24 Capital | AG Gas Service |
| 1545 Route 202 | 27231 Doxtator |
| Suite 101 | Dearborn Heights |
| NY 10907 | MI 48127 |

American Express
PO Box 650448
Dallas, TX
75265-0448

Classic Pools
14073 Southwoods Court
Southgate, MI 48195

First Foundation Bank
5403 Olympic Drive NW
Gig Harbor, WA
98335

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Joe Regalado
14127 Kings Park Court
Utica, MI 48315

Kirk, Huth, Lange & Badalamenti, P.L.C.
19500 Hall Rd #100
Clinton Township, MI 48038

Rock Botton
4057 S Dort Hwy
Burton, MI 48529

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Upstart Loan Operations
PO Box 1503
San Carlos, CA 94070

Citizens Bank, N.A.
One Citizens Plaza
Providence, RI
02903

Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018

Gateway Engineering
8155 Annsbury Dr.
Suite 109
Utica, MI 48316

IOU Central Inc.
d/b/a IOU Financial Inc.
c/o Bret T. Thrasher
1170 Peachtree Street NE
Suite 1925
Atlanta, GA 30309

Kabbage
730 Peachtree St NE
Suite 1100
Atlanta, GA 30308

Malek Shamaya
19429 Gold River
Macomb, MI 48044

SCP Pool Corp.
35015 Glendale St.
Livonia, MI 48150

Unique Funding Solution
71 S Central Ave, Suite 200
Valley Stream, NY 11580

Western Equipment Finance, Inc.
503 Highway 2 West
Devils Lake, ND 58301

DICKINSON WRIGHT PLLC

By: /s/ Jason Z. Brainer
    James A. Plemmons (P42892)
    Jason Z. Brainer (P69653)
Attorneys for Caterpillar Financial Services Corporation
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
jplemmons@dickinsonwright.com
jbrainer@dickinsonwright.com

Dated: 02/21/2024