# EXHIBIT B
# ASSIGNMENT OF INSTALLMENT SALES CONTRACTS

THIS IS A COPY
The Authoritative Copy of this record is held at na2.docusign.net

## ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)
### Transaction Number 3610026



**CAT**
**Financial**

## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
248800 NOVI ROAD
NOVI, MI 48375

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203-0001

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sale Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Transaction Number **3610026**, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer. (j) upon acceptance

of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$27,766.20** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will enure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

*John Royster*

Document Analyst

12/20/2018

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

*Colin Zeler*

Dealer Support

12/20/2018

6120696 12/14/2018 10:25 AM CT

23-46012-tjt    Doc 161-7    Filed 02/21/24    Entered 02/21/24 16:29:20    Page 2 of 24

**ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)**
Transaction Number 3675647



## 1. PARTIES

**ASSIGNOR:**                                                    **ASSIGNEE:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**    **CATERPILLAR FINANCIAL SERVICES CORPORATION**
248800 NOVI ROAD                                              2120 West End Avenue
NOVI, MI 48375                                                Nashville, TN 37203-0001

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Transaction Number **3675647**, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance

of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$57,042.00** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will enure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

Signature _____

Name (print) _____
                John Royster
                Document Analyst
Title _____

Date _____

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

Signature _____

Name (print) _____
                Tared Donbert

Title _____
                Finance Rep
Date _____5/13/2019_____

Form No. USA1876_232                                                                                      6227682 05/01/2019 8:46 AM CT

**ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)**
Transaction Number 3694484



## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
248800 NOVI ROAD
NOVI, MI 48375

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203-0001

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Transaction Number **3694484**, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance

of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$76,856.64** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will enure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

Signature _____

Name (print) _____
John Royster
Title _____
Document Analyst

Date _____

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

Signature _____

Name (print) _____ Jared Danbert

Title _____ Finance Rep

Date _____ 5/30/2019

Form No. USA1876_232

6253071 05/28/2019 11:26 AM CT

THIS IS A COPY
The Authoritative Copy of this record is held at na3.docusign.net

## ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)
**Contract Number 001-70046651**

**CAT Financial**

## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
24800 NOVI ROAD
NOVI, MI 48375-2414

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Contract Number 001-70046651, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$41,398.20** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will ensure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

*Jared Wayburn*

_____

Transaction Coordinator

9/21/2021

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

*Colin Zeler*

_____

Dealer Support

9/21/2021



THIS IS A COPY
The Authoritative Copy of this record is held at na3.docusign.net

**ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)**
Contract Number 001-70074443

**CAT Financial**

## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
24800 NOVI ROAD
NOVI, MI 48375-2414

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Contract Number 001-70074443, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is without recourse as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$92,742.60** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will ensure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

*Daniel Davis*

_____

Transaction Coordinator I

4/22/2022

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

*Barry Hendges*

_____

Dealer Finance Manager

4/21/2022



US Assignment of Installment Sale 12/12 Ref. 1339620

THIS IS A COPY
The Authoritative Copy of this record is held at na3.docusign.net

## ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)
**Contract Number 001-70074488**



## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
24800 NOVI ROAD
NOVI, MI 48375-2414

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Contract Number 001-70074488, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$100,705.80** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will ensure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

*Daniel Davis*

_____

Transaction Coordinator I

5/3/2022

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

*Barry Hendges*

_____

Dealer Finance Manager

4/29/2022



US Assignment of ISC (rev 4/2018) 0041.mtg    438F1A41D9B7487... 0FB22EFA... Ref. 1339821

THIS IS A COPY
The Authoritative Copy of this record is held at na3.docusign.net

**ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)**
Contract Number 001-70074490

**CAT**
**Financial**

## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
24800 NOVI ROAD
NOVI, MI 48375-2414

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Contract Number 001-70074490, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3. Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$92,742.60** without offset or deduction of any kind.

4. This Assignment will be binding on Assignor, its successors and assigns and will ensure to the benefit of Assignee, its successors and assigns.

5. This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

*Daniel Davis*

_____

Transaction Coordinator I

5/9/2022

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

*Barry Hendges*

_____

Dealer Finance Manager

5/6/2022



US Assignment of Installment Sale Contract   438FLR0715 (02-09-16) V.2.00 (09-02-14) Ref. 1339837

THIS IS A COPY
The Authoritative Copy of this record is held at na3.docusign.net

**ASSIGNMENT OF INSTALLMENT SALE CONTRACT (WITHOUT RECOURSE)**
**Contract Number 001-70074491**

**CAT Financial**

## 1. PARTIES

**ASSIGNOR:**

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**
24800 NOVI ROAD
NOVI, MI 48375-2414

**ASSIGNEE:**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
2120 West End Avenue
Nashville, TN 37203

## 2. ASSIGNMENT

For valuable consideration, the receipt of which is acknowledged, the Assignor identified above ("Assignor") sells, assigns, transfers and sets over to the Assignee identified above, its successors and assigns, all of Assignor's interest in and right and remedies under the Installment Sales Contract between Assignor and **EXIGENT LANDSCAPING, LLC** ("Buyer"), Contract Number 001-70074491, together with any and all notes, guaranties, certificate, instruments or other agreements related thereto (collectively, the "Contract"), including all of Assignor's rights to collect any and all installments due and to become due on the Contract and to take, in Assignor's or Assignee's name, any and all proceedings Assignor might otherwise take, and (b) Assignor's security interest in the Units (as such term is defined in the Contract). This Assignment is <u>without recourse</u> as to Buyer's financial ability to pay.

## OTHER TERMS AND CONDITIONS

3.  Assignor represents and warrants to Assignee that (a) the Contract is genuine and all statements of fact contained therein are true and correct; (b) the Contract has been duly authorized, executed and delivered by the parties thereto, (c) the signatures on the Contract are the genuine signatures of the parties whose signatures they purport to be, (d) the Contract is the original and only contract executed in connection with the Units; (e) the Contract constitutes the entire agreement of the parties with respect to the Units; (f) the Contract is a valid and binding agreement of each party thereto, enforceable against such party in accordance with its terms; (g) Assignor has the right to assign the Contract to Assignee; (h) as of the date hereof, no party to the Contract is in default thereunder; (i) the Units have been delivered to Buyer under the Contract in satisfactory condition and have been unconditionally accepted by Buyer; (j) upon acceptance of this Assignment by Assignee, Assignee will have a valid, perfected, first priority security interest in the Units and in all equipment (if any) described as Additional Collateral in the Contract, and good title to the Contract, free of all liens, claims, security interests and encumbrances; and (k) as of the date hereof, the unpaid balance specified in the Contract is **$92,743.80** without offset or deduction of any kind.

4.  This Assignment will be binding on Assignor, its successors and assigns and will ensure to the benefit of Assignee, its successors and assigns.

5.  This Assignment will become effective only upon its acceptance by Assignee. If any provisions of this Assignment are in conflict with any applicable statute, rule or law, then such provisions will be deemed null and void to the extent that they may conflict therewith, but without invalidating any other provision hereof.

## SIGNATURES

**CATERPILLAR FINANCIAL SERVICES CORPORATION**

*Daniel Davis*

_____

Transaction Coordinator I

5/20/2022

**MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT**

*Jacob Myers*

_____

Finance Representative

5/19/2022



# EXHIBIT C
# UCC FINANCING STATEMENTS

THIS IS A COPY
The Authoritative Copy of this record is held at na2.docusign.net

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20181219000032-5

Filing Date and Time: 12/19/2018 07:40 AM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

BRYAN HUGHES

**B. E-MAIL CONTACT AT FILER** (optional)

bryan.hughes@michigancat.com

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)

BRYAN HUGHES
24800 NOVI ROAD
Novi, MI 48375 USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| EXIGENT LANDSCAPING, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 14450 Bournemuth Dr | Utica | MI | 48315 | USA |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 24800 Novi Rd | Novi | MI | 48375 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
1 - Caterpillar Model 301.4 SN LJ300158

And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

THIS IS A COPY
The Authoritative Copy of this record is held at na2.docusign.net

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20181219000046-8

Filing Date and Time: 12/19/2018 07:52 AM

Total Number of Pages: 1

*(This document was filed electronically)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| **BRYAN HUGHES** |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |
| **bryan.hughes@michigancat.com** |

| C. SEND ACKNOWLEDGEMENT TO: (Name and Address) |
| --- |
| **BRYAN HUGHES**<br>**24800 NOVI ROAD**<br>**Novi, MI 48375 USA** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
| --- | --- |
| **20181219000032-5** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
   For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:                    **AND** Check **one** of these three boxes to:

☐ This Change affects ☐ Debtor **or** ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| **OR** 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | |
| **OR** 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **2120 West End Ave** | **Nashville** | **TN** | **37203** | **USA** |

8. ☐ **COLLATERAL CHANGE:** **Also** check **one** of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
   Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)
   If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| **MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT** | | | |
| **OR** 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

███████████
███████████
███████████

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20190501000250-9

Filing Date and Time: 05/01/2019 09:58 AM

Total Number of Pages: 1

*(This document was filed electronically)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Jared Danbert** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **jared.danbert@michigancat.com** |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| **Jared Danbert** |
| **7700 Caterpillar Ct. SW** |
| **Grand Rapids, MI 49548 USA** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **EXIGENT LANDSCAPING, LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **14450 BOURNEMUTH DR** | **Utica** | **MI** / **48315** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **24800 NOVI RD** | **Novi** | **MI** / **48375** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
1-Caterpillar model 303.5 s/n JWY05320

And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20190513000265-6**

Filing Date and Time: 05/13/2019 10:07 AM

Total Number of Pages: 1

*(This document was filed electronically)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Jared Danbert** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **jared.danbert@michigancat.com** |

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Jared Danbert**
**7700 Caterpillar Ct. SW**
**Grand Rapids, MI 49548 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **20190501000250-9** | (or recorded) in the REAL ESTATE RECORDS |
| | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2120 West End Avenue** | **Nashville** | **TN** | **37203** | **USA** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| **MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT** | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20190528000533-6**

Filing Date and Time: 05/28/2019 12:41 PM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jared Danbert

**B. E-MAIL CONTACT AT FILER (optional)**
jared.danbert@michigancat.com

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
Jared Danbert
7700 Caterpillar Ct. SW
Grand Rapids, MI 49548 USA

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** EXIGENT LANDSCAPING, LLC | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS** 14450 BOURNEMUTH DR | CITY Utica | STATE MI | POSTAL CODE 48315 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS** 24800 NOVI RD | CITY Novi | STATE MI | POSTAL CODE 48375 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
1-Caterpillar model 308 s/n FJX01882

And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20190530000627-9

Filing Date and Time: 05/30/2019 12:36 PM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jared Danbert

**B. E-MAIL CONTACT AT FILER (optional)**
jared.danbert@michigancat.com

**C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**
Jared Danbert
7700 Caterpillar Ct. SW
Grand Rapids, MI 49548 USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20190528000533-6

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:          **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION |

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) — SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 West End Avenue | Nashville | TN | 37203 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
|---|
| MACALLISTER MACHINERY CO., INC. DBA MICHIGAN CAT |

| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20210812000077-6**

Filing Date and Time: 08/12/2021 08:33 AM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Wolters Kluwer Lien Solutions  800-331-3282**

**B. E-MAIL CONTACT AT FILER (optional)**
**uccfilingreturn@wolterskluwer.com**

**C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **EXIGENT LANDSCAPING, LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **14450 BOURNEMUTH DR** | **UTICA** | **MI** | **48315** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2120 WEST END AVE** | **NASHVILLE** | **TN** | **372030986** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**ONE (1) CATERPILLAR 301.7-05CR Hydraulic Excavator S/N: JH705870 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**81924392**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20220415000745-0**

Filing Date and Time: 04/15/2022 03:41 PM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Wolters Kluwer Lien Solutions  800-331-3282**

**B. E-MAIL CONTACT AT FILER (optional)**
**uccfilingreturn@wolterskluwer.com**

**C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**
**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☒ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **EXIGENT LANDSCAPING, LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **14450 BOURNEMUTH DR** | **UTICA** | **MI** | **48315** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☒ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2120 WEST END AVE** | **NASHVILLE** | **TN** | **372030986** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**One (1) Caterpillar 279D3 Compact Track Loader S/N: RB904128 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☒ Public-Finance Transaction ☒ Manufactured-Home Transaction ☒ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☒ Agricultural Lien ☒ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☒ Lessee/Lessor ☒ Consignee/Consignor ☒ Seller/Buyer ☒ Bailee/Bailor ☒ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**86013598**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20220429000670-0

Filing Date and Time: 04/29/2022 02:18 PM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
**Wolters Kluwer Lien Solutions  800-331-3282**

**B. E-MAIL CONTACT AT FILER** (optional)
**uccfilingreturn@wolterskluwer.com**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER **20220415000749-6** | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
**One (1) Caterpillar 299D3 Compact Track Loader S/N: DY907027 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**86269783- Debtor: EXIGENT LANDSCAPING, LLC**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20220415000742-3**

Filing Date and Time: 04/15/2022 03:41 PM

Total Number of Pages: 1

*(This document was filed electronically)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Wolters Kluwer Lien Solutions  800-331-3282** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **uccfilingreturn@wolterskluwer.com** |

| C. SEND ACKNOWLEDGEMENT TO:  (Name and Address) |
|---|
| **Lien Solutions** <br> **P.O. Box 29071** <br> **Glendale, CA 91209-9071 USA** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **EXIGENT LANDSCAPING, LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **14450 BOURNEMUTH DR** | **UTICA** | **MI** | **48315** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2120 WEST END AVE** | **NASHVILLE** | **TN** | **372030986** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**One (1) Caterpillar 279D3 Compact Track Loader S/N: RB904130 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**86013540**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20220415000746-9**

Filing Date and Time: 04/15/2022 03:51 PM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Wolters Kluwer Lien Solutions  800-331-3282**

**B. E-MAIL CONTACT AT FILER (optional)**
**uccfilingreturn@wolterskluwer.com**

**C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**
**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **EXIGENT LANDSCAPING, LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **14450 BOURNEMUTH DR** | **UTICA** | **MI** | **48315** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2120 WEST END AVE** | **NASHVILLE** | **TN** | **372030986** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**One (1) Caterpillar 279D3 Compact Track Loader S/N: RB904190 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**86013808**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT D**
**ENTERED STIPULATED ORDER TO LIFT STAY**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In re:

EXIGENT LANDSCAPING, LLC,                          Case No. 23-46912-tjt
                                                   Chapter 11
                         Debtor.                   Judge Thomas J. Tucker
_____/

**ORDER GRANTING CATERPILLAR FINANCIAL SERVICES CORPORATION
RELIEF FROM THE AUTOMATIC STAY, DIRECTING DEBTOR TO SURRENDER
CERTAIN COLLATERAL, AND AUTHORIZING CATERPILLAR FINANCIAL
SERVICES CORPORATION AND/OR ITS DESIGNEE TO TAKE POSSESSION AND
DISPOSE OF THE COLLATERAL IN ACCORDANCE WITH THE LAW**

This case is before the Court on the stipulation of the creditor Caterpillar Financial Services

Corporation ("CAT Financial") and the Debtor Exigent Landscaping, LLC's ("Exigent"), for entry

of an order granting CAT Financial relief from the automatic stay, and related relief. (Docket

# 149, the "Stipulation"). Based on the Stipulation, the Court enters this Order.

**IT IS ORDERED** that:

1.      The automatic stay of section 362(a) of the Bankruptcy Code is terminated as to

CAT Financial, to the extent of permitting the actions described in this Order, below.

2.      Exigent is directed to immediately surrender to CAT Financial the following two

pieces of equipment (hereinafter referred to as the "Collateral") referenced in the Stipulation:

        a.   301.7-05CR Hydraulic Excavator, s/n JH705870; and,

        b.   279D3 Compact Track Loader, s/n RB904130.

3.      CAT Financial and/or its duly-authorized designees may take possession of the

Collateral and to dispose of same in accordance with state and federal law.

4.      Exigent must reasonably cooperate with CAT Financial in the transfer of the

Collateral to CAT Financial and/or CAT Financial's duly-authorized designee(s).

5.     Upon liquidation of the Collateral, the net proceeds of such liquidation must be credited to the amount due to CAT Financial in reduction of its claim in this case, plus attorney fees and costs, with any excess proceeds remitted to Exigent's bankruptcy estate.

**Signed on February 8, 2024**



/s/ **Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**