UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In re: | Case No. 23-46912

Caterpillar Financial Services Corp
Exigent Landscaping, LLC

    Debtor(s)

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark H. Shapiro*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to the trustee. Pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], the Court did not order compensation be awarded to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.


Date: <u>February 26, 2024</u>        By: <u>/s/ Mark H. Shapiro (P43134)</u>
                                                                 Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**