Revised 02/04

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

EXIGENT LANDSCAPING, LLC,

Case No. 23-46912-tjt
Chapter 7
Hon. Tucker

Debtor
                                          /

## STATEMENT OF CREDITOR
## REGARDING
## CORPORATE OWNERSHIP

[ X ]  The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

Name: GM Financial
Address: 801 Cherry St., Suite 3900
Ft. Worth, TX 76102

Name:
Address:

Name:
Address:

Name:
Address:

(For additional names, attach an addendum to this form)

[  ]  There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2024

/s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
Attorney for Creditor
Michiganlawyer@aol.com