# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 23-46912-TJT | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | EXIGENT LANDSCAPING, LLC | | Date Filed (f) or Converted (c): | 02/12/2024 (c) |
| For the Period Ending: | 2/29/2024 | | §341(a) Meeting Date: | 04/01/2024 |
| | | | Claims Bar Date: | 05/20/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Huntington Bank DIP | $0.00 | Unknown | | $3,359.02 | Unknown |
| 2 | 23 Mile Storage, LLC security deposit | $6,000.00 | Unknown | | $0.00 | Unknown |
| 3 | Accounts receivable | $185,000.00 | Unknown | | $0.00 | Unknown |
| 4 | Raw material (gravel, sand, pavers) | $4,000.00 | Unknown | | $0.00 | Unknown |
| 5 | Misc. office furniture, incl conference table, 4 desks, 12 chairs | $1,000.00 | Unknown | | $0.00 | Unknown |
| 6 | Office equipment, incl computers, printers, TV | $3,000.00 | Unknown | | $0.00 | Unknown |
| 7 | 2020 Hino 268A Dump Truck | $75,000.00 | Unknown | | $0.00 | Unknown |
| 8 | (2) 20" Trailer, 18" Trailer, 16" Trailer, 10" Trailer | $11,000.00 | Unknown | | $0.00 | Unknown |
| 9 | GMC 4500Truck | $39,000.00 | Unknown | | $0.00 | Unknown |
| 10 | 3 Trailers | $3,000.00 | Unknown | | $0.00 | Unknown |
| 11 | 2 Vacuum Paver Lifters | $1,500.00 | Unknown | | $0.00 | Unknown |
| 12 | 2020 Chevrolet Silverado (u) | Unknown | Unknown | | $0.00 | Unknown |
| 13 | 2021 Chevrolet Silverado Medium | $54,000.00 | Unknown | | $0.00 | Unknown |
| 14 | 2019 Chevrolet Silverado | $32,000.00 | Unknown | | $0.00 | Unknown |
| 15 | 2019 Sierra Limited | $33,000.00 | Unknown | | $0.00 | Unknown |
| 16 | 2018 GMC Van | $35,000.00 | Unknown | | $0.00 | Unknown |
| 17 | Caterpillar 301.7-05CR Hydraulic Excavator | $30,000.00 | Unknown | | $0.00 | Unknown |
| 18 | Caterpillar 303.5E2CR Hydraulic Excavator | $25,000.00 | Unknown | | $0.00 | Unknown |
| 19 | Caterpillar 308E2CRSB Hydraulic Excavator | $45,000.00 | Unknown | | $0.00 | Unknown |
| 20 | Caterpillar 299D3 Compact Track Loader | $100,000.00 | Unknown | | $0.00 | Unknown |
| 21 | 279D3 Compact Track Loader | $80,000.00 | Unknown | | $0.00 | Unknown |
| 22 | 279D3 Compact Track Loader | $80,000.00 | Unknown | | $0.00 | Unknown |
| 23 | 279D3 Compact Track Loader | $80,000.00 | Unknown | | $0.00 | Unknown |
| 24 | 2019 Caterpillar 259 Compact Track Loader | $45,000.00 | Unknown | | $0.00 | Unknown |
| 25 | Caterpillar 252B3 Compact Track Loader | $15,000.00 | Unknown | | $0.00 | Unknown |
| 26 | Topsoil Screener | $6,000.00 | Unknown | | $0.00 | Unknown |
| 27 | 2 Toro Dingo | $30,000.00 | Unknown | | $0.00 | Unknown |
| 28 | Large Tamper | $5,000.00 | Unknown | | $0.00 | Unknown |
| 29 | 5 Small Tampers | $5,000.00 | Unknown | | $0.00 | Unknown |
| 30 | 5 Stihl saws | $2,500.00 | Unknown | | $0.00 | Unknown |
| 31 | Rebar cutter and tier | $4,000.00 | Unknown | | $0.00 | Unknown |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 23-46912-TJT | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | EXIGENT LANDSCAPING, LLC | | Date Filed (f) or Converted (c): | 02/12/2024 (c) |
| For the Period Ending: | 2/29/2024 | | §341(a) Meeting Date: | 04/01/2024 |
| | | | Claims Bar Date: | 05/20/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 32 | 2 Compressors | $500.00 | Unknown | | $0.00 | Unknown |
| 33 | Misc. pool equipment and supplies | $2,000.00 | Unknown | | $0.00 | Unknown |
| 34 | Misc. hand tools | $4,000.00 | Unknown | | $0.00 | Unknown |
| 35 | Mud Buggy | $15,000.00 | Unknown | | $0.00 | Unknown |
| 36 | Cause of action against Natalie Powers, Geoff Wilson, and Eli Zahka (contract) | Unknown | Unknown | | $0.00 | Unknown |
| 37 | Possible insurance claim for stolen equipment | Unknown | Unknown | | $0.00 | Unknown |
| 38 | 2016 Ford F250 | $7,500.00 | $7,500.00 | | $0.00 | $7,500.00 |

**Asset Notes:** Order Authorzing Debtor to Sell 2016 Ford F 250 entered 1/22/2024 [docket no. 139]

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

$1,064,000.00     $7,500.00         $3,359.02     $7,500.00

**Major Activities affecting case closing:**
02/29/2024    Liquidation of assets

**Initial Projected Date Of Final Report (TFR):** 01/31/2026      /s/ MARK H. SHAPIRO
**Current Projected Date Of Final Report (TFR):** 01/31/2026      MARK H. SHAPIRO

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | | 23-46912-TJT | | **Trustee Name:** | | Mark H. Shapiro |
| **Case Name:** | | EXIGENT LANDSCAPING, LLC | | **Bank Name:** | | Pinnacle Bank |
| **Primary Taxpayer ID #:** | | **-***5176 | | **Checking Acct #:** | | ******0125 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | Checking Account |
| **For Period Beginning:** | | 8/7/2023 | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | | 2/29/2024 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/29/2024 | (1) | The Huntington National Bonk | Turnover of funds in account as of the date requested. | 1129-000 | $3,359.02 | | $3,359.02 |
| | | | **TOTALS:** | | $3,359.02 | $0.00 | $3,359.02 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,359.02 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,359.02 | $0.00 | |

**For the period of 8/7/2023 to 2/29/2024**

| | |
|---|---|
| Total Compensable Receipts: | $3,359.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,359.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/26/2024 to 2/29/2024**

| | |
|---|---|
| Total Compensable Receipts: | $3,359.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,359.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 23-46912-TJT | **Trustee Name:** Mark H. Shapiro |
| **Case Name:** | EXIGENT LANDSCAPING, LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***5176 | **Checking Acct #:** ******0125 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 8/7/2023 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 2/29/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,359.02 | $0.00 | $3,359.02 |

**For the period of 8/7/2023 to 2/29/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $3,359.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,359.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/12/2024 to 2/29/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $3,359.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,359.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO