UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,

                Debtor.
_____/

Case No. 23-46912-TJT
Chapter 7
Hon. Thomas J. Tucker

# MOTION FOR ORDER SETTING BAR DATE
# FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

Chapter 7 Trustee Mark H. Shapiro ("Trustee") brings this motion seeking entry of an order setting a bar date for filing Chapter 11 Administrative Claims pursuant to Fed. R. Bankr. P. 1019(6) and states as follows:

1.      Exigent Landscaping, LLC dba Exigent Design and Build ("Debtor") filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code on August 7, 2023 (Docket #1). The case was converted to a Chapter 7 on February 12, 2024 (Docket #152).

2.      Pursuant to Fed. R. Bankr. P. 1019(6), the deadline to file requests for administrative expenses incurred during a Chapter 11 case that subsequently is converted to Chapter 7 is "before conversion or a time fixed by the Court."

3.      As the Trustee requires accurate claim information to administer this estate, the Trustee asks that the Court set a claims bar date for claimants to seek approval of any administrative claims that arose while this case was in Chapter 11.

4. Authority for the requested relief is Fed. R. Bankr. P. 1019(6) and 11 U.S.C. § 105(a).

5. The Trustee proposes to set a bar date of May 20, 2024, which is also the general deadline to file claims in this case (*see* Docket #160).

Wherefore, the Trustee requests that this Court grant his motion as set forth in the attached proposed order and for such further relief as the Court deems appropriate.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Chapter 7 Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: March 1, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,            Case No. 23-46912-TJT
                                              Chapter 7
                Debtor.                  Hon. Thomas J. Tucker
_____/

## ORDER SETTING BAR DATE FOR FILING
## CHAPTER 11 ADMINISTRATIVE CLAIMS

This matter is before the Court on the Trustee's Motion for Order Setting Bar Date for Filing Chapter 11 Administrative Claims (the "Motion"; Docket #___). Notice of the Motion was served on creditors and interested parties and no objections were timely filed.

IT IS ORDERED that all requests for approval of administrative expenses pursuant to 11 U.S.C. § 503 that were incurred before conversion of this case to Chapter 7 must be filed with the Court no later than **May 20, 2024**.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Exigent Landscaping, LLC, xx-xxx5176<br>dba Exigent Design and Build<br>13246 23 Mile Road<br>Shelby Township, MI 48315 | Case No. 23-46912-TJT<br>Chapter 7<br>Hon. Thomas J. Tucker |

                       Debtor.
_____/

## NOTICE OF MOTION FOR ORDER SETTING BAR DATE
## FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

Chapter 7 Trustee Mark H. Shapiro has asked the Court to set a Bar Date of **May 20, 2024**, for the filing of Chapter 11 (*i.e.*, pre-conversion) Administrative Claims that might be requested under 11 U.S.C. § 503.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Trustee's motion, or if you want the Court to consider your views on the motion, then within 14 days from the date of service of this notice, you or your attorney must:

File with the Court a written objection or request for hearing, explaining your position at:[1]

    U.S. Bankruptcy Court
    211 West Fort Street
    Detroit, Michigan 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will **receive** it before the 14-day period expires. All attorneys are required to file pleadings electronically.

---

[1] Objection or request for hearing must comply with F. R. Civ. P. 8(b), (c), and (e).

You must also send a copy to:

> Tracy M. Clark, Esq.
> Steinberg Shapiro & Clark
> 25925 Telegraph Rd., Suite 203
> Southfield, Michigan 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: March 1, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,  Case No. 23-46912-TJT
 Chapter 7
         Debtor.  Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I certify that on March 1, 2024, I served copies as follows:

| | |
|---|---|
| Document Served: | Notice of Motion for Order Setting Bar Date for Filing Chapter 11 Administrative Claims |
| Served Upon: | All non-ECF parties listed on attached Official Court Matrix |
| Method of Service: | First Class Mail |

/s/ Christine T. Leach, Legal Assistant
Steinberg Shapiro & Clark
Attorneys for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
cleach@steinbergshapiro.com

```
Label Matrix for local noticing          23 Mile Storage, LLC                     24 Capital, LLC
0645-2                                   c/o Tommy Haji                           936 S.W. 1st Ave. Ste.271
Case 23-46912-tjt                        965 Wanda                                Miami, FL 33130-4520
Eastern District of Michigan             Suite E
Detroit                                  Detroit, MI 48220-2959
Fri Mar  1 14:16:59 EST 2024

AG Gas Service                           Alex Boyd and Rebecca Boyd               Ally Bank
27231 Doxtator                           c/o John F. Harrington                   AIS Portfolio Services, LLC
Dearborn Heights, MI 48127-4903          30500 Van Dyke Ave                       4515 N Santa Fe Ave. Dept. APS
                                         Ste 200                                  Oklahoma City, OK 73118-7901
                                         Warren, MI 48093-2109

Ally Bank c/o AIS Portfolio Services, LLC  (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN  AmeriCredit Financial Services, Inc. dba GM
4515 N. Santa Fe Ave. Dept. APS          PO BOX 183853                            P O Box 183853
Oklahoma City, OK 73118-7901             ARLINGTON TX 76096-3853                  Arlington, TX 76096-3853


American Express                         American Express National Bank           Angela Londono, a/k/a Angela Serrano
PO Box 650448                            c/o Becket and Lee LLP                   c/o David M. Eisenberg, Esq.
Dallas, TX 75265-0448                    PO Box 3001                              28400 Northwestern Hwy., 2nd Floor
                                         Malvern  PA 19355-0701                   Southfield, MI 48034-8348


Angela Serrano                           Aqua Hall                                Aqua Haul
181 Linda Lane                           2992 Gramer Road                         2992 Gramer Rd
Bloomfield Hills, MI 48304-2819          Webberville, MI 48892-8700               2992 Gramer Rd
                                                                                  Webberville, MI 48892-8700


Arlington Masonry Supply                 Auto Owners Insurance                    BMO Bank N.A.
7500 23 Mile Road                        6101 Anacapri Blvd                       1625 W. Fountainhead Pkwy
Shelby Twp, MI 48316-4422                Lansing, MI 48917-3994                   Tempe, AZ 85282-2371


Melvin Babi                              Barajas Enterprise                       Robert N. Bassel
BABI & BABI LAW, P.L.L.C.                1217 Chandler Ave.                       P.O. Box T
39500 High Pointe Blvd.                  Lincoln Park, MI 48146-2007              Clinton, MI 49236-0018
Suite 155
Novi, MI 48375-5500


(p)BILL                                  Jason Brainer                            Brandon Heitmann
6220 America Center Dr.                  Dickinson Wright PLLC                    60749 Forrest Creek Drive
Suite 100                                2600 W. Big Beaver Rd                    Washington, MI 48094-1846
San Jose, CA 95002                       Suite 300
                                         Troy, MI 48084-3312


Calambas Pool Service                    Kelley Callard (UST)                     Caterpillar Financial Servcies Corp.
Hector Orozco                            United States Trustee                    2120 West End Avenue
2654 Pearl St                            211 West Fort Street                     Nashville, TN 37203-5341
Detroit MI 48209-3700                    Suite 700
                                         Detroit, MI 48226-3263


Caterpillar Financial Services Corporation  Changhua Wang and Bin He              Scott R. Cheatham
James A. Plemmons                        c/o Doron Yitzchaki, Esq.                Adams and Reese LLP
Dickinson Wright PLLC                    Dickinson Wright PLLC                    701 Poydras St. Suite 4500
500 Woodward Ave., Suite 4000            350 S. Main Street, Suite 300            New Orleans, LA 70139-4596
Detroit, MI 48226-5403                   Ann Arbor, MI 48104-2131
```

| | | |
|---|---|---|
| Chris Burke<br>15182 Cranbrook Court<br>Utica, MI 48315-2127 | Chris Seitz<br>1415 Greenleaf<br>Royal Oak, MI 48067-1174 | Citizens Bank, N.A.<br>c/o Michael I. Zousmer, Esq.<br>Zousmer Law Group PLC<br>4190 Telegraph Rd., Ste. 3000<br>Bloomfield Hills, MI 48302-2082 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens Bank, N.A.<br>c/o Michael I. Zousmer, Esq.<br>Zousmer Law Group PLC<br>4190 Telegraph Rd., Ste. 3000<br>Bloomfield Hills, Michigan 48302-2082 | Tracy M. Clark<br>Steinberg Shapiro & Clark<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 |
| Classic Pools<br>14073 Southwoods Court<br>Southgate, MI 48195-3739 | Congil Truck Lines<br>6216 West MINSTER DRIVE<br>P.O. 850, Lambeth Stn<br>London ON N6P 1N6 | Congil Truck Lines Ltd.<br>6216 Westminster Dr<br>London, ON N6P 1R2 |
| Connelly Crane Rental Corp<br>12635 Marion<br>Redford, MI 48239-2652 | Dan Hagy<br>4582 Lakshore Road<br>Fort Gratiot, MI 48059-3527 | Dana Caran<br>17742 Hogan Dr.<br>Macomb, MI 48042-1775 |
| Daniel B. Hagy<br>4582 Lakeshore Drive<br>4582 Lakeshore Drive<br>Fort Gratiot, MI 48059-3527 | Daniel Carter<br>c/o John F. Harrington<br>30500 Van Dyke Ave<br>Ste 200<br>Warren, MI 48093-2109 | Daniel DiCicco<br>Ahern & Kill PC<br>355 S. Old Woodward Ave, Ste 210<br>Birmingham, MI 48009-6203 |
| Dany Batti<br>101 W. Big Beaver Rd.<br>Suite 104<br>Troy, MI 48084-5253 | Demetrios James Minnie Papageorgiou<br>4882 Riverchase Drive<br>Troy, MI 48098-4185 | Greg Dickinson<br>United States Attorney's Office<br>211 W. Fort Street<br>Ste. 2001<br>Detroit, MI 48226-3220 |
| Doron Yitzchaki<br>Dickinson Wright PLLC<br>350 South Main Street, Suite 300<br>Ann Arbor, MI 48104-2131 | EBF Holdings, LLC d/b/a Everest Business Fun<br>c/o Michael W. Davis, Esq.<br>601 S. Figueroa Street, Suite 2130,<br>Los Angeles, CA 90017-5729 | ERC Specialist<br>560 East Timpanogos Circle<br>Orem, UT 84097-6225 |
| ERC Specialists, LLC<br>560 E Timpanogos Circle<br>Orem, UT 84097-6225 | David Eisenberg<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 | Elena Morales<br>66591 Campground Road<br>Washington, MI 48095-1853 |
| Eli Zahka<br>19052 Chaumont Way<br>Monroe, MI 48162 | Everest Businss Funding<br>102 W 38th Street<br>6th Floor<br>New York, NY 10018-3664 | Exigent Landscaping, LLC<br>13246 23 Mile Road<br>Shelby Township, MI 48315-2712 |
| Fantastic Pools LLC<br>1615 Myron<br>Lincoln Park, MI 48146-3829 | First Foundation Bank<br>5403 Olympic Drive NW<br>Gig Harbor, WA 98335-1853 | Fleet Masters Equipment<br>2375 Dixie Hwy<br>Waterford, MI 48328-1811 |

| | | |
|---|---|---|
| Fundbox Financing<br>6900 Dallas Parkway<br>Suite 700<br>Plano, TX 75024-7188 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 | Gateway Engineering<br>8155 Annsbury Dr.<br>Suite 109<br>Utica, MI 48316-1914 |
| Genniver Jameel<br>7178 Lasher Road<br>Bloomfield Hills, MI 48301-4044 | Geoff Wilson<br>7335 East Greenwich<br>Bloomfield Hills, MI 48301-3919 | Grace Transport<br>9825 Alondra Ave<br>Pharr, TX 78577-8445 |
| James Haney<br>821 Alexander Road<br>Suite 200<br>Princeton, NJ 08540-6352 | John F Harrington<br>Law Offices John F. Harrington<br>22162 Chaucer Court<br>Suite 200<br>Macomb Township, MI 48044-3897 | John F Harrington<br>Law Offices John F. Harrington<br>30500 Van Dyke Avenue<br>Suite 200<br>Warren, MI 48093-2109 |
| John F. Harrington<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093-2104 | Ernest Hassan<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 | Hecktor Orozco<br>6254 Peral Street<br>Detroit, MI 48209 |
| Jennifer Hernandez<br>49145 Cranbrook<br>Macomb, MI 48044-1543 | Jacob Daniel High<br>6440 Lake Meadow Dr.<br>Waterford, MI 48327-1781 | Peter Hutchens<br>Bredernitz, Wagner & Co.<br>109 W Clinton St<br>Howell, MI 48843-1598 |
| IOU Central Inc. d/b/a IOU Finanical Inc.<br>c/o Bret T. Thrasher<br>1170 Peachtree Street NE, Suite 1925<br>Atlanta, GA 30309-7677 | IOU Central, Inc. d/b/a IOU Financial, Inc.<br>c/o Aubrey Thrasher, LLC<br>12 Powder Springs Street<br>Suite 240<br>Marietta, GA 30064-7205 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ivan Salem<br>66 W Millington Rd.<br>Fostoria MI 48435-9528 | J & H Transportation Inc<br>39999 Garfield Rd<br>Clinton Township, MI 48038-4098 |
| J&H Transporation Co.<br>37580 Mound Road<br>Sterling Heights, MI 48310-4122 | James Shamas<br>3927 Forster Lane<br>Utica, MI 48316-3802 | Jason Khano<br>12 Powder Springs Street<br>Suite 240<br>Marietta, GA 30064-7205 |
| Jeff English<br>53200 Van Dyke Ave.<br>Shelby Twp, MI 48316-2598 | Jeff Tripoli<br>5480 Carrollton Court<br>Rochester, MI 48306-2393 | Jennifer Hernandez<br>49145 Cranbrook Drive<br>Macomb, MI 48044-1543 |
| Joe Hebeka and Angela Hebeka<br>6435 Creekside Lane<br>Utica, MI 48316-5394 | Joe Regalado<br>14127 Kings Park Court<br>Utica, MI 48315-4159 | John Benincasa<br>20011 Sycamore Drive<br>Macomb, MI 48044-5725 |

| | | |
|---|---|---|
| John F Harrington<br>30500 Van Dyke Avenue<br>Suite 200<br>Warren, MI 48093-2109 | (p)KSERVICING WIND DOWN CORP<br>ATTN NICOLE MANOS<br>3370 N HAYDEN ROAD #123<br>PMB 681<br>SCOTTSDALE AZ 85251-6632 | Anthony Wayne Kahn<br>33110 Grand River Avenue<br>Farmington, MI 48336-3120 |
| Anthony Wayne Kahn<br>Law Office of Anthony Wayne Kahn<br>33110 Grand River Avenue<br>Farmington, MI 48336-3120 | Kelley Wallis<br>5818 Carmen Court East<br>West Bloomfield, MI 48324-2912 | Kelsey Acho<br>32721 White Oaks Trail<br>Franklin, MI 48025-2563 |
| Kirk, Huth, Lange & Badalamenti, P.L.C.<br>19500 Hall Rd #100<br>Clinton Township, MI 48038-5317 | Kristen Toma<br>20652 Breezeway Dr.<br>Macomb, MI 48044-3518 | Lee Cameron<br>49337 Marte<br>New Baltimore, MI 48047 |
| MacAllister Machinery Co., Inc<br>c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | Macallister Rental<br>6300 South Eastern Ave<br>Indianapolis, IN 46203-5828 | Malek Shamaya<br>19429 Gold River<br>Macomb, MI 48044-4251 |
| Marc Piper<br>6970 Valley Spring Dr.<br>Bloomfield Twp, MI 48301-2847 | Marco<br>42945 Whitestone St.<br>Northville, MI 48168-2061 | Maria Ashkar<br>47681 Manorwood Drive<br>Northville, MI 48168-8471 |
| Matt Decoster<br>37676 Huron Pointe Drive<br>Harrison Township, MI 48045-2823 | Matt Grant<br>1200 Lone Pine Road<br>Bloomfield Hills, MI 48302-2816 | Matt Martin<br>1422 Pueblo Court<br>Milford, MI 48381-2978 |
| Megan Madaus<br>18210 Fairway Dr.<br>Detroit, MI 48221-2707 | Michael J. Balian<br>100 W. Big Beaver Rd.<br>Ste 333<br>Troy, MI 48084-5283 | Michele Breteton<br>49876 Baker Court<br>Macomb, MI 48044-1525 |
| Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Anthony James Miller<br>20700 Civic Center Drive<br>Suite 420<br>Southfield, MI 48076-4140 | Moe Saad<br>921 Crescent Drive<br>Dearborn, MI 48124-1209 |
| Mohamed Saad<br>c/o Osipov Bigelman, P.C.<br>20700 Civic Center Dr., Ste. 420<br>Southfield, MI 48076-4155 | Nacy Afr<br>1085 Glengarry Circle East<br>Bloomfield Hills, MI 48301-2214 | Natalie Powers<br>697 Sunningdale<br>Grosse Pointe, MI 48236-1627 |
| Nick Pinozzi<br>55520 Whitney Ct.<br>Utica, MI 48315-6668 | Oakland Fuels<br>3943 Airport Road<br>Waterford, MI 48329-1308 | Yuliy Osipov<br>Osipov Bigelman, P.C.<br>20700 Civic Center Drive, Ste. 420<br>Southfield, MI 48076-4140 |

| | | |
|---|---|---|
| S. Thomas Padgett<br>DeBrincat Padgett<br>27780 Novi Road<br>Suite 225<br>Novi, MI 48377-3402 | Partha Nadi<br>3514 Pine Estates<br>Bloomfield Hills, MI 48302 | Pawnee Leasing Corporation<br>c/o Ali<br>654 Amherst Road<br>Suite 320<br>Sunderland, MA 01375-9420 |
| Peterson Brothers Co.<br>9680 Grineel Ave<br>Detroit, MI 48213-1149 | Ratnesh Mehra<br>232 Forest Ave.<br>Royal Oak, MI 48067-1875 | Rock Bottom Stone Supply<br>PO Box 190081<br>Burton, MI 48519-0081 |
| Rock Botton<br>4057 S Dort Hwy<br>Burton, MI 48529 | Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 | SCP Distributors, LLC<br>c/o Scott R. Cheatham<br>Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139-4596 |
| SCP Pool Corp.<br>35015 Glendale St.<br>Livonia, MI 48150-1230 | Sam Jarbo<br>33717 Woodward Ave<br>Ste 560<br>Birmingham, MI 48009-0913 | Samantha Ceislak<br>1123 Hickory Ave.<br>Royal Oak, MI 48073-3290 |
| Sandra M. Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 | Sandra M. Kelly<br>Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Shannon Barnhardt<br>49739 Chaucher Court<br>Macomb, MI 48044-3899 | Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Sheffiled<br>PO Box 25127<br>Winston Salem, NC 27114-5127 |
| Simna Kumar<br>4424 Barchester Dr.<br>Bloomfield Hills, MI 48302-2115 | Site One Landscape Supply<br>24110 Network Place<br>Chicago, IL 60673-1241 | Stafford Landscaping LLC<br>PO Box 736<br>Memphis, MI 48041-0736 |
| State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202-6030 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922-0001 | State of Michigan<br>Department of Treasury<br>P.O. Box 77437<br>Detroit, MI 48277-0437 |
| Stephanie Wells<br>19489 Waltham Rd.<br>Beverly Hills, MI 48025-5124 | Stephanie Wells<br>19489 Waltham Road<br>Franklin, MI 48025-5124 | Terry Riddle<br>7605 17 Mile Road<br>Sterling Heights, MI 48313-4533 |
| The Hills of Lone Pine Association<br>c/o Norman Orr<br>201 West Big Beaver<br>Suite 600<br>Troy, MI 48084-4162 | Tommisns Tounsel<br>13221 Maple Lawn Drive<br>Utica, MI 48315-2305 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

| | | |
|---|---|---|
| U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | U.S. Small Bussiness Administration<br>2 North street, Suite 320<br>Birmingham, AL 35203 | Unique Funding Solution<br>71 S Central Ave<br>Suite 200<br>Valley Stream, NY 11580-5403 |
| United States of America (IRS)<br>United States Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | Upstart Loan Operations<br>PO Box 1503<br>San Carlos, CA 94070-7503 | V Cap<br>333 Parsall Ave.<br>Cedarhurst, NY 11516-1842 |
| Valley Transport<br>c/o Roberto Gonzalez<br>2001 Waterman<br>Detroit, MI 48209-1558 | Changhua Wang<br>c/o Doron Yitzchaki, Esq.<br>Dickinson Wright PLLC<br>350 South Main Street<br>Suite 300<br>Ann Arbor, MI 48104-2131 | Western Equipment Finance, Inc.<br>503 Highway 2 West<br>Devils Lake, ND 58301-2938 |
| Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301-0640 | Wiegands Farm<br>32800 31 Mile Rd<br>Lenox, MI 48050-1302 | Wright Engineering<br>1645 Village Center Circle<br>Ste 10<br>Las Vegas, NV 89134-6371 |
| Doron Yitzchaki<br>Dickinson Wright PLLC<br>350 S. Main Street<br>Suite 300<br>Ann Arbor, MI 48104-2131 | Michael I. Zousmer<br>Zousmer Law Group PLC<br>4190 Telegraph Road<br>Ste. 3000<br>Bloomfield Hills, MI 48302-2082 | ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 |
| c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>P.O. Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Bill<br>6220 America Center Dr. Suite 100<br>San Jose, CA 95002 |
| Citizens Bank, N.A.<br>One Citzens Plaza<br>Providence, RI 02903 | Interal Revenue Service<br>Centralized Inslovency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Kabbage<br>730 Peachtree St NE, Suite 1100<br>Atlanta, GA 30308 |
| U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)23 Mile Storage, LLC

(u)24 Capital
1545 Route 202
Suite 101
NY 10907

(u)Ally Bank

(u)Ayham Ashkar 47681 Manorwood Drive Northvi

(u)EBF Holdings LLC

(u)Ernest M. Hassan III

(u)Amanda Pisarski

(u)SCP Distributors, LLC

(u)Mohamed Saad

(u)Angela Serrano

(d)Mark H. Shapiro
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

(u)Andrew R. Vara

End of Label Matrix
Mailable recipients   165
Bypassed recipients    12
Total                 177