UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                       Case No. 23-46912-TJT
                                                    Chapter 7
                      Debtor.                Hon. Thomas J. Tucker
_____/

**MOTION FOR ORDER AUTHORIZING SURCHARGE**

**Jurisdiction**

1. Exigent Landscaping, LLC d/b/a Exigent Design and Build ("Debtor") filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code on August 7, 2023.

2. The Chapter 11 case was converted to a Chapter 7 on February 12, 2024 (Docket #152).

3. Chapter 7 Trustee Mark H. Shapiro ("Trustee") brings this motion under 11 U.S.C. § 506(c) and Fed. R. Bankr. P 9014.

4. The Court has jurisdiction over this Chapter 7 bankruptcy case. *See* 28 U.S.C. § 1334. The case, and all related proceedings and contested matters, have been referred to this bankruptcy court for determination. *See* 28 U.S.C. §§ 157(a) and 157(b); and LR 83.50 (E.D. Mich.).

5. This is a core proceeding over which this Court has authority to enter a final order. *See* 28 U.S.C. 28 U.S.C. § 157(b)(2)(A) (matters concerning

administration of the estate) and § 157(b)(2)(O) (other proceedings affecting the liquidation of assets of the estate).

## Background

6. Before this case was filed, the Small Business Administration ("SBA") extended a loan ("Loan") to the Debtor.

7. In exchange for the Loan, the Debtor granted the SBA a security interest in various assets, including the following—

> All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

8. The SBA perfected its security interest with the filing of a UCC Financing Statement with the Michigan Department of State on July 23, 2020, Filing Number 20200723001030-0.

9. The SBA is owed $550,362.00 ("Indebtedness").

## Surcharge Proposal

10. Under 11 U.S.C. § 506(c), "[t]he trustee may recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim."

11. The Trustee and SBA have agreed that the Trustee may liquidate certain Collateral, specifically identified in Exhibit A ("SBA Collateral") and surcharge the proceeds as follows:

> 1. First, to pay any tax liens and personal property taxes assessed against the SBA Collateral and any tax liabilities incurred from the liquidation of the SBA Collateral.
>
> 2. Second, 33% of the balance remaining from the liquidation of the Collateral, after taxes are paid, will be retained ("Retention") by the bankruptcy estate free and clear of any lien or security interest of the SBA Collateral.
>
> 3. Third, all remaining proceeds will be paid to the SBA and applied to its Indebtedness until paid in full.

## Request for Relief

The Trustee requests that this Court grant this motion; enter an Order in the form attached; and provide such further relief as the Court deems appropriate.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: March 6, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,

          Debtor.

_____/

Case No. 23-46912-TJT
Chapter 7
Hon. Thomas J. Tucker

# ORDER AUTHORIZING SURCHARGE

This matter is before the Court on the Trustee's Motion for Order Authorizing Surcharge ("Motion"). Notice of the Motion was served on interested parties, and no objections were timely filed. The Court, having reviewed the Motion and being fully advised in the premises, finds good cause to enter this Order.

IT IS ORDERED as follows:

A.    The Trustee may liquidate the SBA Collateral[1] free and clear of any security interest of SBA.

B.    To the extent that the Trustee is able, through a sale of the SBA Collateral, to generate funds payable toward the secured lien of the SBA, a surcharge will be imposed and the proceeds distributed as follows:

    1. First, to pay any tax liens and personal property taxes assessed against the SBA Collateral and any tax liabilities incurred from the liquidation of the SBA Collateral.

---

[1] Capitalized terms used but not defined herein shall have the same meaning as those in the Motion.

2. Second, 33% of the balance remaining from the liquidation of the SBA Collateral, after taxes are paid, will be retained ("Retention") by the bankruptcy estate free and clear of any lien or security interest of the SBA.

3. Third, all remaining proceeds will be paid to the SBA and applied to its Indebtedness until paid in full.

C. The Retention will be used by the Trustee to pay administrative fees and expenses and unsecured claims in the manner prescribed by the bankruptcy code.

D. To the extent that another secured creditor holds a higher priority security interest in the SBA Collateral, the SBA Collateral will not be liquidated by the Trustee unless the higher priority secured creditor consents or there is equity in the collateral over and above the amount owed the higher priority secured creditor on that collateral.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Exigent Landscaping, LLC, xx-xxx5176 | Case No. 23-46912-TJT |
| dba Exigent Design and Build | Chapter 7 |
| 13246 23 Mile Road | Hon. Thomas J. Tucker |
| Shelby Township, MI 48315 | |
|                     Debtor. | |

_____/

**NOTICE OF MOTION FOR ORDER AUTHORIZING SURCHARGE**

Chapter 7 Trustee Mark H. Shapiro filed a motion for authority to surcharge proceeds anticipated from a sale of the Debtor's assets, which are subject to the secured lien of the Small Business Administration ("SBA"). The SBA's collateral consist of the following:

- Raw materials (gravel, sand, pavers)
- Misc. office furniture, incl conference table, 4 desks, 12 chairs
- Office equipment, incl computers, printers, TV
- Trailers
- 2 Vacuum Paver Lifters
- Topsoil Screener
- 2 Toro Dingos
- Large Tamper
- 5 Small Tampers
- 5 Stihl saws
- Rebar cutter and tier
- 2 Compressors
- Misc. pool equipment, supplies, and hand tools
- Mud Buggy
- Cat 308e2 Excavator (subject to $15,000 lien of CAT)

To the extent that the Trustee is able, through a sale of the SBA collateral, to generate funds payable toward the secured lien of the SBA, a surcharge will be imposed and the proceeds distributed as follows: first, to pay any tax liens and personal property taxes assessed against the SBA collateral and any tax liabilities incurred from the liquidation of the SBA collateral; second, 33% of the balance remaining from the liquidation of the SBA collateral, after taxes are paid, will be retained ("Retention") by the bankruptcy estate free and clear of any lien or security interest of the SBA; and third, all remaining proceeds will be paid to the SBA and applied to its Indebtedness until paid in full. The Retention will be used

by the Trustee to pay administrative fees and expenses and unsecured claims in the manner prescribed by the bankruptcy code. To the extent that another secured creditor holds a higher priority security interest in the SBA collateral, the SBA collateral will not be liquidated by the Trustee unless the higher priority secured creditor consents or there is equity in the collateral over and above the amount owed the higher priority secured creditor on that collateral.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Trustee's motion, or if you want the Court to consider your views on the motion, then within 14 days from the date of service of this notice, you or your attorney must:

File with the Court a written objection or request for hearing, explaining your position at:[1]

> U.S. Bankruptcy Court
> 211 West Fort Street
> Detroit, Michigan 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will receive it before the 14-day period expires. All attorneys are required to file pleadings electronically.

You must also send a copy to:

> Tracy M. Clark, Esq.
> Steinberg Shapiro & Clark
> 25925 Telegraph Rd., Suite 203
> Southfield, Michigan 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

---

[1] Objection or request for hearing must comply with Fed. R. Civ. P. 8(b), (c), and (e).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

          Steinberg Shapiro & Clark

          /s/ Tracy M. Clark (P60262)
          Attorney for Trustee
          25925 Telegraph Rd., Suite 203
          Southfield, MI 48033
          (248) 352-4700
          clark@steinbergshapiro.com

Date: March 6, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,            Case No. 23-46912-TJT
                                           Chapter 7
               Debtor.                     Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I certify that on March 6, 2024, I served copies as follows:

| | |
|---|---|
| Document Served: | Notice of Motion for Order Authorizing Surcharge |
| Served Upon: | All non-ECF parties listed on attached Official Court Matrix |
| Method of Service: | First Class Mail |

                                                <u>/s/ Christine T. Leach, Legal Assistant</u>
                                                Steinberg Shapiro & Clark
                                                Attorneys for Trustee
                                                25925 Telegraph Rd., Suite 203
                                                Southfield, MI 48033
                                                (248) 352-4700
                                                cleach@steinbergshapiro.com

```
Label Matrix for local noticing           23 Mile Storage, LLC                   24 Capital, LLC
0645-2                                    c/o Tommy Haji                         936 S.W. 1st Ave. Ste.271
Case 23-46912-tjt                         965 Wanda                              Miami, FL 33130-4520
Eastern District of Michigan              Suite E
Detroit                                   Detroit, MI 48220-2959
Wed Mar  6 13:14:40 EST 2024

AG Gas Service                            Alex Boyd and Rebecca Boyd             Ally Bank
27231 Doxtator                            c/o John F. Harrington                 AIS Portfolio Services, LLC
Dearborn Heights, MI 48127-4903           30500 Van Dyke Ave                     4515 N Santa Fe Ave. Dept. APS
                                          Ste 200                                Oklahoma City, OK 73118-7901
                                          Warren, MI 48093-2109

Ally Bank c/o AIS Portfolio Services, LLC (p)AMERICREDIT FINANCIAL SERVCIS DBA GM FINAN  AmeriCredit Financial Services, Inc. dba GM
4515 N. Santa Fe Ave. Dept. APS           PO BOX 183853                          P O Box 183853
Oklahoma City, OK 73118-7901              ARLINGTON TX 76096-3853                Arlington, TX 76096-3853


American Express                          American Express National Bank         Angela Londono, a/k/a Angela Serrano
PO Box 650448                             c/o Becket and Lee LLP                 c/o David M. Eisenberg, Esq.
Dallas, TX 75265-0448                     PO Box 3001                            28400 Northwestern Hwy., 2nd Floor
                                          Malvern  PA 19355-0701                 Southfield, MI 48034-8348


Angela Serrano                            Aqua Hall                              Aqua Haul
181 Linda Lane                            2992 Gramer Road                       2992 Gramer Rd
Bloomfield Hills, MI 48304-2819           Webberville, MI 48892-8700             2992 Gramer Rd
                                                                                 Webberville, MI 48892-8700


Arlington Masonry Supply                  Auto Owners Insurance                  BMO Bank N.A.
7500 23 Mile Road                         6101 Anacapri Blvd                     1625 W. Fountainhead Pkwy
Shelby Twp, MI 48316-4422                 Lansing, MI 48917-3994                 Tempe, AZ 85282-2371


Melvin Babi                               Barajas Enterprise                     Barajas Enterprise LLC
BABI & BABI LAW, P.L.L.C.                 1217 Chandler Ave.                     1217 Chandler Avenue, Lincoln Park, MI,
39500 High Pointe Blvd.                   Lincoln Park, MI 48146-2007            1217 Chandler Avenue, Lincoln Park, MI,
Suite 155                                                                        Lincoln Park, MI 48146
Novi, MI 48375-5500

Robert N. Bassel                          (p)BILL                                Jason Brainer
P.O. Box T                                6220 America Center Dr.                Dickinson Wright PLLC
Clinton, MI 49236-0018                    Suite 100                              2600 W. Big Beaver Rd
                                          San Jose, CA 95002                     Suite 300
                                                                                 Troy, MI 48084-3312

Brandon Heitmann                          Calambas Pool Service                  Kelley Callard (UST)
60749 Forrest Creek Drive                 Hector Orozco                          United States Trustee
Washington, MI 48094-1846                 2654 Pearl St                          211 West Fort Street
                                          Detroit MI 48209-3700                  Suite 700
                                                                                 Detroit, MI 48226-3263

Caterpillar Financial Servcies Corp.      Caterpillar Financial Services Corporation  Changhua Wang and Bin He
2120 West End Avenue                      James A. Plemmons                      c/o Doron Yitzchaki, Esq.
Nashville, TN 37203-5341                  Dickinson Wright PLLC                  Dickinson Wright PLLC
                                          500 Woodward Ave., Suite 4000          350 S. Main Street, Suite 300
                                          Detroit, MI 48226-5403                 Ann Arbor, MI 48104-2131
```

| | | |
|---|---|---|
| Scott R. Cheatham<br>Adams and Reese LLP<br>701 Poydras St. Suite 4500<br>New Orleans, LA 70139-4596 | Chris Burke<br>15182 Cranbrook Court<br>Utica, MI 48315-2127 | Chris Seitz<br>1415 Greenleaf<br>Royal Oak, MI 48067-1174 |
| Citizens Bank, N.A.<br>c/o Michael I. Zousmer, Esq.<br>Zousmer Law Group PLC<br>4190 Telegraph Rd., Ste. 3000<br>Bloomfield Hills, MI 48302-2082 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens Bank, N.A.<br>c/o Michael I. Zousmer, Esq.<br>Zousmer Law Group PLC<br>4190 Telegraph Rd., Ste. 3000<br>Bloomfield Hills, Michigan 48302-2082 |
| Tracy M. Clark<br>Steinberg Shapiro & Clark<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Classic Pools<br>14073 Southwoods Court<br>Southgate, MI 48195-3739 | Congil Truck Lines<br>6216 West MINSTER DRIVE<br>P.O. 850, Lambeth Stn<br>London ON N6P 1N6 |
| Congil Truck Lines Ltd.<br>6216 Westminster Dr<br>London, ON N6P 1R2 | Connelly Crane Rental Corp<br>12635 Marion<br>Redford, MI 48239-2652 | Dan Hagy<br>4582 Lakshore Road<br>Fort Gratiot, MI 48059-3527 |
| Dana Caran<br>17742 Hogan Dr.<br>Macomb, MI 48042-1775 | Daniel B. Hagy<br>4582 Lakeshore Drive<br>4582 Lakeshore Drive<br>Fort Gratiot, MI 48059-3527 | Daniel Carter<br>c/o John F. Harrington<br>30500 Van Dyke Ave<br>Ste 200<br>Warren, MI 48093-2109 |
| Daniel DiCicco<br>Ahern & Kill PC<br>355 S. Old Woodward Ave, Ste 210<br>Birmingham, MI 48009-6203 | Dany Batti<br>101 W. Big Beaver Rd.<br>Suite 104<br>Troy, MI 48084-5253 | Demetrios James Minnie Papageorgiou<br>4882 Riverchase Drive<br>Troy, MI 48098-4185 |
| Greg Dickinson<br>United States Attorney's Office<br>211 W. Fort Street<br>Ste. 2001<br>Detroit, MI 48226-3220 | Doron Yitzchaki<br>Dickinson Wright PLLC<br>350 South Main Street, Suite 300<br>Ann Arbor, MI 48104-2131 | EBF Holdings, LLC d/b/a Everest Business Fun<br>c/o Michael W. Davis, Esq.<br>601 S. Figueroa Street, Suite 2130,<br>Los Angeles, CA 90017-5729 |
| ERC Specialist<br>560 East Timpanogos Circle<br>Orem, UT 84097-6225 | ERC Specialists, LLC<br>560 E Timpanogos Circle<br>Orem, UT 84097-6225 | David Eisenberg<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 |
| Elena Morales<br>66591 Campground Road<br>Washington, MI 48095-1853 | Eli Zahka<br>19052 Chaumont Way<br>Monroe, MI 48162 | Everest Businss Funding<br>102 W 38th Street<br>6th Floor<br>New York, NY 10018-3664 |
| Exigent Landscaping, LLC<br>13246 23 Mile Road<br>Shelby Township, MI 48315-2712 | Fantastic Pools LLC<br>1615 Myron<br>Lincoln Park, MI 48146-3829 | First Foundation Bank<br>5403 Olympic Drive NW<br>Gig Harbor, WA 98335-1853 |

| | | |
|---|---|---|
| Fleet Masters Equipment<br>2375 Dixie Hwy<br>Waterford, MI 48328-1811 | Fundbox Financing<br>6900 Dallas Parkway<br>Suite 700<br>Plano, TX 75024-7188 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 |
| Gateway Engineering<br>8155 Annsbury Dr.<br>Suite 109<br>Utica, MI 48316-1914 | Genniver Jameel<br>7178 Lasher Road<br>Bloomfield Hills, MI 48301-4044 | Geoff Wilson<br>7335 East Greenwich<br>Bloomfield Hills, MI 48301-3919 |
| Grace Transport<br>9825 Alondra Ave<br>Pharr, TX 78577-8445 | James Haney<br>821 Alexander Road<br>Suite 200<br>Princeton, NJ 08540-6352 | John F Harrington<br>Law Offices John F. Harrington<br>22162 Chaucer Court<br>Suite 200<br>Macomb Township, MI 48044-3897 |
| John F Harrington<br>Law Offices John F. Harrington<br>30500 Van Dyke Avenue<br>Suite 200<br>Warren, MI 48093-2109 | John F. Harrington<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093-2104 | Ernest Hassan<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 |
| Hecktor Orozco<br>6254 Peral Street<br>Detroit, MI 48209 | Jennifer Hernandez<br>49145 Cranbrook<br>Macomb, MI 48044-1543 | Jacob Daniel High<br>6440 Lake Meadow Dr.<br>Waterford, MI 48327-1781 |
| Peter Hutchens<br>Bredernitz, Wagner & Co.<br>109 W Clinton St<br>Howell, MI 48843-1598 | IOU Central Inc. d/b/a IOU Finanical Inc.<br>c/o Bret T. Thrasher<br>1170 Peachtree Street NE, Suite 1925<br>Atlanta, GA 30309-7677 | IOU Central, Inc. d/b/a IOU Financial, Inc.<br>c/o Aubrey Thrasher, LLC<br>12 Powder Springs Street<br>Suite 240<br>Marietta, GA 30064-7205 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ivan Salem<br>66 W Millington Rd.<br>Fostoria MI 48435-9528 |
| J & H Transportation Inc<br>39999 Garfield Rd<br>Clinton Township, MI 48038-4098 | J&H Transporation Co.<br>37580 Mound Road<br>Sterling Heights, MI 48310-4122 | James Shamas<br>3927 Forster Lane<br>Utica, MI 48316-3802 |
| Jason Khano<br>12 Powder Springs Street<br>Suite 240<br>Marietta, GA 30064-7205 | Jeff English<br>53200 Van Dyke Ave.<br>Shelby Twp, MI 48316-2598 | Jeff Tripoli<br>5480 Carrollton Court<br>Rochester, MI 48306-2393 |
| Jennifer Hernandez<br>49145 Cranbrook Drive<br>Macomb, MI 48044-1543 | Joe Hebeka and Angela Hebeka<br>6435 Creekside Lane<br>Utica, MI 48316-5394 | Joe Regalado<br>14127 Kings Park Court<br>Utica, MI 48315-4159 |

| | | |
|---|---|---|
| John Benincasa<br>20011 Sycamore Drive<br>Macomb, MI 48044-5725 | John F Harrington<br>30500 Van Dyke Avenue<br>Suite 200<br>Warren, MI 48093-2109 | (p)KSERVICING WIND DOWN CORP<br>ATTN NICOLE MANOS<br>3370 N HAYDEN ROAD #123<br>PMB 681<br>SCOTTSDALE AZ 85251-6632 |
| Anthony Wayne Kahn<br>33110 Grand River Avenue<br>Farmington, MI 48336-3120 | Anthony Wayne Kahn<br>Law Office of Anthony Wayne Kahn<br>33110 Grand River Avenue<br>Farmington, MI 48336-3120 | Kelley Wallis<br>5818 Carmen Court East<br>West Bloomfield, MI 48324-2912 |
| Kelsey Acho<br>32721 White Oaks Trail<br>Franklin, MI 48025-2563 | Kirk, Huth, Lange & Badalamenti, P.L.C.<br>19500 Hall Rd #100<br>Clinton Township, MI 48038-5317 | Kristen Toma<br>20652 Breezeway Dr.<br>Macomb, MI 48044-3518 |
| Lee Cameron<br>49337 Marte<br>New Baltimore, MI 48047 | MacAllister Machinery Co., Inc<br>c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | Macallister Rental<br>6300 South Eastern Ave<br>Indianapolis, IN 46203-5828 |
| Malek Shamaya<br>19429 Gold River<br>Macomb, MI 48044-4251 | Marc Piper<br>6970 Valley Spring Dr.<br>Bloomfield Twp, MI 48301-2847 | Marco<br>42945 Whitestone St.<br>Northville, MI 48168-2061 |
| Maria Ashkar<br>47681 Manorwood Drive<br>Northville, MI 48168-8471 | Matt Decoster<br>37676 Huron Pointe Drive<br>Harrison Township, MI 48045-2823 | Matt Grant<br>1200 Lone Pine Road<br>Bloomfield Hills, MI 48302-2816 |
| Matt Martin<br>1422 Pueblo Court<br>Milford, MI 48381-2978 | Megan Madaus<br>18210 Fairway Dr.<br>Detroit, MI 48221-2707 | Michael J. Balian<br>100 W. Big Beaver Rd.<br>Ste 333<br>Troy, MI 48084-5283 |
| Michele Breteton<br>49876 Baker Court<br>Macomb, MI 48044-1525 | Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Anthony James Miller<br>20700 Civic Center Drive<br>Suite 420<br>Southfield, MI 48076-4140 |
| Moe Saad<br>921 Crescent Drive<br>Dearborn, MI 48124-1209 | Mohamed Saad<br>c/o Osipov Bigelman, P.C.<br>20700 Civic Center Dr., Ste. 420<br>Southfield, MI 48076-4155 | Nacy Afr<br>1085 Glengarry Circle East<br>Bloomfield Hills, MI 48301-2214 |
| Natalie Powers<br>697 Sunningdale<br>Grosse Pointe, MI 48236-1627 | Nick Pinozzi<br>55520 Whitney Ct.<br>Utica, MI 48315-6668 | Oakland Fuels<br>3943 Airport Road<br>Waterford, MI 48329-1308 |

| | | |
|---|---|---|
| Yuliy Osipov<br>Osipov Bigelman, P.C.<br>20700 Civic Center Drive, Ste. 420<br>Southfield, MI 48076-4140 | S. Thomas Padgett<br>DeBrincat Padgett<br>27780 Novi Road<br>Suite 225<br>Novi, MI 48377-3402 | Partha Nadi<br>3514 Pine Estates<br>Bloomfield Hills, MI 48302 |
| Pawnee Leasing Corporation<br>c/o Ali<br>654 Amherst Road<br>Suite 320<br>Sunderland, MA 01375-9420 | Peterson Brothers Co.<br>9680 Grineel Ave<br>Detroit, MI 48213-1149 | Ratnesh Mehra<br>232 Forest Ave.<br>Royal Oak, MI 48067-1875 |
| Rock Bottom Stone Supply<br>PO Box 190081<br>Burton, MI 48519-0081 | Rock Botton<br>4057 S Dort Hwy<br>Burton, MI 48529 | Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 |
| SCP Distributors, LLC<br>c/o Scott R. Cheatham<br>Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139-4596 | SCP Pool Corp.<br>35015 Glendale St.<br>Livonia, MI 48150-1230 | Sam Jarbo<br>33717 Woodward Ave<br>Ste 560<br>Birmingham, MI 48009-0913 |
| Samantha Ceislak<br>1123 Hickory Ave.<br>Royal Oak, MI 48073-3290 | Sandra M. Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 | Sandra M. Kelly<br>Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Shannon Barnhardt<br>49739 Chaucher Court<br>Macomb, MI 48044-3899 | Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 |
| Sheffiled<br>PO Box 25127<br>Winston Salem, NC 27114-5127 | Simna Kumar<br>4424 Barchester Dr.<br>Bloomfield Hills, MI 48302-2115 | Site One Landscape Supply<br>24110 Network Place<br>Chicago, IL 60673-1241 |
| Stafford Landscaping LLC<br>PO Box 736<br>Memphis, MI 48041-0736 | State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202-6030 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922-0001 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 77437<br>Detroit, MI 48277-0437 | Stephanie Wells<br>19489 Waltham Rd.<br>Beverly Hills, MI 48025-5124 | Stephanie Wells<br>19489 Waltham Road<br>Franklin, MI 48025-5124 |
| Terry Riddle<br>7605 17 Mile Road<br>Sterling Heights, MI 48313-4533 | The Hills of Lone Pine Association<br>c/o Norman Orr<br>201 West Big Beaver<br>Suite 600<br>Troy, MI 48084-4161 | Tommisns Tounsel<br>13221 Maple Lawn Drive<br>Utica, MI 48315-2305 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | U.S. Small Bussiness Administration<br>2 North street, Suite 320<br>Birmingham, AL 35203 |
| Unique Funding Solution<br>71 S Central Ave<br>Suite 200<br>Valley Stream, NY 11580-5403 | United States of America (IRS)<br>United States Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | Upstart Loan Operations<br>PO Box 1503<br>San Carlos, CA 94070-7503 |
| V Cap<br>333 Parsall Ave.<br>Cedarhurst, NY 11516-1842 | Valley Transport<br>c/o Roberto Gonzalez<br>2001 Waterman<br>Detroit, MI 48209-1558 | Changhua Wang<br>c/o Doron Yitzchaki, Esq.<br>Dickinson Wright PLLC<br>350 South Main Street<br>Suite 300<br>Ann Arbor, MI 48104-2131 |
| Western Equipment Finance, Inc.<br>503 Highway 2 West<br>Devils Lake, ND 58301-2938 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301-0640 | Wiegands Farm<br>32800 31 Mile Rd<br>Lenox, MI 48050-1302 |
| Wright Engineering<br>1645 Village Center Circle<br>Ste 10<br>Las Vegas, NV 89134-6371 | Doron Yitzchaki<br>Dickinson Wright PLLC<br>350 S. Main Street<br>Suite 300<br>Ann Arbor, MI 48104-2131 | Michael I. Zousmer<br>Zousmer Law Group PLC<br>4190 Telegraph Road<br>Ste. 3000<br>Bloomfield Hills, MI 48302-2082 |
| ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>P.O. Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Bill<br>6220 America Center Dr. Suite 100<br>San Jose, CA 95002 |
| Citizens Bank, N.A.<br>One Citzens Plaza<br>Providence, RI 02903 | Interal Revenue Service<br>Centralized Inslovency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Kabbage<br>730 Peachtree St NE, Suite 1100<br>Atlanta, GA 30308 |
| U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)23 Mile Storage, LLC | (u)24 Capital<br>1545 Route 202<br>Suite 101<br>NY 10907 | (u)Ally Bank |
| (u)Ayham Ashkar 47681 Manorwood Drive Northvi | (u)EBF Holdings LLC | (u)Ernest M. Hassan III |
| (u)Amanda Pisarski | (u)SCP Distributors, LLC | (u)Mohamed Saad |
| (u)Angela Serrano | (d)Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | (u)Andrew R. Vara |

**End of Label Matrix**
**Mailable recipients**    166
**Bypassed recipients**    12
**Total**                     178

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,　　　　　　　　　Case No. 23-46912-TJT
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor.　　　　　　　　　　　　Hon. Thomas J. Tucker
_____/

## EXHIBIT LIST

| Exhibit | Description |
|---------|-------------|
| A | SBA Collateral |

**Property Description**

Raw materials (gravel, sand, pavers)
Misc. office furniture, incl conference table, 4 desks, 12 chairs
Office equipment, incl computers, printers, TV
  (2) 20" Trailer, 18" Trailer, 16" Trailer, 10" Trailer
  3 Trailers
  2 Vacuum Paver Lifters
Topsoil Screener
2 Toro Dingo
Large Tamper
5 Small Tampers
5 Stihl saws
Rebar cutter and tier
2 Compressors
Misc. pool equipment and supplies
Misc. hand tools
Mud Buggy
Cat 308e2 Excavator - subject to $14,000 lien of CAT