UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,   Case No. 23-46912-TJT
                            Chapter 7
         Debtor.            Hon. Thomas J. Tucker
_____/

# MOTION FOR ORDER AUTHORIZING TRUSTEE TO AUCTION ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS WITH ALL LIENS, CLAIMS, AND INTERESTS ATTACHING TO THE PROCEEDS OF SALE

## Jurisdiction

1. Exigent Landscaping, LLC d/b/a Exigent Design and Build ("Debtor") filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code on August 7, 2023.

2. The Chapter 11 case was converted to a Chapter 7 on February 12, 2024 (Docket #152).

3. Chapter 7 Trustee Mark H. Shapiro ("Trustee") seeks to sell assets as permitted by 11 U.S.C. § 363 and in accordance with Fed. R. Bankr. P. 6004.

4. The Court has jurisdiction over this Chapter 7 bankruptcy case. *See* 28 U.S.C. § 1334. The case, and all related proceedings and contested matters, have been referred to this bankruptcy court for determination. *See* 28 U.S.C. §§ 157(a) and 157(b); and LR 83.50 (E.D. Mich.).

5. This is a core proceeding over which this Court has authority to enter a final order. *See* 28 U.S.C. § 157(b)(2)(A) (matters concerning administration of the estate) and (N) (orders approving the sale of property).

## Background

6. The Trustee intends to sell assets of the Debtor, consisting primarily of the following:

> **Property Description**
> Raw materials (gravel, sand, pavers)
> Misc. office furniture, incl conference table, 4 desks, 12 chairs
> Office equipment, incl computers, printers, TV
> (2) 20" Trailer, 18" Trailer, 16" Trailer, 10" Trailer
> GMC 4500 Truck
> 3 Trailers
> 2 Vacuum Paver Lifters
> Topsoil Screener
> 2 Toro Dingo
> Large Tamper
> 5 Small Tampers
> 5 Stihl saws
> Rebar cutter and tier
> 2 Compressors
> Misc. pool equipment and supplies
> Misc. hand tools
> Mud Buggy
> Cat 308e2 Excavator - subject to $15,000 lien of CAT

("Assets").

7. Except for the GMC 4500 Truck, the Assets are subject to the perfected security interest of the Small Business Administration ("SBA").

8. The Caterpillar 308e2 Excavator, SN FJX01882 ("Excavator") is subject to a security interest in favor of Caterpillar Financial Services Corp. ("CAT Financial"). The Trustee is informed that there is equity in the Excavator beyond the balance owed to CAT Financial on the Excavator. Accordingly, the Excavator will be included in the sale and sold only if the price exceeds the balance owed to CAT Financial on the Excavator. Any excess proceeds will be subject to the security interest of the SBA.

9. The SBA has agreed to permit the Trustee to sell its collateral subject to a 33% surcharge.

10. The Trustee retained the services of Miedema Auctioneering, Inc. d/b/a Repocast ("Repocast") as auctioneer who has proposed to auction the Assets via an online public auction on April 2, 2024.

**Authority to Sell Assets – 11 U.S.C. § 363(b)**

11. The Assets are property of the bankruptcy estate that the Trustee may use, sell, or lease. *See* 11 U.S.C. §§ 541(a) and 363(b).

12. A trustee "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b).

13. All sales not in the ordinary course of business may be by private sale or by public auction. Fed. R. Bankr. P. 6004(f).

14. The Sixth Circuit follows the sound business purpose test in considering a sale of a debtor's assets outside the ordinary course of business. *See Stephens Indus., Inc. v. McClung,* 789 F.2d 386, 388 (6th Cir. 1986); *In re Woodberry*, 629 B.R. 239, 246 (Bankr. E.D. Mich. 2021).

15. Among the factors commonly considered by courts in determining whether a sale meets the sound business purpose test are: (1) whether adequate and reasonable notice of the sale was provided to interested parties; (2) whether the sale has been proposed in good faith; and (3) whether the purchase price is fair and reasonable. *In re Woodberry* at 246 (citations omitted). No one factor is determinative. *Id.* (citations omitted).

16. In this case, the Trustee believes that a sound business justification exists for the sale because 1) the Assets must be liquidated to provide funds to the bankruptcy estate for distribution to creditors; 2) an auction will allow the Trustee to reach the greatest number of potential buyers through focused advertising; 3) the auction process tends to increase prices with the motivation and excitement of competitive bidding; 4) an auction is more efficient and less expensive than negotiating with private buyers to sell assets in a piecemeal fashion; and 5) notice of the sale will be served on all interested parties as required by B.R. 2002 and L.B.R. 9014.

**Authority to Sell Free & Clear of Liens – 11 U.S.C. § 363(f)**

17. A trustee may sell property of the estate free and clear of all liens, claims, and interests asserted in or against the property being sold if—

- ➢ such a sale is permitted under applicable nonbankruptcy law;

- ➢ the party asserting the interest consents to the sale;

- ➢ the property interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

- ➢ the property interest is subject to a bona fide dispute; or

- ➢ the party asserting the property interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.

11 U.S.C. § 363(f).

18. The Court may authorize a sale free and clear of all property interests, so long as one of the requirements of § 363(f) is satisfied. *See In re Elliot*, 94 B.R. 343, 345 (D. Pa. 1988).

19. In this case, the Small Business Administration has consented to the sale.

20. To the extent that any property interests are asserted against the Assets, those property interests will attach to the net proceeds of sale with the same validity and priority as they attach to the estate's interest in the Assets.

## Additional Terms

21. The Trustee reserves the right to: a.) impose additional terms and conditions on the sale; b.) adjourn the auction; and c.) withdraw the Assets from the auction.

22. The Assets will be sold "as is" and "where is" without representation or warranties, whether expressed or implied, including, but not limited to, any warranties of merchantability, fitness for particular purpose, or habitability.

23. The 14-day stay provided for in Bankruptcy Rule 6004(h) shall not be in effect with respect to the sale, and the proposed order will be effective and enforceable immediately upon entry.

## Request for Relief

The Trustee requests that this Court enter an order authorizing the proposed sale and grant such further relief as this Court deems appropriate.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: March 6, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,   Case No. 23-46912-TJT
  Chapter 7
          Debtor.   Hon. Thomas J. Tucker
_____/

**ORDER AUTHORIZING TRUSTEE TO AUCTION
ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
AND INTERESTS WITH ALL LIENS, CLAIMS, AND
INTERESTS ATTACHING TO THE PROCEEDS OF SALE**

This matter is before the Court on the Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with all Liens, Claims, and Interests Attaching to the Proceeds of Sale ("Motion"; Docket #___). In the Motion, the Trustee seeks to sell assets of the Debtor, consisting primarily of the following:

> **Property Description**
> Raw materials (gravel, sand, pavers)
> Misc. office furniture, incl conference table, 4 desks, 12 chairs
> Office equipment, incl computers, printers, TV
> (2) 20" Trailer, 18" Trailer, 16" Trailer, 10" Trailer
> GMC 4500 Truck
> 3 Trailers
> 2 Vacuum Paver Lifters
> Topsoil Screener
> 2 Toro Dingo
> Large Tamper
> 5 Small Tampers
> 5 Stihl saws
> Rebar cutter and tier

    2 Compressors
    Misc. pool equipment and supplies
    Misc. hand tools
    Mud Buggy
    Cat 308e2 Excavator - subject to $15,000 lien of CAT

("Assets"). All parties in interest were served with notice of the Motion, and no objections were timely filed. The Court finds good cause to enter this order.

  IT IS ORDERED as follows:

  A. The Motion is granted in its entirety.

  B. Chapter 7 Trustee Mark H. Shapiro is authorized to sell the Assets via an online auction to be held April 2, 2024.

  C. The Assets will be sold "as is, where is" without representation or warranty, expressed or implied, of any kind, nature or description, including without limitation, any warranty of title or of merchantability, usability, or of fitness for any particular purpose.

  D. The Trustee may: a.) impose additional terms and conditions on the sale; b.) adjourn the auction; and c.) withdraw the Assets from the auction.

  E. The Assets will be sold free and clear of all liens, claims, and encumbrances, with all such liens, claims, and encumbrances attaching to the net proceeds of sale to the same extent and having the same validity, priority, and enforceability as such interests had with respect to the assets immediately before the sale. Any issue regarding the extent, validity, priority, and/or enforceability of

any liens, claims, or encumbrances against the sale proceeds will be determined by this Court at a later date.

  F. The Trustee may execute all documents and agreements and perform such acts as may be necessary and appropriate to implement, effectuate, and consummate the sale.

  G. All federal, state, and local governmental agencies and departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by this order.

  H. The 14-day stay provided for in Bankruptcy Rule 6004(h) shall not be in effect with respect to the sale, and this order is effective and enforceable immediately upon entry.

In re:

| | |
|---|---|
| Exigent Landscaping, LLC, xx-xxx5176 | Case No. 23-46912-TJT |
| dba Exigent Design and Build | Chapter 7 |
| 13246 23 Mile Road | Hon. Thomas J. Tucker |
| Shelby Township, MI 48315 | |
| Debtor. | |
| _____/ | |

# NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO AUCTION ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS WITH ALL LIENS, CLAIMS, AND INTERESTS ATTACHING TO THE PROCEEDS OF SALE

Chapter 7 Trustee Mark H. Shapiro filed a Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with all Liens, Claims, and Interests Attaching to the Proceeds of Sale ("Motion"). Pursuant to the Motion, the Trustee intends to sell assets of the Debtor, consisting primarily of the following:

**Property Description**
Raw materials (gravel, sand, pavers)
Misc. office furniture, incl conference table, 4 desks, 12 chairs
Office equipment, incl computers, printers, TV
(2) 20" Trailer, 18" Trailer, 16" Trailer, 10" Trailer
GMC 4500 Truck
3 Trailers
2 Vacuum Paver Lifters
Topsoil Screener
2 Toro Dingo
Large Tamper
5 Small Tampers
5 Stihl saws
Rebar cutter and tier
2 Compressors
Misc. pool equipment and supplies
Misc. hand tools

       Mud Buggy
       Cat 308e2 Excavator - subject to $15,000 lien of CAT

("Assets"). The Assets will be sold through an online auction to be conducted by Miedema Auctioneering, Inc. d/b/a Repocast on April 2, 2024.

The Assets will be sold free and clear of liens, claims, and interests. Further details are included in the Motion. A copy of the Motion may be obtained from the Trustee or the bankruptcy court. Additional information regarding the sale may be obtained from the auctioneer at (866) 550-REPO or by contacting the Trustee's office at (248) 352-4700.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then within 14 days from the date this notice is served you or your attorney must:

File with the Court a written objection or request for hearing, explaining your position at:[1]

    U.S. Bankruptcy Court
    211 West Fort Street
    Detroit, Michigan 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough to the Court will **receive** it before the 14-day period expires. All attorneys are required to file pleadings electronically.

You must also send a copy to:

    Tracy M. Clark, Esq.
    Steinberg Shapiro & Clark
    25925 Telegraph Rd., Suite 203
    Southfield, Michigan 48033

---

[1] Objection or request for hearing must comply with Fed. R. Civ. P. 8(b), (c), and (e).

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Motion, and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

                                                Steinberg Shapiro & Clark

                                                <u>/s/ Tracy M. Clark (P60262)</u>
                                                Attorney for Trustee
                                                25925 Telegraph Rd., Suite 203
                                                Southfield, MI 48033
                                                (248) 352-4700
                                                clark@steinbergshapiro.com

Date: March 6, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,　　　　　　　　　　Case No. 23-46912-TJT
　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　Debtor.　　　　　　　　　　　　Hon. Thomas J. Tucker
_____/

**CERTIFICATE OF SERVICE**

I certify that on March 6, 2024, I served copies as follows:

| | |
|---|---|
| Document Served: | Notice of Trustee's Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with all Liens, Claims, and Interests Attaching to the Proceeds of Sale |
| Served Upon: | All non-ECF parties listed on attached Official Court Matrix |
| Service Method: | First Class Mail |

　　　　　　　　　　　　　　　　　　/s/ Christine T. Leach, Legal Assistant
　　　　　　　　　　　　　　　　　　Steinberg Shapiro & Clark
　　　　　　　　　　　　　　　　　　Attorneys for Trustee
　　　　　　　　　　　　　　　　　　25925 Telegraph Rd., Suite 203
　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　(248) 352-4700
　　　　　　　　　　　　　　　　　　cleach@steinbergshapiro.com

```
Label Matrix for local noticing          23 Mile Storage, LLC                     24 Capital, LLC
0645-2                                   c/o Tommy Haji                           936 S.W. 1st Ave. Ste.271
Case 23-46912-tjt                        965 Wanda                                Miami, FL 33130-4520
Eastern District of Michigan             Suite E
Detroit                                  Detroit, MI 48220-2959
Wed Mar  6 13:14:40 EST 2024

AG Gas Service                           Alex Boyd and Rebecca Boyd               Ally Bank
27231 Doxtator                           c/o John F. Harrington                   AIS Portfolio Services, LLC
Dearborn Heights, MI 48127-4903          30500 Van Dyke Ave                       4515 N Santa Fe Ave. Dept. APS
                                         Ste 200                                  Oklahoma City, OK 73118-7901
                                         Warren, MI 48093-2109

Ally Bank c/o AIS Portfolio Services, LLC    (p)AMERICREDIT FINANCIAL SERVCIES DBA GM FINAN    AmeriCredit Financial Services, Inc. dba GM
4515 N. Santa Fe Ave. Dept. APS          PO BOX 183853                            P O Box 183853
Oklahoma City, OK 73118-7901             ARLINGTON TX 76096-3853                  Arlington, TX 76096-3853

American Express                         American Express National Bank           Angela Londono, a/k/a Angela Serrano
PO Box 650448                            c/o Becket and Lee LLP                   c/o David M. Eisenberg, Esq.
Dallas, TX 75265-0448                    PO Box 3001                              28400 Northwestern Hwy., 2nd Floor
                                         Malvern  PA 19355-0701                   Southfield, MI 48034-8348

Angela Serrano                           Aqua Hall                                Aqua Haul
181 Linda Lane                           2992 Gramer Road                         2992 Gramer Rd
Bloomfield Hills, MI 48304-2819          Webberville, MI 48892-8700               2992 Gramer Rd
                                                                                  Webberville, MI 48892-8700

Arlington Masonry Supply                 Auto Owners Insurance                    BMO Bank N.A.
7500 23 Mile Road                        6101 Anacapri Blvd                       1625 W. Fountainhead Pkwy
Shelby Twp, MI 48316-4422                Lansing, MI 48917-3994                   Tempe, AZ 85282-2371

Melvin Babi                              Barajas Enterprise                       Barajas Enterprise LLC
BABI & BABI LAW, P.L.L.C.                1217 Chandler Ave.                       1217 Chandler Avenue, Lincoln Park, MI,
39500 High Pointe Blvd.                  Lincoln Park, MI 48146-2007              1217 Chandler Avenue, Lincoln Park, MI,
Suite 155                                                                         Lincoln Park, MI 48146
Novi, MI 48375-5500

Robert N. Bassel                         (p)BILL                                  Jason Brainer
P.O. Box T                               6220 America Center Dr.                  Dickinson Wright PLLC
Clinton, MI 49236-0018                   Suite 100                                2600 W. Big Beaver Rd
                                         San Jose, CA 95002                       Suite 300
                                                                                  Troy, MI 48084-3312

Brandon Heitmann                         Calambas Pool Service                    Kelley Callard (UST)
60749 Forrest Creek Drive                Hector Orozco                            United States Trustee
Washington, MI 48094-1846                2654 Pearl St                            211 West Fort Street
                                         Detroit MI 48209-3700                    Suite 700
                                                                                  Detroit, MI 48226-3263

Caterpillar Financial Servcies Corp.     Caterpillar Financial Services Corporation    Changhua Wang and Bin He
2120 West End Avenue                     James A. Plemmons                        c/o Doron Yitzchaki, Esq.
Nashville, TN 37203-5341                 Dickinson Wright PLLC                    Dickinson Wright PLLC
                                         500 Woodward Ave., Suite 4000            350 S. Main Street, Suite 300
                                         Detroit, MI 48226-5403                   Ann Arbor, MI 48104-2131
```

| | | |
|---|---|---|
| Scott R. Cheatham<br>Adams and Reese LLP<br>701 Poydras St. Suite 4500<br>New Orleans, LA 70139-4596 | Chris Burke<br>15182 Cranbrook Court<br>Utica, MI 48315-2127 | Chris Seitz<br>1415 Greenleaf<br>Royal Oak, MI 48067-1174 |
| Citizens Bank, N.A.<br>c/o Michael I. Zousmer, Esq.<br>Zousmer Law Group PLC<br>4190 Telegraph Rd., Ste. 3000<br>Bloomfield Hills, MI 48302-2082 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens Bank, N.A.<br>c/o Michael I. Zousmer, Esq.<br>Zousmer Law Group PLC<br>4190 Telegraph Rd., Ste. 3000<br>Bloomfield Hills, Michigan 48302-2082 |
| Tracy M. Clark<br>Steinberg Shapiro & Clark<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Classic Pools<br>14073 Southwoods Court<br>Southgate, MI 48195-3739 | Congil Truck Lines<br>6216 West MINSTER DRIVE<br>P.O. 850, Lambeth Stn<br>London ON N6P 1N6 |
| Congil Truck Lines Ltd.<br>6216 Westminster Dr<br>London, ON N6P 1R2 | Connelly Crane Rental Corp<br>12635 Marion<br>Redford, MI 48239-2652 | Dan Hagy<br>4582 Lakshore Road<br>Fort Gratiot, MI 48059-3527 |
| Dana Caran<br>17742 Hogan Dr.<br>Macomb, MI 48042-1775 | Daniel B. Hagy<br>4582 Lakeshore Drive<br>4582 Lakeshore Drive<br>Fort Gratiot, MI 48059-3527 | Daniel Carter<br>c/o John F. Harrington<br>30500 Van Dyke Ave<br>Ste 200<br>Warren, MI 48093-2109 |
| Daniel DiCicco<br>Ahern & Kill PC<br>355 S. Old Woodward Ave, Ste 210<br>Birmingham, MI 48009-6203 | Dany Batti<br>101 W. Big Beaver Rd.<br>Suite 104<br>Troy, MI 48084-5253 | Demetrios James Minnie Papageorgiou<br>4882 Riverchase Drive<br>Troy, MI 48098-4185 |
| Greg Dickinson<br>United States Attorney's Office<br>211 W. Fort Street<br>Ste. 2001<br>Detroit, MI 48226-3220 | Doron Yitzchaki<br>Dickinson Wright PLLC<br>350 South Main Street, Suite 300<br>Ann Arbor, MI 48104-2131 | EBF Holdings, LLC d/b/a Everest Business Fun<br>c/o Michael W. Davis, Esq.<br>601 S. Figueroa Street, Suite 2130,<br>Los Angeles, CA 90017-5729 |
| ERC Specialist<br>560 East Timpanogos Circle<br>Orem, UT 84097-6225 | ERC Specialists, LLC<br>560 E Timpanogos Circle<br>Orem, UT 84097-6225 | David Eisenberg<br>Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway<br>Second Floor<br>Southfield, MI 48034-1839 |
| Elena Morales<br>66591 Campground Road<br>Washington, MI 48095-1853 | Eli Zahka<br>19052 Chaumont Way<br>Monroe, MI 48162 | Everest Businss Funding<br>102 W 38th Street<br>6th Floor<br>New York, NY 10018-3664 |
| Exigent Landscaping, LLC<br>13246 23 Mile Road<br>Shelby Township, MI 48315-2712 | Fantastic Pools LLC<br>1615 Myron<br>Lincoln Park, MI 48146-3829 | First Foundation Bank<br>5403 Olympic Drive NW<br>Gig Harbor, WA 98335-1853 |

| | | |
|---|---|---|
| Fleet Masters Equipment<br>2375 Dixie Hwy<br>Waterford, MI 48328-1811 | Fundbox Financing<br>6900 Dallas Parkway<br>Suite 700<br>Plano, TX 75024-7188 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 |
| Gateway Engineering<br>8155 Annsbury Dr.<br>Suite 109<br>Utica, MI 48316-1914 | Genniver Jameel<br>7178 Lasher Road<br>Bloomfield Hills, MI 48301-4044 | Geoff Wilson<br>7335 East Greenwich<br>Bloomfield Hills, MI 48301-3919 |
| Grace Transport<br>9825 Alondra Ave<br>Pharr, TX 78577-8445 | James Haney<br>821 Alexander Road<br>Suite 200<br>Princeton, NJ 08540-6352 | John F Harrington<br>Law Offices John F. Harrington<br>22162 Chaucer Court<br>Suite 200<br>Macomb Township, MI 48044-3897 |
| John F Harrington<br>Law Offices John F. Harrington<br>30500 Van Dyke Avenue<br>Suite 200<br>Warren, MI 48093-2109 | John F. Harrington<br>30500 Van Dyke Avenue, Suite M-200<br>Warren, MI 48093-2104 | Ernest Hassan<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 |
| Hecktor Orozco<br>6254 Peral Street<br>Detroit, MI 48209 | Jennifer Hernandez<br>49145 Cranbrook<br>Macomb, MI 48044-1543 | Jacob Daniel High<br>6440 Lake Meadow Dr.<br>Waterford, MI 48327-1781 |
| Peter Hutchens<br>Bredernitz, Wagner & Co.<br>109 W Clinton St<br>Howell, MI 48843-1598 | IOU Central Inc. d/b/a IOU Finanical Inc.<br>c/o Bret T. Thrasher<br>1170 Peachtree Street NE, Suite 1925<br>Atlanta, GA 30309-7677 | IOU Central, Inc. d/b/a IOU Financial, Inc.<br>c/o Aubrey Thrasher, LLC<br>12 Powder Springs Street<br>Suite 240<br>Marietta, GA 30064-7205 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ivan Salem<br>66 W Millington Rd.<br>Fostoria MI 48435-9528 |
| J & H Transportation Inc<br>39999 Garfield Rd<br>Clinton Township, MI 48038-4098 | J&H Transporation Co.<br>37580 Mound Road<br>Sterling Heights, MI 48310-4122 | James Shamas<br>3927 Forster Lane<br>Utica, MI 48316-3802 |
| Jason Khano<br>12 Powder Springs Street<br>Suite 240<br>Marietta, GA 30064-7205 | Jeff English<br>53200 Van Dyke Ave.<br>Shelby Twp, MI 48316-2598 | Jeff Tripoli<br>5480 Carrollton Court<br>Rochester, MI 48306-2393 |
| Jennifer Hernandez<br>49145 Cranbrook Drive<br>Macomb, MI 48044-1543 | Joe Hebeka and Angela Hebeka<br>6435 Creekside Lane<br>Utica, MI 48316-5394 | Joe Regalado<br>14127 Kings Park Court<br>Utica, MI 48315-4159 |

| | | |
|---|---|---|
| John Benincasa<br>20011 Sycamore Drive<br>Macomb, MI 48044-5725 | John F Harrington<br>30500 Van Dyke Avenue<br>Suite 200<br>Warren, MI 48093-2109 | (p)KSERVICING WIND DOWN CORP<br>ATTN NICOLE MANOS<br>3370 N HAYDEN ROAD #123<br>PMB 681<br>SCOTTSDALE AZ 85251-6632 |
| Anthony Wayne Kahn<br>33110 Grand River Avenue<br>Farmington, MI 48336-3120 | Anthony Wayne Kahn<br>Law Office of Anthony Wayne Kahn<br>33110 Grand River Avenue<br>Farmington, MI 48336-3120 | Kelley Wallis<br>5818 Carmen Court East<br>West Bloomfield, MI 48324-2912 |
| Kelsey Acho<br>32721 White Oaks Trail<br>Franklin, MI 48025-2563 | Kirk, Huth, Lange & Badalamenti, P.L.C.<br>19500 Hall Rd #100<br>Clinton Township, MI 48038-5317 | Kristen Toma<br>20652 Breezeway Dr.<br>Macomb, MI 48044-3518 |
| Lee Cameron<br>49337 Marte<br>New Baltimore, MI 48047 | MacAllister Machinery Co., Inc<br>c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | Macallister Rental<br>6300 South Eastern Ave<br>Indianapolis, IN 46203-5828 |
| Malek Shamaya<br>19429 Gold River<br>Macomb, MI 48044-4251 | Marc Piper<br>6970 Valley Spring Dr.<br>Bloomfield Twp, MI 48301-2847 | Marco<br>42945 Whitestone St.<br>Northville, MI 48168-2061 |
| Maria Ashkar<br>47681 Manorwood Drive<br>Northville, MI 48168-8471 | Matt Decoster<br>37676 Huron Pointe Drive<br>Harrison Township, MI 48045-2823 | Matt Grant<br>1200 Lone Pine Road<br>Bloomfield Hills, MI 48302-2816 |
| Matt Martin<br>1422 Pueblo Court<br>Milford, MI 48381-2978 | Megan Madaus<br>18210 Fairway Dr.<br>Detroit, MI 48221-2707 | Michael J. Balian<br>100 W. Big Beaver Rd.<br>Ste 333<br>Troy, MI 48084-5283 |
| Michele Breteton<br>49876 Baker Court<br>Macomb, MI 48044-1525 | Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Anthony James Miller<br>20700 Civic Center Drive<br>Suite 420<br>Southfield, MI 48076-4140 |
| Moe Saad<br>921 Crescent Drive<br>Dearborn, MI 48124-1209 | Mohamed Saad<br>c/o Osipov Bigelman, P.C.<br>20700 Civic Center Dr., Ste. 420<br>Southfield, MI 48076-4155 | Nacy Afr<br>1085 Glengarry Circle East<br>Bloomfield Hills, MI 48301-2214 |
| Natalie Powers<br>697 Sunningdale<br>Grosse Pointe, MI 48236-1627 | Nick Pinozzi<br>55520 Whitney Ct.<br>Utica, MI 48315-6668 | Oakland Fuels<br>3943 Airport Road<br>Waterford, MI 48329-1308 |

| | | |
|---|---|---|
| Yuliy Osipov<br>Osipov Bigelman, P.C.<br>20700 Civic Center Drive, Ste. 420<br>Southfield, MI 48076-4140 | S. Thomas Padgett<br>DeBrincat Padgett<br>27780 Novi Road<br>Suite 225<br>Novi, MI 48377-3402 | Partha Nadi<br>3514 Pine Estates<br>Bloomfield Hills, MI 48302 |
| Pawnee Leasing Corporation<br>c/o Ali<br>654 Amherst Road<br>Suite 320<br>Sunderland, MA 01375-9420 | Peterson Brothers Co.<br>9680 Grineel Ave<br>Detroit, MI 48213-1149 | Ratnesh Mehra<br>232 Forest Ave.<br>Royal Oak, MI 48067-1875 |
| Rock Bottom Stone Supply<br>PO Box 190081<br>Burton, MI 48519-0081 | Rock Botton<br>4057 S Dort Hwy<br>Burton, MI 48529 | Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 |
| SCP Distributors, LLC<br>c/o Scott R. Cheatham<br>Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139-4596 | SCP Pool Corp.<br>35015 Glendale St.<br>Livonia, MI 48150-1230 | Sam Jarbo<br>33717 Woodward Ave<br>Ste 560<br>Birmingham, MI 48009-0913 |
| Samantha Ceislak<br>1123 Hickory Ave.<br>Royal Oak, MI 48073-3290 | Sandra M. Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 | Sandra M. Kelly<br>Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348-2868 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Shannon Barnhardt<br>49739 Chaucher Court<br>Macomb, MI 48044-3899 | Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 |
| Sheffiled<br>PO Box 25127<br>Winston Salem, NC 27114-5127 | Simna Kumar<br>4424 Barchester Dr.<br>Bloomfield Hills, MI 48302-2115 | Site One Landscape Supply<br>24110 Network Place<br>Chicago, IL 60673-1241 |
| Stafford Landscaping LLC<br>PO Box 736<br>Memphis, MI 48041-0736 | State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202-6030 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922-0001 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 77437<br>Detroit, MI 48277-0437 | Stephanie Wells<br>19489 Waltham Rd.<br>Beverly Hills, MI 48025-5124 | Stephanie Wells<br>19489 Waltham Road<br>Franklin, MI 48025-5124 |
| Terry Riddle<br>7605 17 Mile Road<br>Sterling Heights, MI 48313-4533 | The Hills of Lone Pine Association<br>c/o Norman Orr<br>201 West Big Beaver<br>Suite 600<br>Troy, MI 48084-4161 | Tommisns Tounsel<br>13221 Maple Lawn Drive<br>Utica, MI 48315-2305 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | U.S. Small Bussiness Administration<br>2 North street, Suite 320<br>Birmingham, AL 35203 |
| Unique Funding Solution<br>71 S Central Ave<br>Suite 200<br>Valley Stream, NY 11580-5403 | United States of America (IRS)<br>United States Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | Upstart Loan Operations<br>PO Box 1503<br>San Carlos, CA 94070-7503 |
| V Cap<br>333 Parsall Ave.<br>Cedarhurst, NY 11516-1842 | Valley Transport<br>c/o Roberto Gonzalez<br>2001 Waterman<br>Detroit, MI 48209-1558 | Changhua Wang<br>c/o Doron Yitzchaki, Esq.<br>Dickinson Wright PLLC<br>350 South Main Street<br>Suite 300<br>Ann Arbor, MI 48104-2131 |
| Western Equipment Finance, Inc.<br>503 Highway 2 West<br>Devils Lake, ND 58301-2938 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301-0640 | Wiegands Farm<br>32800 31 Mile Rd<br>Lenox, MI 48050-1302 |
| Wright Engineering<br>1645 Village Center Circle<br>Ste 10<br>Las Vegas, NV 89134-6371 | Doron Yitzchaki<br>Dickinson Wright PLLC<br>350 S. Main Street<br>Suite 300<br>Ann Arbor, MI 48104-2131 | Michael I. Zousmer<br>Zousmer Law Group PLC<br>4190 Telegraph Road<br>Ste. 3000<br>Bloomfield Hills, MI 48302-2082 |
| ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>P.O. Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Bill<br>6220 America Center Dr. Suite 100<br>San Jose, CA 95002 |
| Citizens Bank, N.A.<br>One Citzens Plaza<br>Providence, RI 02903 | Interal Revenue Service<br>Centralized Inslovency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Kabbage<br>730 Peachtree St NE, Suite 1100<br>Atlanta, GA 30308 |
| U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)23 Mile Storage, LLC | (u)24 Capital<br>1545 Route 202<br>Suite 101<br>NY 10907 | (u)Ally Bank |
| (u)Ayham Ashkar 47681 Manorwood Drive Northvi | (u)EBF Holdings LLC | (u)Ernest M. Hassan III |
| (u)Amanda Pisarski | (u)SCP Distributors, LLC | (u)Mohamed Saad |
| (u)Angela Serrano | (d)Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | (u)Andrew R. Vara |

End of Label Matrix
Mailable recipients   166
Bypassed recipients    12
Total                 178