UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                           Case No. 23-46912-TJT
                                                    Chapter 7
                Debtor.                             Hon. Thomas J. Tucker
_____/

FIRST AND FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE
FOR EXIGENT LANDSCAPING, LLC, DEBTOR-IN-POSSESSION
FOR THE PERIOD AUGUST 8, 2023 THROUGH FEBRUARY 29, 2024

      Mark H. Shapiro, Subchapter V Trustee (hereafter "Trustee") states that no

agreement or understanding exists between Trustee and any other person for the

sharing of any compensation received for services rendered in or in connection with

this case, other than agreements or understandings related to the division of

compensation among Trustee's partners and associates.

      1.    Trustee applies to this Court for compensation and reimbursement of

expenses under 11 U.S.C. §§ 330 and 331 and provides the following information in

accordance with L.B.R. 2016-1 (E.D.M.).

      A.    Compensation sought to be approved:........................$12,662.50

      B.    Expenses sought to be approved: .......................................$0.00

      C.    Retainers held:................................................................$0.00

      2.    Time period of application.    The fees requested in this application are

1

for services rendered as Subchapter V Trustee for the Period of August 8, 2023 through February 29, 2024, the date the case was converted to Chapter 7.

3.    <u>Summary of services rendered</u>.  Through the course of this proceeding, Trustee has attempted to work with the Debtor, its creditors and the Office of the U.S. Trustee to determine the best means of moving forward from the Debtor's prepetition activities.  This became a precarious balance of attempting to help facilitate continued operation of the Debtor's business in spite of numerous prepetition clients having lost deposits paid to the Debtor for work that was never completed and in some cases never commenced.  Applicant spoke or corresponded with numerous current and former clients of the Debtor, attempting to determine whether continuation of pending projects was a possibility (which in some cases was an absolute possibility and in others not), and whether there was any prospect for the Debtor to not only complete existing projects, but generate new business.  Ultimately, a resolution that accommodated creditors and the Office of the U.S. Trustee could not be reached, in large part because the Debtor was unable to generate new business in a sufficient volume to support feasibility of the plan proposed.  Following a Motion filed by the US Trustee and the support of numerous aggrieved customers, the Court converted the case.

4.    <u>Case status</u>.  As indicated above, the case was converted to Chapter 7 on

February 12, 2024 (Docket no. 152).

5.    <u>Services to be rendered in the future.</u> Applicant will not be rendering any further services as Subchapter V Trustee, but has been appointed as the Chapter 7 Trustee in the case.

6.    <u>Accrued unpaid administrative expenses</u>.  Besides the fees requested in this application, Debtor's counsel has filed an application for allowance of fees [Dkt. No. 168]. Applicant is not aware of any other unpaid Chapter 11 administrative expenses.  It is anticipated that the Chapter 7 estate will generate additional administrative expenses.

7.    <u>Duplicative services</u>. Mark H. Shapiro, Trustee is not requesting an award for the services of more than one professional or paraprofessional on any given task.

8.    <u>Prior fee applications.</u>   None.


 /s/  Mark H. Shapiro (P43134)
Subchapter V Trustee for Debtor-In-Possession
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date:  March 6, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC, xx-xxx5176          Case No. 23-46912-TJT
dba Exigent Design and Build                  Chapter 7
13246 23 Mile Road                            Hon. Thomas J. Tucker
Shelby Township, MI 48315
                              Debtor.
_____/

NOTICE OF FIRST AND FINAL FEE APPLICATION OF SUBCHAPTER V
TRUSTEE FOR EXIGENT LANDSCAPING, LLC, DEBTOR-IN-POSSESSION
FOR THE PERIOD AUGUST 8, 2023 THROUGH FEBRUARY 29, 2024


     Mark H. Shapiro, Trustee filed an application for fees of $12,662.50 and
expenses of $0.00 for services rendered as Subchapter V Trustee for the Debtor-In-
Possession. The application may be reviewed in the Intake office at the U.S.
Bankruptcy Court.

     **Your rights may be affected.   You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case.  (If you
do not have an attorney, you may wish to consult one.)**

     If you do not want the court to award the fees, or if you want the court to
consider your views on the application for fees, then within 21 days after
service of this notice, you or your attorney must:

1.  File with the court a written objection or request for a hearing at[1]:

    **INTAKE OFFICE**
    **U.S. Bankruptcy Court**
    211 West Fort Street
    17th Floor
    Detroit, Michigan 48226

    If you mail your objection or request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the 21 day period expires.

2.  Serve a copy on:

    Mark H. Shapiro, Trustee
    25925 Telegraph Road, Suite 203
    Southfield, MI 48033
    (248) 352-4700

    If you or your attorney do not take these steps, the court may decide that you do not oppose the request for fees and may enter an order granting that relief.

    /s/ Mark H. Shapiro (P43134)
    Subchapter V Trustee for Debtor-In-Possession
    25925 Telegraph Road, Suite 203
    Southfield, MI 48033
    (248) 352-4700
    shapiro@steinbergshapiro.com

Date: March 6, 2024

---

[1] Objection or request for hearing must comply with F.R.Civ.P. 8(b),(c) and (e).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                    Case No. 23-46912-TJT
                                             Chapter 7
            Debtor.                          Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I certify that on March 6, 2024, I served copies as follows:

Documents Served:        21 Day Notice of Application of Fees
                         All non-ECF parties listed on the attached Official
Served Upon:             Court Matrix

                         First Class Mail
Method of service:


                         /s/ Ilene A. Harmon
                         Trustee Assistant
                         25925 Telegraph Road, Suite 203
                         Southfield, MI 48033
                         (248) 352-4700
                         harmon@steinbergshapiro.com

Label Matrix for local noticing
0645-2
Case 23-46912-tjt
Eastern District of Michigan
Detroit
Wed Mar  6 13:14:40 EST 2024

23 Mile Storage, LLC
c/o Tommy Haji
965 Wanda
Suite E
Detroit, MI 48220-2959

24 Capital, LLC
936 S.W. 1st Ave. Ste.271
Miami, FL 33130-4520

AG Gas Service
27231 Doxtator
Dearborn Heights, MI 48127-4903

Alex Boyd and Rebecca Boyd
c/o John F. Harrington
30500 Van Dyke Ave
Ste 200
Warren, MI 48093-2109

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Angela Londono, a/k/a Angela Serrano
c/o David M. Eisenberg, Esq.
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034-8348

Angela Serrano
181 Linda Lane
Bloomfield Hills, MI 48304-2819

Aqua Hall
2992 Gramer Road
Webberville, MI 48892-8700

Aqua Haul
2992 Gramer Rd
2992 Gramer Rd
Webberville, MI 48892-8700

Arlington Masonry Supply
7500 23 Mile Road
Shelby Twp, MI 48316-4422

Auto Owners Insurance
6101 Anacapri Blvd
Lansing, MI 48917-3994

BMO Bank N.A.
1625 W. Fountainhead Pkwy
Tempe, AZ 85282-2371

Melvin Babi
BABI & BABI LAW, P.L.L.C.
39500 High Pointe Blvd.
Suite 155
Novi, MI 48375-5500

Barajas Enterprise
1217 Chandler Ave.
Lincoln Park, MI 48146-2007

Barajas Enterprise LLC
1217 Chandler Avenue, Lincoln Park, MI,
1217 Chandler Avenue, Lincoln Park, MI,
Lincoln Park, MI 48146

Robert N. Bassel
P.O. Box T
Clinton, MI 49236-0018

(p)BILL
6220 America Center Dr.
Suite 100
San Jose, CA 95002

Jason Brainer
Dickinson Wright PLLC
2600 W. Big Beaver Rd
Suite 300
Troy, MI 48084-3312

Brandon Heitmann
60749 Forrest Creek Drive
Washington, MI 48094-1846

Calambas Pool Service
Hector Orozco
2654 Pearl St
Detroit MI 48209-3700

Kelley Callard (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226-3263

Caterpillar Financial Servcies Corp.
2120 West End Avenue
Nashville, TN 37203-5341

Caterpillar Financial Services Corporation
James A. Plemmons
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226-3403

Changhua Wang and Bin He
c/o Doron Yitzchaki, Esq.
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131

Scott R. Cheatham
Adams and Reese LLP
701 Poydras St. Suite 4500
New Orleans, LA 70139-4596

Chris Burke
15182 Cranbrook Court
Utica, MI 48315-2127

Chris Seitz
1415 Greenleaf
Royal Oak, MI 48067-1174

Citizens Bank, N.A.
c/o Michael I. Zousmer, Esq.
Zousmer Law Group PLC
4190 Telegraph Rd., Ste. 3000
Bloomfield Hills, MI 48302-2082

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Citizens Bank, N.A.
c/o Michael I. Zousmer, Esq.
Zousmer Law Group PLC
4190 Telegraph Rd., Ste. 3000
Bloomfield Hills, Michigan 48302-2082

Tracy M. Clark
Steinberg Shapiro & Clark
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

Classic Pools
14073 Southwoods Court
Southgate, MI 48195-3739

Congil Truck Lines
6216 West MINSTER DRIVE
P.O. 850, Lambeth Stn
London ON N6P 1N6

Congil Truck Lines Ltd.
6216 Westminster Dr
London, ON N6P 1R2

Connelly Crane Rental Corp
12635 Marion
Redford, MI 48239-2652

Dan Hagy
4582 Lakshore Road
Fort Gratiot, MI 48059-3527

Dana Caran
17742 Hogan Dr.
Macomb, MI 48042-1775

Daniel B. Hagy
4582 Lakeshore Drive
4582 Lakeshore Drive
Fort Gratiot, MI 48059-3527

Daniel Carter
c/o John F. Harrington
30500 Van Dyke Ave
Ste 200
Warren, MI 48093-2109

Daniel DiCicco
Ahern & Kill PC
355 S. Old Woodward Ave, Ste 210
Birmingham, MI 48009-6203

Dany Batti
101 W. Big Beaver Rd.
Suite 104
Troy, MI 48084-5253

Demetrios James Minnie Papageorgiou
4882 Riverchase Drive
Troy, MI 48098-4185

Greg Dickinson
United States Attorney's Office
211 W. Fort Street
Ste. 2001
Detroit, MI 48226-3220

Doron Yitzchaki
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104-2131

EBF Holdings, LLC d/b/a Everest Business Fun
c/o Michael W. Davis, Esq.
601 S. Figueroa Street, Suite 2130,
Los Angeles, CA 90017-5729

ERC Specialist
560 East Timpanogos Circle
Orem, UT 84097-6225

ERC Specialists, LLC
560 E Timpanogos Circle
Orem, UT 84097-6225

David Eisenberg
Maddin, Hauser, Roth & Heller, P.C.
28400 Northwestern Highway
Second Floor
Southfield, MI 48034-1839

Elena Morales
66591 Campground Road
Washington, MI 48095-1853

Eli Zahka
19052 Chaumont Way
Monroe, MI 48162

Everest Businss Funding
102 W 38th Street
6th Floor
New York, NY 10018-3664

Exigent Landscaping, LLC
13246 23 Mile Road
Shelby Township, MI 48315-2712

Fantastic Pools LLC
1615 Myron
Lincoln Park, MI 48146-3829

First Foundation  Bank
5403 Olympic Drive NW
Gig Harbor, WA 98335-1853

Fleet Masters Equipment
2375 Dixie Hwy
Waterford, MI 48328-1811

Fundbox Financing
6900 Dallas Parkway
Suite 700
Plano, TX 75024-7188

GM Financial
PO Box 183834
Arlington, TX 76096-3834

Gateway Engineering
8155 Annsbury Dr.
Suite 109
Utica, MI 48316-1914

Genniver Jameel
7178 Lasher Road
Bloomfield Hills, MI 48301-4044

Geoff Wilson
7335 East Greenwich
Bloomfield Hills, MI 48301-3919

Grace Transport
9825 Alondra Ave
Pharr, TX 78577-8445

James Haney
821 Alexander Road
Suite 200
Princeton, NJ 08540-6352

John F Harrington
Law Offices John F. Harrington
22162 Chaucer Court
Suite 200
Macomb Township, MI 48044-3897

John F Harrington
Law Offices John F. Harrington
30500 Van Dyke Avenue
Suite 200
Warren, MI 48093-2109

John F. Harrington
30500 Van Dyke Avenue, Suite M-200
Warren, MI 48093-2104

Ernest Hassan
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Hecktor Orozco
6254 Peral Street
Detroit, MI 48209

Jennifer Hernandez
49145 Cranbrook
Macomb, MI 48044-1543

Jacob Daniel High
6440 Lake Meadow Dr.
Waterford, MI 48327-1781

Peter Hutchens
Bredernitz, Wagner & Co.
109 W Clinton St
Howell, MI 48843-1598

IOU Central Inc. d/b/a IOU Finanical
Inc.
c/o Bret T. Thrasher
1170 Peachtree Street NE, Suite 1925
Atlanta, GA 30309-7677

IOU Central, Inc. d/b/a IOU Financial, Inc.
c/o Aubrey Thrasher, LLC
12 Powder Springs Street
Suite 240
Marietta, GA 30064-7205

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivan Salem
66 W Millington Rd.
Fostoria MI 48435-9528

J & H Transportation Inc
39999 Garfield Rd
Clinton Township, MI 48038-4098

J&H Trasporation Co.
37580 Mound Road
Sterling Heights, MI 48310-4122

James Shamas
3927 Forster Lane
Utica, MI 48316-3802

Jason Khano
12 Powder Springs Street
Suite 240
Marietta, GA 30064-7205

Jeff English
53200 Van Dyke Ave.
Shelby Twp, MI 48316-2598

Jeff Tripoli
5480 Carrollton Court
Rochester, MI 48306-2393

Jennifer Hernandez
49145 Cranbrook Drive
Macomb, MI 48044-1543

Joe Hebeka and Angela Hebeka
6435 Creekside Lane
Utica, MI 48316-5394

Joe Regalado
14127 Kings Park Court
Utica, MI 48315-4159

John Benincasa
20011 Sycamore Drive
Macomb, MI 48044-5725

John F Harrington
30500 Van Dyke Avenue
Suite 200
Warren, MI 48093-2109

(p)KSERVICING WIND DOWN CORP
ATTN NICOLE MANOS
3370 N HAYDEN ROAD #123
PMB 681
SCOTTSDALE AZ 85251-6632

Anthony Wayne Kahn
33110 Grand River Avenue
Farmington, MI 48336-3120

Anthony Wayne Kahn
Law Office of Anthony Wayne Kahn
33110 Grand River Avenue
Farmington, MI 48336-3120

Kelley Wallis
5818 Carmen Court East
West Bloomfield, MI 48324-2912

Kelsey Acho
32721 White Oaks Trail
Franklin, MI 48025-2563

Kirk, Huth, Lange & Badalamenti, P.L.C.
19500 Hall Rd #100
Clinton Township, MI 48038-5317

Kristen Toma
20652 Breezeway Dr.
Macomb, MI 48044-3518

Lee Cameron
49337 Marte
New Baltimore, MI 48047

MacAllister Machinery Co., Inc
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Macallister Rental
6300 South Eastern Ave
Indianapolis, IN 46203-5828

Malek Shamaya
19429 Gold River
Macomb, MI 48044-4251

Marc Piper
6970 Valley Spring Dr.
Bloomfield Twp, MI 48301-2847

Marco
42945 Whitestone St.
Northville, MI 48168-2061

Maria Ashkar
47681 Manorwood Drive
Northville, MI 48168-8471

Matt Decoster
37676 Huron Pointe Drive
Harrison Township, MI 48045-2823

Matt Grant
1200 Lone Pine Road
Bloomfield Hills, MI 48302-2816

Matt Martin
1422 Pueblo Court
Milford, MI 48381-2978

Megan Madaus
18210 Fairway Dr.
Detroit, MI 48221-2707

Michael J. Balian
100 W. Big Beaver Rd.
Ste 333
Troy, MI 48084-5283

Michele Breteton
49876 Baker Court
Macomb, MI 48044-1525

Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909-7668

Anthony James Miller
20700 Civic Center Drive
Suite 420
Southfield, MI 48076-4140

Moe Saad
921 Crescent Drive
Dearborn, MI 48124-1209

Mohamed Saad
c/o Osipov Bigelman, P.C.
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076-4155

Nacy Afr
1085 Glengarry Circle East
Bloomfield Hills, MI 48301-2214

Natalie Powers
697 Sunningdale
Grosse Pointe, MI 48236-1627

Nick Pinozzi
55520 Whitney Ct.
Utica, MI 48315-6668

Oakland Fuels
3943 Airport Road
Waterford, MI 48329-1308

Yuliy Osipov
Osipov Bigelman, P.C.
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076-4140

S. Thomas Padgett
DeBrincat Padgett
27780 Novi Road
Suite 225
Novi, MI 48377-3402

Partha Nadi
3514 Pine Estates
Bloomfield Hills, MI 48302

Pawnee Leasing Corporation
c/o Ali
654 Amherst Road
Suite 320
Sunderland, MA 01375-9420

Peterson Brothers Co.
9680 Grineel Ave
Detroit, MI 48213-1149

Ratnesh Mehra
232 Forest Ave.
Royal Oak, MI 48067-1875

Rock Bottom Stone Supply
PO Box 190081
Burton, MI 48519-0081

Rock Botton
4057 S Dort Hwy
Burton, MI 48529

Ryan Kelly
8884 Morning Mist Dr.
Clarkston, MI 48348-2868

SCP Distributors, LLC
c/o Scott R. Cheatham
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139-4596

SCP Pool Corp.
35015 Glendale St.
Livonia, MI 48150-1230

Sam Jarbo
33717 Woodward Ave
Ste 560
Birmingham, MI 48009-0913

Samantha Ceislak
1123 Hickory Ave.
Royal Oak, MI 48073-3290

Sandra M. Kelly
8884 Morning Mist Dr.
Clarkston, MI 48348-2868

Sandra M. Kelly
Ryan Kelly
8884 Morning Mist Dr.
Clarkston, MI 48348-2868

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

Shannon Barnhardt
49739 Chaucher Court
Macomb, MI 48044-3899

Mark H. Shapiro
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

Sheffiled
PO Box 25127
Winston Salem, NC 27114-5127

Simna Kumar
4424 Barchester Dr.
Bloomfield Hills, MI 48302-2115

Site One Landscape Supply
24110 Network Place
Chicago, IL 60673-1241

Stafford Landscaping LLC
PO Box 736
Memphis, MI 48041-0736

State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202-6030

State of Michigan
Department of Treasury
Collections Division
Treasury Building
Lansing, MI 48922-0001

State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437

Stephanie Wells
19489 Waltham Rd.
Beverly Hills, MI 48025-5124

Stephanie Wells
19489 Waltham Road
Franklin, MI 48025-5124

Terry Riddle
7605 17 Mile Road
Sterling Heights, MI 48313-4533

The Hills of Lone Pine Association
c/o Norman Orr
201 West Big Beaver
Suite 600
Troy, MI 48084-4161

Tommisns Tounsel
13221 Maple Lawn Drive
Utica, MI 48315-2305

```
(p)US BANK                         U.S. Small Business Administration    U.S. Small Bussiness Administration
PO BOX 5229                        2 North Street, Suite 320             2 North street, Suite 320
CINCINNATI OH 45201-5229           Birmingham, AL 35203                  Birmingham, AL 35203


Unique Funding Solution            United States of America (IRS)        Upstart Loan Operations
71 S Central Ave                   United States Attorney                PO Box 1503
Suite 200                          211 W. Fort Street                    San Carlos, CA 94070-7503
Valley Stream, NY 11580-5403       Suite 2001
                                   Detroit, MI 48226-3220


V Cap                              Valley Transport                      Changhua Wang
333 Parsall Ave.                   c/o Roberto Gonzalez                  c/o Doron Yitzchaki, Esq.
Cedarhurst, NY 11516-1842          2001 Waterman                         Dickinson Wright PLLC
                                   Detroit, MI 48209-1558                350 South Main Street
                                                                         Suite 300
                                                                         Ann Arbor, MI 48104-2131


Western Equipment Finance, Inc.    Western Equipment Finance, Inc.       Wiegands Farm
503 Highway 2 West                 P.O. Box 640                          32800 31 Mile Rd
Devils Lake, ND 58301-2938         Devils Lake, ND 58301-0640            Lenox, MI 48050-1302


Wright Engineering                 Doron Yitzchaki                       Michael I. Zousmer
1645 Village Center Circle         Dickinson Wright PLLC                 Zousmer Law Group PLC
Ste 10                             350 S. Main Street                    4190 Telegraph Road
Las Vegas, NV 89134-6371           Suite 300                             Ste. 3000
                                   Ann Arbor, MI 48104-2131              Bloomfield Hills, MI 48302-2082


ally                               c/o CRF Solutions
PO Box 380902                      PO Box 1389
Minneapolis, MN 55438-0902         Simi Valley, CA 93062-1389




     The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
     by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services, Inc.    (d)AmeriCredit Financial Services, Inc.   Bill
P.O. Box 183853                         dba GM Financial                          6220 America Center Dr. Suite 100
Arlington, TX 76096                     P O Box 183853                            San Jose, CA 95002
                                        Arlington, TX 76096


Citizens Bank, N.A.                     Interal Revenue Service                   Kabbage
One Citzens Plaza                       Centralized Inslovency Operations         730 Peachtree St NE, Suite 1100
Providence, RI 02903                    PO Box 21126                              Atlanta, GA 30308
                                        Philadelphia, PA 19114


U.S. Bank                               (d)U.S. Bank National Association
800 Nicollet Mall                       Bankruptcy Department
Minneapolis, MN 55402                   PO Box 108
                                        Saint Louis MO 63166-0108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)23 Mile Storage, LLC

(u)24 Capital
1545 Route 202
Suite 101
NY 10907

(u)Ally Bank

(u)Ayham Ashkar 47681 Manorwood Drive Northvi

(u)EBF Holdings LLC

(u)Ernest M. Hassan III

(u)Amanda Pisarski

(u)SCP Distributors, LLC

(u)Mohamed Saad

(u)Angela Serrano

(d)Mark H. Shapiro
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033-2527

(u)Andrew R. Vara

End of Label Matrix
Mailable recipients    166
Bypassed recipients     12
Total                  178

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                        Case No. 23-46912-TJT
                                                 Chapter 7
              Debtor.               Hon. Thomas J. Tucker
_____/

## EXHIBIT LIST

| 1 | Proposed order granting fee application |
|---|---|
| 2 | Notice of Appointment of Subchapter V Trustee |
| 3 | n/a |
| 4 | Summary of time rendered and hourly rates |
| 5 | Detailed time records |
| 6 | Biographical statements |
| 7 | n/a |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                          Case No. 23-46912-TJT
                                                   Chapter 7
                        Debtor.                    Hon. Thomas J. Tucker
_____/

ORDER APPROVING FIRST AND FINAL
FEE APPLICATION OF SUBCHAPTER V TRUSTEE
FOR EXIGENT LANDSCAPING, LLC, DEBTOR-IN-POSSESSION
FOR THE PERIOD AUGUST 8, 2023 THROUGH FEBRUARY 29, 2024

Mark H. Shapiro, Trustee filed and served on interested parties a first and

final application for Subchapter V trustee fees and expenses (the "Application"

docket # ____). All parties in interest were served with notice of the application

and no responses or objections were timely filed. As such, the Court finds good

cause to enter this Order.

IT IS ORDERED that the Application is approved.

IT IS FURTHER ORDERED that Mark H. Shapiro, Trustee is awarded fees

of $12,662.50 and expenses of $0.00 for services rendered during the period

August 8, 2023 through February 29, 2024 as Chapter 11 administrative expenses

of the estate under 11 U.S.C. § 503(b).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                           Case No. 23-46912-tjt

**Exigent Landscaping, LLC.,**                   Subchapter V – Chapter 11

          Debtor.                                Hon. Thomas J. Tucker

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the

following qualified individual as Subchapter V trustee in the above-captioned case:

**Mark H. Shapiro**
**Steinberg, Shapiro & Clark**
**25925 Telegraph Rd., Ste. 203**
**Southfield, MI 48033**
**(248) 352-4700**
**Email: shapiro@steinbergshapiro.com**

The trustee's verified statement of disinterestedness and anticipated rate of

compensation is attached to this notice.

                                    Respectfully submitted,

                                    **ANDREW R. VARA**
                                    **UNITED STATES TRUSTEE**
                                    Regions 3 and 9

                                    By:    /s/ Kelley Callard
                                    Trial Attorney
                                    Office of the U.S. Trustee
                                    211 West Fort St - Suite 700
                                    Detroit, Michigan 48226
                                    (313) 226-6773
                                    Kelley.Callard@usdoj.gov
Date: August 8, 2023               [P68537]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 23-46912-tjt

**Exigent Landscaping, LLC.,**                  Subchapter V – Chapter 11

Debtor.                                         Hon. Thomas J. Tucker

## <u>VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE</u>

In connection with the United States Trustee's Notice of Appointment of
Mark H. Shapiro as Subchapter V trustee in this proceeding, I hereby verify that I
am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the
debtor;

    (b)    am not, and was not, within two years before the date of filing
of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the
estate or of any class of creditors or equity security holders, by
reason of any direct or indirect relationship to, connection with,
or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking
compensation for my service in this case at an hourly rate of $400.00, in addition
to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant
to FRBP 2008.

Respectfully submitted,

By:   /s/Mark H. Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd., Ste. 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: August 8, 2023

**EXHIBIT 4**

**SUMMARY STATEMENT OF NUMBER OF
HOURS OF SERVICE RENDERED BY
EACH ATTORNEY AND PARALEGAL**

| Attorney | Hourly Rate | No. of Hours | Amount |
|---|---|---|---|
| Mark H. Shapiro* | $400.00 | 33.80 | $13,520.00 |
| Tracy M. Clark* | $325.00 | 0.90 | $292.50 |
| Totals | | 34.70 | $13,812.50 |

---

**Matter 366-1**                              Exigent Landscaping, LLC
                                             Exigent Landscaping, LLC

---

|  | | Hours | Fees | Expenses |
|---|---|---|---|---|

**TEE**          **Trustee**

| | | | Hours | Fees | Expenses |
|---|---|---|---|---|---|
| 08/08/23 (62726) | MHS | Review of first day motions, emails from US Trustee regarding IDI and 341 meeting and Order for expedited hearing. Email to Ernie Hassan regarding same. | | | |
| | | | 1.10 | 385.00 | 0.00 |
| 08/08/23 (62728) | MHS | Review and exchange of emails with Kelley Callard regarding first day motions and with Ernie Hassan regarding Zoom conference tomorrow. | | | |
| | | | 0.20 | 70.00 | 0.00 |
| 08/08/23 (62725) | MHS | Review and exchange of emails with US Trustee regarding appointment in new matter and Declaration of Disinterestedness. Executed Declaration and returned to US Trustee. Email to Joy L. Brown regarding downloading pleadings. | | | |
| | | | 0.00 | 0.00 | 0.00 |
| 08/09/23 (62731) | MHS | Review of Order for hearing on first day motions. | | | |
| | | | 0.10 | 35.00 | 0.00 |
| 08/09/23 (62739) | MHS | Attendance on Zoom conference with Ernie Hassan and Kelley Callard to discuss background, moving forward with case. | | | |
| | | | 0.70 | 245.00 | 0.00 |
| 08/11/23 (62763) | TMC | Review first day motions and email from Mark H. Shapiro in preparation for today's hearing. | | | |
| | | | 0.00 | 0.00 | 0.00 |
| 08/11/23 (62814) | MHS | Review and exchange of emails with Tracy M. Clark, Esq. regarding preparation for hearing. | | | |
| | | | 0.10 | 35.00 | 0.00 |
| 08/11/23 (62766) | TMC | Telephonic appearance for hearings on motions to use cash collateral and pay employees. | | | |
| | | | 0.30 | 82.50 | 0.00 |
| 08/15/23 (62860) | MHS | Review of emails from Kelley Callard regarding reporting to be required from Debtor. | | | |
| | | | 0.20 | 70.00 | 0.00 |
| 08/21/23 (62988) | MHS | Review of emails exchanged by and between US Trustee and counsel for Debtor regarding reporting. Review and exchange of emails with Kelley Callard regarding Debtor disclosures. | | | |
| | | | 0.20 | 70.00 | 0.00 |

| Date (No.) | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 08/21/23 (62998) | MHS | Review of voicemail messages from creditor and counsel for creditor. Attempted calls to each and left messages. Telephone conference with John Harrington regarding case, my role. | 0.30 | 105.00 | 0.00 |
| 08/22/23 (63011) | MHS | Download and review of pleadings filed by Debtor, in preparation for IDI. Review of emails exchanged by and between Kelley Callard and Ernie Hassan regarding reporting issues. Email to Tim Carr regarding documents received from Debtor for IDI. Email to Ernie Hassan regarding any more recent financial information than what was filed with Court? Telephone conference with Ernie regarding same. | 0.80 | 280.00 | 0.00 |
| 08/23/23 (63041) | MHS | Continued review of Debtor's financial records provided, in preparation for IDI. | 0.50 | 175.00 | 0.00 |
| 08/23/23 (63045) | MHS | Review and exchange of emails with Tim Carr regarding case. | 0.20 | 70.00 | 0.00 |
| 08/23/23 (63047) | MHS | Attendance on IDI with Tim Carr, Steve Wagner, Deidre McArthur, Ernie Hassan and Brandon Heitman, Debtor's principal. | 1.10 | 385.00 | 0.00 |
| 08/24/23 (63052) | MHS | Review of email from Ernie Hassan regarding revised final agreement for use of cash collateral. Email to Ernie regarding approval to sign and file. | 0.10 | 35.00 | 0.00 |
| 08/29/23 (63155) | MHS | Review of emails exchange by alleged secured creditor with interest in cash collateral and counsel for Debtor. | 0.10 | 35.00 | 0.00 |
| 08/29/23 (63160) | MHS | Telephone conference with Ernie Hassan regarding potential obj to cash collateral resolved. Discussed issue relative to architect threatening to file construction lien. | 0.20 | 70.00 | 0.00 |
| 08/30/23 (63187) | MHS | Review of proposed revised stip and order on cash collateral, received from Ernie Hassan. Telephone conference with Ernie regarding same and other issues. Review and revisions to proposed cash collateral order and email to all parties regarding same. | 0.40 | 140.00 | 0.00 |
| 08/30/23 (63180) | MHS | Attendance for telephonic initial scheduling conference before Judge Tucker. | 0.40 | 140.00 | 0.00 |
| 08/30/23 (63169) | MHS | Review and exchange of emails with Ernie Hassan regarding approval of revised version of final cash collateral order. | 0.20 | 70.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/31/23<br>(63213) | MHS | Review of email from creditor Boyd regarding investigation of Debtor. Forwarded email to Kelley Callard. | | | |
| | | | 0.30 | 105.00 | 0.00 |
| 09/02/23<br>(63262) | MHS | Review of emails from Ernie to Kelley Callard regarding IDI requirements and list of current jobs and status of same. | | | |
| | | | 0.10 | 35.00 | 0.00 |
| 09/08/23<br>(63371) | MHS | Review of emails exchanged by and between Kelley Callard and Ernie regarding creditor information. Email to Ernie regarding same. | | | |
| | | | 0.00 | 0.00 | 0.00 |
| 09/11/23<br>(63445) | MHS | Attendance on telephonic 341 meeting. | | | |
| | | | 2.10 | 735.00 | 0.00 |
| 09/11/23<br>(63441) | MHS | Review of voicemail from Dan Hagy, creditor, regarding questions about 341 meeting and filing of proof of claim. | | | |
| | | | 0.30 | 105.00 | 0.00 |
| 09/11/23<br>(63438) | MHS | Docketing of dates and deadlines from Scheduling Order. Review of Schedules and Statements in preparation for 341 meeting. | | | |
| | | | 0.50 | 175.00 | 0.00 |
| 09/12/23<br>(63458) | MHS | Telephone conference with Kelley Callard regarding status of case, results of 341 meeting. Telephone conference with Ernie regarding same and strategy going forward. | | | |
| | | | 0.80 | 280.00 | 0.00 |
| 09/19/23<br>(63625) | MHS | Telephone conference with Ernie regarding employment of professional issues. | | | |
| | | | 0.10 | 35.00 | 0.00 |
| 09/21/23<br>(63641) | MHS | Telephone conference with Ernie Hassan regarding discussions with US Trustee. | | | |
| | | | 0.20 | 70.00 | 0.00 |
| 09/23/23<br>(63674) | MHS | Download and review of August MOR filed by Debtor. Referenced bi-weekly report and S of FA. Email to Ernie regarding questions. | | | |
| | | | 0.50 | 175.00 | 0.00 |
| 09/25/23<br>(63717) | MHS | Review of emails exchanged by and between Kelley Callard and Ernoe Hassan. Email to Kelley regarding questions for Ernie on MORs. | | | |
| | | | 0.10 | 35.00 | 0.00 |
| 09/25/23<br>(63720) | MHS | Telephone conference with Kelley Callard regarding MOR issues. | | | |
| | | | 0.30 | 105.00 | 0.00 |
| 09/26/23 | MHS | | | | |

| | | | | | |
|---|---|---|---|---|---|
| (63725) | | Review of email from Kelley Callard to Ernie Hassan regarding questions about MOR. | | | |
| | | | 0.10 | 35.00 | 0.00 |
| 09/27/23 (63764) | MHS | Telephone conference with Ernie regarding response to Kelly's emails and issues in case.  Review of email from Ernie to Kelley regarding responses to her requests. | | | |
| | | | 0.20 | 70.00 | 0.00 |
| 09/27/23 (63758) | MHS | Telephone conference with Jim Harrington regarding status and direction of case. | | | |
| | | | 0.30 | 105.00 | 0.00 |
| 09/27/23 (63751) | MHS | Attendance for telephonic 1188 status conference before Judge Tucker. | | | |
| | | | 0.20 | 70.00 | 0.00 |
| 09/28/23 (63768) | MHS | Continued review of email and attached documents from Ernie to Kelley Callard, responding to requests for information. | | | |
| | | | 0.20 | 70.00 | 0.00 |
| 10/04/23 (64049) | MHS | Review of email from Ernie Hassan regarding detail on current projects.  Review of email from Kelley Callard in response. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 10/14/23 (64181) | MHS | Download and review of bi-weekly financial reporting, email from Kelley Callard to Ernie regarding documents to be produced. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 10/18/23 (64244) | MHS | Review and exchange of emails with Kelley Callard regarding analyst notes and meeting tomorrow. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 10/19/23 (64258) | MHS | Attendance on videoconference with Kelley Callard and Dee Dee McArthur regarding investigation in case and issues relating to potential motion to be filed.  Email to counsel for creditors regarding any activity on their matters. | | | |
| | | | 0.60 | 240.00 | 0.00 |
| 10/19/23 (64266) | MHS | Review and exchange of emails with counsel for creditors regarding Zoom conference Monday.  Review of email from Kelley Callard to counsel for Debtor regarding request for information | | | |
| | | | 0.10 | 40.00 | 0.00 |
| 10/20/23 (64299) | MHS | Review of email from Kelley Callard regarding Debtor's principal's wife setting up new entity.  Email to Kelly regarding communications with creditors. | | | |
| | | | 0.10 | 40.00 | 0.00 |
| 10/20/23 (64298) | MHS | Review of email from Jennifer Hernandez regarding status of job.  Review of voicemail message from John Harrington.  Email to John and Jacob Kahn regarding Zoom | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | conference Monday | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 10/20/23 (64296) | MHS | Review of email and attached list of creditors received from Dee Dee at US Trustee. Review of claims docket for case and location of information for creditors. Attempted call to John Harrington and email to Jennifer Hernandez to determine progress on jobs | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 10/23/23 (64321) | MHS | Attendance on videoconference with counsel for creditors, Jacob Kahn and Jim Harrington. | | | |
| | | | 0.50 | 200.00 | 0.00 |
| 10/24/23 (64347) | MHS | Telephone conference with Ernie Hassan regarding status, discussions with creditors and direction of case. | | | |
| | | | 0.40 | 160.00 | 0.00 |
| 10/29/23 (64531) | MHS | Review and exchange of emails with Shannon Barnhardt regarding progress on project. | | | |
| | | | 0.10 | 40.00 | 0.00 |
| 10/29/23 (64528) | MHS | Emails to various customers to ask for status of their projects. | | | |
| | | | 0.40 | 160.00 | 0.00 |
| 10/30/23 (64551) | MHS | Review and exchange of emails with Dan Hagy, creditor regarding whether to file proof of claim. | | | |
| | | | 0.10 | 40.00 | 0.00 |
| 10/31/23 (64581) | MHS | Review and exchange of email from David Eisenberg regarding client agreeing to terminate contract. Review and exchange of emails with Kelley Callard regarding meeting tomorrow and review of additional emails from customers. | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 11/01/23 (64668) | MHS | Review of email from customer. Review of emails exchanged by and between Ernie and Kelley. | | | |
| | | | 0.10 | 40.00 | 0.00 |
| 11/01/23 (64661) | MHS | Telephone conference with Ernie Hassan regarding strategy. | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 11/01/23 (64659) | MHS | Attendance on videoconference with Kelley Callard and Dee Dee MacArthur to discuss status of case. | | | |
| | | | 0.50 | 200.00 | 0.00 |
| 11/01/23 (64650) | MHS | Email to Kelley Callard and Dee Dee McArthur regarding contact with customers. | | | |
| | | | 0.30 | 120.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/03/23 (64767) | MHS | Telephone conference with Kelley Callard regarding their position on Motion to Convert/Dismiss. | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 11/06/23 (64797) | MHS | Review and exchange of emails with counsel for Debtor and US Trustee Regarding Debtor's desire to proceed with confirmation. | | | |
| | | | 0.10 | 40.00 | 0.00 |
| 11/06/23 (64799) | MHS | Review of email and attached proposed stip and order from counsel for creditor, Londono. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 11/10/23 (64916) | MHS | Telephone conference with counsel for homeowner regarding nondischargeability action against Debtor and status of case. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 11/16/23 (65110) | MHS | Telephone conference with Ernie regarding plan/case issues. | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 11/29/23 (65329) | MHS | Review of pleadings in preparation for videoconference with Kelley Callard and Dee Dee McArthur. | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 11/29/23 (65332) | MHS | Attendance on videoconference with Kelley Callard and Dee Dee McArthur regarding case status and request for adjournment of hearing. | | | |
| | | | 0.30 | 120.00 | 0.00 |
| 11/30/23 (65351) | MHS | Download and review of ex parte order adjourning confirmation and setting hearing dates. Calendared dates. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 12/01/23 (65573) | MHS | Telephone conference with Ernie Hassan regarding status of case and position on Motion to convert. | | | |
| | | | 0.60 | 240.00 | 0.00 |
| 12/06/23 (65625) | MHS | Telephone conference with John Herrington, counsel for creditor, regarding balloting in case, discussions with US Trustee. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 12/13/23 (65717) | MHS | Download and review of ballot summary filed by Debtor. Email to Ernie regarding scheduling call today. | | | |
| | | | 0.20 | 80.00 | 0.00 |
| 12/15/23 (65757) | MHS | Telephone conference with counsel for Debtor regarding status of case. | | | |
| | | | 0.50 | 200.00 | 0.00 |

| 12/20/23<br>(65861) | MHS | Telephone conference with Ernie Hassan regarding status of case. | | | |
| | | | 0.20 | 80.00 | 0.00 |

| 12/26/23<br>(65945) | MHS | Review of US Trustee, Saad and IRS Objs to confirmation, as well as Debtor's most recent financial reporting.  Email to Kelley Callard and Dee Dee McArthur regarding case. | | | |
| | | | 0.90 | 360.00 | 0.00 |

| 01/03/24<br>(66113) | MHS | Download and review of amended S of FA filed by Debtor. | | | |
| | | | 0.30 | 120.00 | 0.00 |

| 01/05/24<br>(66157) | MHS | Telephone conference with Ernie Hassan regarding status of case. | | | |
| | | | 0.40 | 160.00 | 0.00 |

| 01/11/24<br>(66378) | MHS | Telephone conference with Kelley Callard regarding status of case. | | | |
| | | | 0.20 | 80.00 | 0.00 |

| 01/13/24<br>(66399) | MHS | Download and review August MOR and Ballot summary.  Email to Ernie regarding problems with MOR. | | | |
| | | | 0.30 | 120.00 | 0.00 |

| 01/14/24<br>(66409) | MHS | Review of Debtor's amended S of FA and Response to US Trustee Mtn to Convert. Email to Kelley Callard regarding same. | | | |
| | | | 0.60 | 240.00 | 0.00 |

| 01/19/24<br>(66538) | MHS | Review and exchange of emails with Kelley Callard regarding fee issues. | | | |
| | | | 0.10 | 40.00 | 0.00 |

| 01/19/24<br>(66540) | MHS | Download and review of Debtor's memorandum in support of confirmation.  Download and review of US Trustee Reply. | | | |
| | | | 0.40 | 160.00 | 0.00 |

| 01/21/24<br>(66548) | MHS | Telephone conference with Bob Bassel regarding possible 363 sale followed by dismissal. | | | |
| | | | 0.30 | 120.00 | 0.00 |

| 01/22/24<br>(66581) | MHS | Attendance on conference call with Bob Bassel and Ernie Hassan regarding possible compromise on motion to convert. | | | |
| | | | 0.30 | 120.00 | 0.00 |

| 01/22/24<br>(66559) | MHS | Review and exchange of emails with Bob Bassel regarding cash collateral order. | | | |
| | | | 0.10 | 40.00 | 0.00 |

| 01/22/24<br>(66566) | MHS | Attendance on conference call with Kelley Callard, Bob Bassel and Ernie Hassan to discuss direction of case.  Telephone conference with Kelley after and review and | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | exchange of texts with Bob Bassel regarding Kelley's issue with any result other than conversion. |  |  |  |
|  |  |  | 0.80 | 320.00 | 0.00 |
| 01/22/24 (66572) | MHS | Telephone conference with Bob Bassel and Ernie Hassan regarding sale followed by conversion. |  |  |  |
|  |  |  | 0.30 | 120.00 | 0.00 |
| 01/22/24 (66575) | MHS | Telephone conference with Kelley Callard regarding sale and conversion is only acceptable resolution.  Review of email from Kelley regarding same. |  |  |  |
|  |  |  | 0.30 | 120.00 | 0.00 |
| 01/23/24 (66602) | MHS | Attendance on Zoom conference with Kelley Callard and Bob Bassel to discuss possible resolution of issues set for hearing tomorrow. |  |  |  |
|  |  |  | 0.40 | 160.00 | 0.00 |
| 01/23/24 (66600) | MHS | Telephone conference with Kelley Callard regarding proposal from Debtor. |  |  |  |
|  |  |  | 0.20 | 80.00 | 0.00 |
| 01/23/24 (66594) | MHS | Telephone conference with Ernie Hassan regarding issues in case, telephone conference with Bob regarding same. Attempted call to Kelley Callard regarding same. |  |  |  |
|  |  |  | 0.50 | 200.00 | 0.00 |
| 01/23/24 (66593) | MHS | Attendance on Zoom conference with Kelley Callard, Bob Bassel and Ernie Hassan regarding possible resolution of motions tomorrow. |  |  |  |
|  |  |  | 0.40 | 160.00 | 0.00 |
| 01/23/24 (66584) | MHS | Review of emails from Bob Bassel regarding proposal to US Trustee and from Kelley Callard regarding scheduling of meeting.  Responded to both. |  |  |  |
|  |  |  | 0.10 | 40.00 | 0.00 |
| 01/23/24 (66587) | MHS | Review and exchange of emails with Bob Bassel regarding fashioning a proposal for resolving issues with the US Trustee. |  |  |  |
|  |  |  | 0.50 | 200.00 | 0.00 |
| 01/24/24 (66619) | MHS | Attendance on telephonic hearings on confirmation of Debtor's Ch. 11 plan and US Trustee Mtn to Convert, before Judge Tucker. |  |  |  |
|  |  |  | 1.20 | 480.00 | 0.00 |
| 01/24/24 (66621) | MHS | Review and exchange of emails with Bob Bassel regarding results of hearing. |  |  |  |
|  |  |  | 0.20 | 80.00 | 0.00 |
| 01/24/24 (66623) | MHS | Telephone conference with Ernie regarding results of hearing. |  |  |  |
|  |  |  | 0.20 | 80.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/28/24 (66673) | MHS | Download and review of December '23 MOR. | 0.20 | 80.00 | 0.00 |
| 01/31/24 (66762) | MHS | Review and exchange of texts with Bob Bassel regarding possible resolution of pending motion to convert with US Trustee.  Text to Kelley regarding Bob's proposal. | 0.20 | 80.00 | 0.00 |
| 02/02/24 (66928) | MHS | Download and review of Bi-Weekly financial report filed by Debtor. | 0.10 | 40.00 | 0.00 |
| 02/07/24 (66959) | MHS | Download and review of adjournment notice in case. | 0.10 | 40.00 | 0.00 |
| 02/12/24 (67077) | MHS | Review of Opinion and Order entered in case. | 0.40 | 160.00 | 0.00 |
| 02/29/24 (67530) | MHS | Preparation of first and final fee application. | 1.40 | 560.00 | 0.00 |
| 98 transactions for code TEE | | | 33.40 | 12,662.50 | 0.00 |

| **Totals for Matter 366-1** | Hours | Fees | Expenses |
|---|---|---|---|
| 1 activity code | 33.40 | 12,662.50 | 0.00 |
| 98 transactions | | | |

# ATTORNEY BIOGRAPHIES

## STEINBERG SHAPIRO & CLARK
25925 Telegraph Road, Suite 203
Southfield, Michigan 48033
(248) 352-4700

**MARK H. SHAPIRO**, admitted to bar, 1989, Michigan; admitted to practice before Eastern, Western Districts of Michigan, U.S. District Court, U.S. Court of Appeals, Sixth Circuit.

*Education*: Kalamazoo College (B.A., 1986); Wayne State University Law School (J.D., 1989). Chapter 7 Panel Trustee, U.S. Bankruptcy Court for the Eastern District of Michigan, 1998–Present.

*Member*: Federal Bar Association; State Bar of Michigan; American Bankruptcy Institute; National Association of Bankruptcy Trustees; Consumer Bankruptcy Association, Eastern District of Michigan (Member, Board of Directors, March 2009–Present); Fellow of the Michigan State Bar Foundation 2021–2023.

*Speaking engagements and presentations*: American Bankruptcy Institute, Central States Conference, Consumer Trial Skills (June 2007); Mock Appellate Argument, American Bankruptcy Institute, Detroit Consumer Program (November 2007); US Attorney's Office/Trustee Training: Mortgage Fraud (January 2008); Consumer Bankruptcy Association/Bench and Bar Seminar on E.D. Mich. New Local Bankruptcy Rules (April 2008); Consumer Bankruptcy Association Seminar on Means Testing and Application of Form 22 (June 2008); Michigan Association of Certified Public Accountants, Continuing Education Seminar on Valuing Distressed Companies (June 2008); Instructor, U.S. Bankruptcy Court for the Eastern District of Michigan, Southern Division, Trial Advocacy Clinic (February 2008); ABI/Central States Bankruptcy Workshop: Litigation Skills in Consumer Cases (June 2008); NBI Bankruptcy Forum: What Judges and Trustees Want You To Know (April 2009); ABI Detroit Consumer Bankruptcy Conference, Advisory Board, Speaker, Moderator: The Special Challenges of High Income Debtors (November 2009); Michigan State Bar Institute of Continuing Legal Education (ICLE) Moderator/Speaker: Basic Litigation in Bankruptcy Court (February 2010); Michigan State Bar ICLE Speaker: Choosing Your Bankruptcy Chapter (April 2010); ABI/Central States Bankruptcy Workshop: "Have You Noticed that Your Neighbor's in Bankruptcy? High-Income Consumer Debtor Cases" (June 2010); Michigan State Bar ICLE Speaker: Take the Steps to Build Your Bankruptcy Practice (February 2011); Speaker, CBA & ICLE/Updates, Strategies, and Judicial Insights: Litigation Skills and Trial Preparation (April 2011); Panel Speaker,

Consumer Bankruptcy Association of Detroit: Who Gets the Money? The Homeowner, the Chapter 7 Trustee, or the Mortgage Company? (June 2011); Instructor, Federal Bar Association & CBA, Trial Advocacy Clinic (October 2011); ABI Detroit Consumer Bankruptcy Conference, Speaker: Advanced Chapter 7 Track: Part 1 (Tax Refunds and Returns; Legal and Equitable Issues in Property Ownership; Fraudulent-Transfer Issues; Insider Preferences; Life Insurance Exemption Issues) (November 2011); Michigan State Bar ICLE Moderator/Speaker: Basic Litigation in Bankruptcy Court (February 2012); Michigan State Bar ICLE Speaker/Updates, Strategies, and Judicial Insights: Real Property Issues for Bankruptcy Practitioners (May 2012); ABI Detroit Consumer Bankruptcy Conference, Speaker: Bankruptcy for the Self-Employed (November 2012); Michigan State Bar ICLE Speaker: Step-By-Step Bankruptcy Means Test Calculations (February 2013); Chapter 11 Roundtable – Panel Speaker: Enhancing Debtors' Potential for Success in Small to Medium Size Chapter 11 Cases (October 2014); Federal Bar Association Panel Speaker, Rapid Fire Roundtable Event (October 2015).

*Seminars*: NABT/Annual Convention (2007–2010, 2012); ABI/Central States Annual Bankruptcy Workshop (2007–2011); ABI Annual Detroit Consumer Program (2007–2013).

**TRACY M. CLARK**, admitted to bar, 1999, Michigan; admitted to practice before Eastern and Western Districts of Michigan, U.S. District Court, and Sixth Circuit Court of Appeals.

*Education*: Walsh College, (B.A., with distinction, 1994); Wayne State University Law School, (J.D., *cum laude*, 1999).

*Member*: Federal Bar Association; State Bar of Michigan; American Bankruptcy Institute; National Association of Bankruptcy Trustees; Consumer Bankruptcy Association, Eastern District of Michigan; Michigan Super Lawyer (2014–present); Certified Arbitrator for Federal Business Bureau Auto Line Program, assisting in the resolution of vehicle warranty disputes; Fellow of the Michigan State Bar Foundation 2021–2023.

*Publications*: Co-Author, "Bankruptcy and Divorce," Michigan Family Law Journal, 2001; "Dischargeability of Alimony and Property Settlements," Laches, June 2001 (Oakland County Bar Association); Co-Author, "Bankruptcy" Counsel for the Counselor Practice Tips Handbook, June 2001 (Young Lawyers Section, Michigan State Bar Association); Co-Author, "The Effect of the Bankruptcy Reform Act on Divorce-Related Obligations and Claims," Laches, November 2005 (Oakland County Bar Association); Co-Author, "Strategies for Consumer Bankruptcy Appeals," Aspatore Books, a Thomson Reuters business, 2012; "It Pays to Verify Real Estate

Values," <u>ABI Journal</u>, June 2014; Co-Author, "Bankruptcy and Insolvency in the Divorce Case" <u>Michigan Family Law</u>, Institute of Continuing Legal Education, 2021–2023; Author, Bankruptcy Chapter – "Attorney Fee Agreements in Michigan," Sixth Edition, Institute of Continuing Legal Education, 2022-2023.

***Speaking engagements***: Consumer Bankruptcy Association (2002 Annual Seminar); ABI/Detroit Consumer Program (November 2007); U.S. Attorney's Office/Trustee Training - Mortgage Fraud (January 2008); MIWIRC - CRO Panel (May 2010); State Bar of Michigan, Business Law and Real Estate Sections - New Issues in Enforcing Mortgages In Bankruptcy (July 2010); ABI/Central States Annual Bankruptcy Workshop: The Tax Man Cometh and the Tax Man Taketh Away - Tax Issues in Consumer Cases (June 2011); ICLE/The Intersection of Family Law & Bankruptcy - *Estes v Titus*: Judgment of Divorce and the Fraudulent Transfer (June 2011); ABI/Central States Annual Bankruptcy Workshop: Ethics in Representing the Consumer Debtor (June 2015); "Bankruptcy Basics," presentation for the OCBA Inns of Court seminar, Bloomfield Hills, Michigan (2018); ABI/Detroit Consumer Bankruptcy Conference: Messy Chapter 7s (2019); ABI/Central States Annual Bankruptcy Workshop: Property of the Estate, Constructive Trusts and Nonfiling Spouses (June 2022); Federal Bar Association Seminar: Real Property Sales in Consumer Cases (2022); Consumer Bankruptcy Association Seminar: Appeals in Bankruptcy (2022); Federal Bar Association 35th Annual Bankruptcy Seminar, Western District of Michigan: co-panelist on exemptions (2023); Advisory Board Co-Chair ABI/ Central States Banrkuptcy Workshop (2023).

***Seminars***: ICLE/Homeward Bound: Basic Michigan Real Estate Practice-Buying, Selling, and Renting (November 2007); State Bar of Michigan/Alternatives to Bankruptcy (February 2008); CBA/Bench and Bar Seminar on New EDM Local Bankruptcy Rules (April 2008); ICLE/Microsoft Excel for Lawyers (May 2008); ICLE/Creditors' Rights 2008 (June 2008); ICLE/Basic Litigation in Bankruptcy Court: Part 3 of ICLE's Bankruptcy Certificate Series (March 2010); CBA & ICLE/National Quality – Michigan Venue (April 2010); NABT/Annual Convention (2001, 2003–2013, 2022); CBA & ICLE/Updates, Strategies, and Judicial Insights (April 2011); ABI/Central States Annual Bankruptcy Workshop (2007–2023); CBA Annual Conference (formerly ABI Annual Detroit Consumer Program) (2007–2022); ICLE/Masters in Litigation – The Anatomy of a "Superstar" Deposition: David Boies vs. Bill Gates in *US vs. Microsoft* (March 2012); Federal Bar Association Rapid Fire Roundtable Event (October 2015); ICLE/Masters in Litigation – Persuasive Presentation Skills for Lawyers (March 2016); Federal Bar Association Annual Bankruptcy Seminar (2018, 2019, 2022–2023); Federal Bar Association

Appellate Practice Panel (April 2019); NABT: Forensic Accounting Tips for Bankruptcy Trustees (September 2021); NABT: The Debtor has Crypto – Bankruptcy Trustees – Now What? (November 2021); ICLE/Masters in Litigation – Evidence for Trial Lawyers (April 2022).

***Teaching engagements:*** Adjunct, Western Michigan University Thomas M. Cooley Law School (2022).