UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

AMENDED COVER SHEET FOR AMENDMENTS

Case Name: Exigent Landscaping, LLC        Case No.: 23-46912

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
    - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☒ **Schedules and List of Creditors:**
    - ☒ Schedule A/B
    - ☐ Schedule C ☐ Debtor 2 Schedule C
    - ☐ List of Creditors ☐ Schedule D ☐ Schedule E/F and
        - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
        - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
    - ☐ Schedule G
    - ☐ Schedule H
    - ☐ Schedule I
    - ☐ Schedule J
    - ☐ Schedule J-2
    - ☐ Declaration About an Individual Debtor's Schedules

NOTE: Use Page 2 for any corrections or additions to the List of Creditors.

Additional Details of Amendment(s): Amended Schedule A/B to add personal Property of the Debtor and Equipment. Also, amended to remove non-estate personal property.

| → | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| Date 3/18/2024 | Signature /s/Ernest M. Hassan (P67815) |
| → | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 3/18/2024 | Signature /s/ Brandon Heitmann |
| Date | Signature |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:                         PLEASE CHANGE TO:

_____                            _____
_____                            _____
_____                            _____

PREVIOUS NAME/ADDRESS OF CREDITOR:                         PLEASE CHANGE TO:

_____                            _____
_____                            _____
_____                            _____

PREVIOUS NAME/ADDRESS OF CREDITOR:                         PLEASE CHANGE TO:

_____                            _____
_____                            _____
_____                            _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR:     _____

ADDRESS:              _____
                      _____
                      _____

NAME OF CREDITOR:     _____

ADDRESS:              _____
                      _____
                      _____

NAME OF CREDITOR:     _____

ADDRESS:              _____
                      _____
                      _____

**_FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE._**

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fifth Third Bank | Business Checking | 5426 | $0.00 |
| 3.2. | Fifth Thrid Bank | Business Checking | 4139 | $0.00 |
| 3.3. | First State Bank | Business Checking | 6613 | $10,244.34 |
| 3.4. | Fifth Third Bank | Business Checking | 2630 | $0.00 |
| 3.5. | First State Bank | Business Checking | 7428 | $70,000.00 |
| 3.6. | First State Bank | Business Checking | 6580 | $2,900.00 |

4. Other cash equivalents *(Identify all)*

Debtor  Exigent Landscaping, LLC    Case number (if known) 23-46912
         Name

5.  **Total of Part 1.**                                                                    $83,144.34
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  23 Mile Storage, LLC Security Deposit                                             $6,000.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    $6,000.00
    Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:  ___185,000.00___  -  ___0.00___  = ....   $185,000.00
                               face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                    $185,000.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. Does the debtor own any investments?

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☐ No. Go to Part 6.
    ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials<br>Gravel, sand and pavers | | $0.00 | Liquidation | $4,000.00 |

20. Work in progress

Debtor  **Exigent Landscaping, LLC**         Case number *(if known)* **23-46912**
　　　　　　Name

21. Finished goods, including goods held for resale

22. Other inventory or supplies

23. Total of Part 5.                                                                                                    $4,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    ■ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Misc. office furniture, including confernece table, 4 desks, and 12 chairs. | $0.00 | Liquidation | $1,000.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>Misc. office equipment including 2 laptop and 1 TV (not working) | $0.00 | Liquidation | $3,000.00 |
| 3 Monitors | $0.00 | Liquidation | $1,500.00 |
| 1 TV, 1 large refridgerator, 1 hibachi grille, 4 propane tanks, 2 tables | $0.00 | Liquidation | $2,000.00 |
| 1 canon image tm-300 printer | $0.00 | Liquidation | $1,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor  Exigent Landscaping, LLC   Case number (if known) 23-46912

43. Total of Part 7.  $9,000.00
Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1. 2020 Hino 268A Dump Truck | $0.00 | Liquidation | $75,000.00 |
| 47.2. 2017 GMC Sierra Truck 3500 and 2015 Chevrolet Silverado 2500 Truck | $0.00 | Liquidation | $70,000.00 |
| 47.3. (1) 20" Trailer, 18" Trailer, 16" Trailer, and 8" Trailer | $0.00 | Liquidation | $13,000.00 |
| 47.4. 2 Vaccum Paver Lifters | $0.00 | Liquidation | $1,500.00 |
| 47.5. 2021 Chevy Silverado Medium | $0.00 | Liquidation | $54,000.00 |
| 47.6. 2019 Chevy Silvarado | $0.00 | Liquidation | $32,000.00 |
| 47.7. 2019 GMC Serra Limited | $0.00 | Liquidation | $33,000.00 |
| 47.8. 2018 GMC Van | $0.00 | Liquidation | $35,000.00 |
| 47.9. 2006 Ford Ranger | $0.00 | Liquidation | $1,500.00 |
| 47.10 2012 GMC 2500 | $0.00 | Liquidation | $5,000.00 |
| 47.11 2016 Ford F 250 | $0.00 | Liquidation | $7,000.00 |
| 47.12 2016 GMC 3500 | $0.00 | Liquidation | $30,000.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

Debtor  Exigent Landscaping, LLC            Case number (If known) 23-46912
        Name

| | | | |
|---|---|---|---|
| 47.13 1 Toro Dingo TX 1000 | $0.00 | Liquidation | $20,000.00 |

48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| Caterpillar 301.7-05CR Hydraulic Excavator VIN JH705870 | $0.00 | Liquidation | $30,000.00 |
| Caterpillar 303.5E2CR Hydraulic Excavator VIN JWY0350 | $0.00 | Liquidation | $25,000.00 |
| Caterpillar 308E2CRSB Hydraulic Excavator VIN FJX01882 | $0.00 | Liquidation | $45,000.00 |
| Caterpillar 299D3 Compact Track Loader | $0.00 | Liquidation | $100,000.00 |
| 2019 Caterpillar 259 Compact Track Loader | $0.00 | Liquidation | $45,000.00 |
| Topsoil Screener | $0.00 | Liquidation | $6,000.00 |
| Large Tamper | $0.00 | Liquidation | $5,000.00 |
| 5 Small Tampers | $0.00 | Liquidation | $5,000.00 |
| 2 cement saws, 2 chainsaw cement, hand saw | $0.00 | Liquidation | $2,500.00 |
| Rebar cutter and tier | $0.00 | Liquidation | $4,000.00 |
| 2 Compressors | $0.00 | Liquidation | $500.00 |
| Misc. pool equipment and supplies | $0.00 | Liquidation | $2,000.00 |
| Misc. hand tools | $0.00 | Liquidation | $4,000.00 |
| Caterpillar 252B3 Compact Track Loader | $0.00 | Liquidation | $15,000.00 |
| Mud Buggy | $0.00 | Liquidation | $15,000.00 |
| 279D3 Campact Track Loader | $0.00 | Liquidation | $80,000.00 |

| Debtor | Exigent Landscaping, LLC | | Case number (If known) 23-46912 | |
|---|---|---|---|---|
| | 279D3 Campact Track Loader | $0.00 | Liquidation | $80,000.00 |
| | 279D3 Campact Track Loader | $0.00 | Liquidation | $80,000.00 |
| | Rigid Tile Cutter | $0.00 | Liquidation | $500.00 |
| | 2 power washers | $0.00 | Liquidation | $1,250.00 |
| | 3 wheel barrows | $0.00 | Liquidation | $1,000.00 |
| | 2 electric cement mixers | $0.00 | | $1,000.00 |
| | (2)Gas and (1) electrical water pump | $0.00 | Liquidation | $1,500.00 |
| | 1 Auger Skid Steer Attachment | $0.00 | Liquidation | $1,000.00 |
| | 2 Toro Snowblowers | $0.00 | Liquidation | $1,000.00 |
| | Stihl chainsaw | $0.00 | Liquidation | $250.00 |
| | Redmax shrub trimers | $0.00 | Liquidation | $300.00 |
| | Shop tools and tool boxes and supplies | $0.00 | Liquidation | $2,500.00 |
| | Hydraulic oil and motor oil 10 gallon | $0.00 | Liquidation | $500.00 |
| | 1 150 btu Hayord heater | $0.00 | Liquidation | $1,400.00 |
| | (2) Commerical Pumps 7.0 hp | $0.00 | | $6,500.00 |

51. Total of Part 8.  $939,700.00
    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 9:  Real property**
54. Does the debtor own or lease any real property?

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 6

Debtor  Exigent Landscaping, LLC          Case number (if known) 23-46912
        Name

## Part 10: Intangibles and Intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | Notes receivable<br>Description (include name of obligor) |  |
| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) |  |
| 73. | Interests in insurance policies or annuities |  |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed)<br>**Cause of action against Natalie Powers, Geoff Wilson and Eli Zahka**<br>Nature of claim: Contract<br>Amount requested: $0.00 | Unknown |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims<br>**Possible insurance claim for stolen equipment.**<br>Nature of claim: Civil<br>Amount requested: $0.00 | Unknown |
| 76. | Trusts, equitable or future interests in property |  |
| 77. | Other property of any kind not already listed Examples: Season tickets, country club membership<br>**(45) Empty Pallets** | $1,200.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $1,200.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 7

23-46912-tjt   Doc 184   Filed 03/18/24   Entered 03/18/24 12:35:00   Page 9 of 11

Debtor    Exigent Landscaping, LLC                              Case number *(If known)* 23-46912
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $83,144.34 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $6,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $185,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $4,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $9,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $939,700.00 | |
| 88. Real property. *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $1,200.00 | |
| 91. Total. Add lines 80 through 90 for each column | $1,228,044.34 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $1,228,044.34 |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
Exigent Landscaping, LLC,
*d/b/a* Exigent Design and Build,

Bankruptcy Case No. 23-46912
Judge Thomas J. Tucker
Chapter 7

Debtor.

## CERTIFICATE OF SERVICE

Ernest M. Hassan, III certifies that March 18, 2024, a copy of the **Amended Cover Sheet for Amendments, Amended Schedule A/B**, and this **Certificate of Service** was filed electronically. Notice of this filing has been sent to all parties requesting service via the Court's Electronic Case Filing System. Parties may access these filings through the Court's system.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

Dated: March 18, 2024