UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

Case Name: Exigent Landscaping, LLC          Case No.: 23-46912

### DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

☐ **Amendment to Petition:**
    ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
☐ **Statement of Financial Affairs**
☑ **Schedules and List of Creditors:**
  ☐ Schedule A/B
  ☐ Schedule C ☐ Debtor 2 Schedule C
  ☐ List of Creditors ☐ Schedule D ☑ Schedule E/F and
    ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
    ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
  ☐ Schedule G
  ☐ Schedule H
  ☐ Schedule I
  ☐ Schedule J
  ☐ Schedule J-2
  ☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): Amend Schedule E to disclose administrative claims of Amanda Pisarski, Brandon Heitmann, and Gunther Services for unpaid wages. Amend Schedule F to disclose unsecured debts owed to Campo Disposal, Jay's Septic Service, Google, American Leak Detection, Quench Water, and BCBS.

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date<br>March 21 2024 | Signature<br>/s/ Ernest M. Hassan, III (P67815) |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date<br>March 21 2024 | Signature<br>/s/ Brandon Heitmann |
| Date | Signature |

1

23-46912-tjt    Doc 194    Filed 03/21/24    Entered 03/21/24 12:19:07    Page 1 of 19

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| | -NONE- |

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** Campo Disposal

**ADDRESS:** 1258 Rochester Road
Troy, MI 48083

**NAME OF CREDITOR:** Jay's Septic Service

**ADDRESS:** 2787 Greenwood Road
Lapeer, MI 48446

**NAME OF CREDITOR:** Google

**ADDRESS:** 1600 Amphitheatre Parkway
Mountain View, CA 94043

**NAME OF CREDITOR:** American Leak Detection

**ADDRESS:** 199 Whitney Ave., Suite 2
New Haven, CT 06511

**NAME OF CREDITOR:** Quench Water

**ADDRESS:** P.O. Box 735777
Dallas, TX 75373-5777

**NAME OF CREDITOR:** Blue Cross Blue Shield

**ADDRESS:** 600 E. Lafayette Blvd.
Detroit, MI 48226

**NAME OF CREDITOR:** Amanda Pisarski

**ADDRESS:** 60749 Forrest Creek Drive
Washington, MI 48094

2

NAME OF CREDITOR: Brandon Heitmann

ADDRESS: 60749 Forrest Creek Drive
Washington, MI 48094

NAME OF CREDITOR: Gunther Services

ADDRESS: c/o Shara Gunther, Res. Agt.
13422 Wabash Rd.
Milan, MI 48160

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Amanda Pisarski**<br>**60749 Forrest Creek Drive**<br>**Washington, MI 48094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,346.84 | $1,346.84 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**wages, salaries, commissions** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Brandon Heitmann**<br>**60749 Forrest Creek Drive**<br>**Washington, MI 48094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,695.98 | $7,695.98 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**wages, salaries, commissions** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**Gunther Services**<br>**c/o Shara Gunther, Res. Agt.**<br>**13422 Wabash Road**<br>**Milan, MI 48160** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages, salaries, commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Interal Revenue Service**<br>**Centralized Inslovency Operations**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250,000.00 | $250,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**Tax Liablity** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**State of Michigan**<br>**Department of Treasury**<br>**P.O. Box 77437**<br>**Detroit, MI 48277-0437** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Notice only** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**24 Capital**<br>**1545 Route 202**<br>**Suite 101**<br>**NY 10907**<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | $183,000.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**AG Gas Service**<br>**27231 Doxtator**<br>**Dearborn Heights, MI 48127**<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $25,000.00 |

| | | |
|---|---|---|
| **3.3** Nonpriority creditor's name and mailing address<br>Alex Boyd and Rebecca Boyd<br>c/o John F. Harrington<br>30500 Van Dyke Ave<br>Ste 200<br>Warren, MI 48093<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>American Express<br>PO Box 650448<br>Dallas, TX 75265-0448<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit card<br>Is the claim subject to offset? ■ No ☐ Yes | **$450,000.00** |
| **3.5** Nonpriority creditor's name and mailing address<br>American Leak Detection<br>199 Whitney Ave., Suite 2<br>New Haven, CT 06511<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |
| **3.6** Nonpriority creditor's name and mailing address<br>Aqua Hall<br>2992 Gramer Road<br>Webberville, MI 48892<br>Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,200.00** |
| **3.7** Nonpriority creditor's name and mailing address<br>Aquahaul<br>2992 Gramer Rd.<br>Webberville, MI 48892<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$550.00** |
| **3.8** Nonpriority creditor's name and mailing address<br>Arlington Masonry Supply<br>7500 23 Mile Road<br>Shelby Twp, MI 48316<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Supplies<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,400.00** |
| **3.9** Nonpriority creditor's name and mailing address<br>Auto Owners Insurance<br>6101 Anacapri Blvd<br>Lansing, MI 48917<br>Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,300.00** |

| 3.10 | Nonpriority creditor's name and mailing address<br>Barajas Enterprise<br>1217 Chandler Ave.<br>Lincoln Park, MI 48146<br><br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,000.00 |
|---|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address<br>Blue Cross Blue Shield<br>600 E. Lafayette Blvd.<br>Detroit, MI 48226<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,300.00 |
| 3.12 | Nonpriority creditor's name and mailing address<br>Campo Disposal<br>1258 Rochester Road<br>Troy, MI 48083<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,833.00 |
| 3.13 | Nonpriority creditor's name and mailing address<br>Caterpillar Financial Servcies Corp.<br>2120 West End Avenue<br>Nashville, TN 37203<br><br>Date(s) debt was incurred Prior to filing<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,000.00 |
| 3.14 | Nonpriority creditor's name and mailing address<br>Citizens Bank, N.A.<br>One Citzens Plaza<br>Providence, RI 02903<br><br>Date(s) debt was incurred Prior to filing<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Business Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $100,000.00 |
| 3.15 | Nonpriority creditor's name and mailing address<br>Classic Pools<br>14073 Southwoods Court<br>Southgate, MI 48195<br><br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Supplies<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40,000.00 |
| 3.16 | Nonpriority creditor's name and mailing address<br>Congil Truck Lines<br>6216 West MINSTER DRIVE<br>P.O. 850, Lambeth Stn<br>London ON N6P 1N6<br><br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Sevices<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,000.00 |

| 3.17 | Nonpriority creditor's name and mailing address<br>Connelly Crane Rental Corp<br>12635 Marion<br>Redford, MI 48239 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | Basis for the claim: Rental services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.18 | Nonpriority creditor's name and mailing address<br>Dana Caran<br>17742 Hogan Dr.<br>Macomb, MI 48042 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred Notice only<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.19 | Nonpriority creditor's name and mailing address<br>Daniel Carter<br>c/o John F. Harrington<br>30500 Van Dyke Ave<br>Ste 200<br>Warren, MI 48093 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | Basis for the claim: Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.20 | Nonpriority creditor's name and mailing address<br>ERC Specialist<br>560 East Timpanogos Circle<br>Orem, UT 84097 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
| | Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | Basis for the claim: Finanical Services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | Nonpriority creditor's name and mailing address<br>Everest Businss Funding<br>102 W 38th Street<br>6th Floor<br>New York, NY 10018 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $200,000.00 |
| | Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | Basis for the claim: Business Loan<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.22 | Nonpriority creditor's name and mailing address<br>Fantastic Pools LLC<br>1615 Myron<br>Lincoln Park, MI 48146 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,000.00 |
| | Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | Basis for the claim: Pool Services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.23 | Nonpriority creditor's name and mailing address<br>First Foundation Bank<br>5403 Olympic Drive NW<br>Gig Harbor, WA 98335 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,000.00 |
| | Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | Basis for the claim: Business loan<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address<br>**Fleet Masters Equipment**<br>2375 Dixie Hwy<br>Waterford, MI 48328<br>Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Mechanic Services<br>Is the claim subject to offset? ■ No ☐ Yes | $2,900.00 |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address<br>**Fundbox Financing**<br>6900 Dallas Parkway<br>Suite 700<br>Plano, TX 75024<br>Date(s) debt was incurred Notice Only<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.26 | Nonpriority creditor's name and mailing address<br>**Gateway Engineering**<br>8155 Annsbury Dr.<br>Suite 109<br>Utica, MI 48316<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Engineering Services<br>Is the claim subject to offset? ■ No ☐ Yes | $40,490.00 |
| 3.27 | Nonpriority creditor's name and mailing address<br>**Google**<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $318.00 |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Grace Transport**<br>9825 Alondra Ave<br>Pharr, TX 78577<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Transportation services<br>Is the claim subject to offset? ■ No ☐ Yes | $2,800.00 |
| 3.29 | Nonpriority creditor's name and mailing address<br>**Hecktor Orozco**<br>6254 Peral Street<br>Detroit, MI 48209<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Services<br>Is the claim subject to offset? ■ No ☐ Yes | $7,000.00 |
| 3.30 | Nonpriority creditor's name and mailing address<br>**IOU Central Inc. d/b/a IOU Finanical Inc.**<br>c/o Bret T. Thrasher<br>1170 Peachtree Street NE, Suite 1925<br>Atlanta, GA 30309<br>Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $500,000.00 |

| | | |
|---|---|---|
| 3.31 Nonpriority creditor's name and mailing address<br>Ivan Salem<br>66 W Millington Rd<br>Davisburg, MI 48350<br>Date(s) debt was incurred **Notice Only**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.32 Nonpriority creditor's name and mailing address<br>J&H Transporation Co.<br>37580 Mound Road<br>Sterling Heights, MI 48310<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |
| 3.33 Nonpriority creditor's name and mailing address<br>Jay's Septic Service<br>2787 Greenwood Road<br>Lapeer, MI 48446<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $650.00 |
| 3.34 Nonpriority creditor's name and mailing address<br>Jeff English<br>53200 Van Dyke Ave.<br>Utica, MI 48316<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rent**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,000.00 |
| 3.35 Nonpriority creditor's name and mailing address<br>Joe Hebeka and Angela Hebeka<br>6435 Creekside Lane<br>Utica, MI 48316<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Potetential breach of contract claims**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.36 Nonpriority creditor's name and mailing address<br>Joe Regalado<br>14127 Kings Park Court<br>Utica, MI 48315<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | $60,000.00 |
| 3.37 Nonpriority creditor's name and mailing address<br>John Benincasa<br>20011 Sycamore Drive<br>Macomb, MI 48044<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Potetnial claims regarding pool renovation.**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| 3.38 | Nonpriority creditor's name and mailing address<br>Kabbage<br>730 Peachtree St NE, Suite 1100<br>Atlanta, GA 30308<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $50,000.00 |
|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address<br>Kelsey Acho<br>32721 White Oaks Trail<br>Franklin, MI 48025<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Potetnial claims regarding pool renovation.<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.40 | Nonpriority creditor's name and mailing address<br>Kirk, Huth, Lange & Badalamenti, P.L.C.<br>19500 Hall Rd #100<br>Clinton Township, MI 48038<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Legal services<br>Is the claim subject to offset? ■ No ☐ Yes | $55,000.00 |
| 3.41 | Nonpriority creditor's name and mailing address<br>Kristen Toma<br>20652 Breezeway Dr.<br>Macomb, MI 48044<br>Date(s) debt was incurred Notice only<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.42 | Nonpriority creditor's name and mailing address<br>Lee Cameron<br>49337 Marte<br>New Baltimore, MI 48047<br>Date(s) debt was incurred Notice only<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.43 | Nonpriority creditor's name and mailing address<br>Macallister Rental<br>6300 South Eastern Ave<br>Indianapolis, IN 46203<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Equipment Rental<br>Is the claim subject to offset? ■ No ☐ Yes | $20,000.00 |
| 3.44 | Nonpriority creditor's name and mailing address<br>Malek Shamaya<br>19429 Gold River<br>Macomb, MI 48044<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | $76,000.00 |

| # | Nonpriority creditor's name and mailing address | Claim details | Amount |
|---|---|---|---|
| 3.45 | Marc Piper<br>6970 Valley Spring Dr.<br>Bloomfield Hills, MI 48301<br>Date(s) debt was incurred: Notice Only<br>Last 4 digits of account number: _ | Contingent: ☐ Unliquidated: ☐ Disputed: ☐<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.46 | Marco<br>42945 Whitestone St.<br>Northville, MI 48168<br>Date(s) debt was incurred: 2022<br>Last 4 digits of account number: _ | Contingent: ☐ Unliquidated: ☐ Disputed: ☐<br>Basis for the claim: Excavator services<br>Is the claim subject to offset? ■ No ☐ Yes | $8,400.00 |
| 3.47 | Matt Decoster<br>37676 Huron Pointe Drive<br>Harrison Township, MI 48045<br>Date(s) debt was incurred: 2021<br>Last 4 digits of account number: _ | Contingent: ■ Unliquidated: ■ Disputed: ■<br>Basis for the claim: Potetnial claims regarding pool renovation.<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.48 | Megan Madaus<br>18210 Fairway Dr.<br>Detroit, MI 48221<br>Date(s) debt was incurred: Notice only<br>Last 4 digits of account number: _ | Contingent: ☐ Unliquidated: ☐ Disputed: ☐<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.49 | Nacy Afr<br>1085 Glengarry Circle East<br>Bloomfield Hills, MI 48301<br>Date(s) debt was incurred: 2021<br>Last 4 digits of account number: _ | Contingent: ■ Unliquidated: ■ Disputed: ■<br>Basis for the claim: Potetnial claims regarding pool renovation.<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.50 | Nick Pinozzi<br>55520 Whitney Ct.<br>Utica, MI 48315<br>Date(s) debt was incurred: Notice Only<br>Last 4 digits of account number: _ | Contingent: ☐ Unliquidated: ☐ Disputed: ☐<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.51 | Oakland Fuels<br>3943 Airport Road<br>Waterford, MI 48329<br>Date(s) debt was incurred: 2023<br>Last 4 digits of account number: _ | Contingent: ☐ Unliquidated: ☐ Disputed: ☐<br>Basis for the claim: Fuel services<br>Is the claim subject to offset? ■ No ☐ Yes | $4,000.00 |

| 3.52 | Nonpriority creditor's name and mailing address<br>Peterson Brothers Co.<br>9680 Grineel Ave<br>Detroit, MI 48213 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred 2022 | Basis for the claim: Trucking services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.53 | Nonpriority creditor's name and mailing address<br>Quench Water<br>P.O. Box 735777<br>Dallas, TX 75373-5777 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $205.00 |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.54 | Nonpriority creditor's name and mailing address<br>Ratnesh Mehra<br>232 Forest Ave.<br>Royal Oak, MI 48067 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred Notice only | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.55 | Nonpriority creditor's name and mailing address<br>Rock Botton<br>4057 S Dort Hwy<br>Burton, MI 48529 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | Date(s) debt was incurred Proir to filing | Basis for the claim: Stone Supply | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.56 | Nonpriority creditor's name and mailing address<br>Ryan Kelly<br>8884 Morning Mist Dr.<br>Clarkston, MI 48348 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred Notice only | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.57 | Nonpriority creditor's name and mailing address<br>SCP Pool Corp.<br>35015 Glendale St.<br>Livonia, MI 48150 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,000.00 |
| | Date(s) debt was incurred 2022 | Basis for the claim: Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.58 | Nonpriority creditor's name and mailing address<br>Sheffiled<br>PO Box 25127<br>Winston Salem, NC 27114 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,000.00 |
| | Date(s) debt was incurred 2021 | Basis for the claim: Business loan | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Exigent Landscaping, LLC**            Case number (if known)  **23-46912**

| | | |
|---|---|---|
| **3.59** Nonpriority creditor's name and mailing address<br>Simna Kumar<br>4424 Barchester Dr.<br>Bloomfield Hills, MI 48302<br>Date(s) debt was incurred **Notice only**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.60** Nonpriority creditor's name and mailing address<br>Site One Landscape Supply<br>24110 Network Place<br>Chicago, IL 60673<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | $14,344.00 |
| **3.61** Nonpriority creditor's name and mailing address<br>Stafford Landscaping<br>PO Box 736<br>Memphis, MI 48041<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Subcontractor Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,300.00 |
| **3.62** Nonpriority creditor's name and mailing address<br>The Hills of Lone Pine Assocation<br>c/o Norman Orr<br>201 Wesst Big Beaver<br>Suite 600<br>Troy, MI 48084<br>Date(s) debt was incurred **Notice Only**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.63** Nonpriority creditor's name and mailing address<br>U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,044.00 |
| **3.64** Nonpriority creditor's name and mailing address<br>Unique Funding Solution<br>71 S Central Ave<br>Suite 200<br>Valley Stream, NY 11580<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $85,000.00 |
| **3.65** Nonpriority creditor's name and mailing address<br>Upstart Loan Operations<br>PO Box 1503<br>San Carlos, CA 94070<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $57,000.00 |

| 3.66 | Nonpriority creditor's name and mailing address<br>Valley Transport, Inc.<br>c/o Roberto Gonzalez<br>2001 Waterman<br>Detroit, MI 48209<br>Date(s) debt was incurred 2022 and 2023<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trucking Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $12,761.98 |
|---|---|---|
| 3.67 | Nonpriority creditor's name and mailing address<br>Wiegands Farm<br>32800 31 Mile Rd<br>New Haven, MI 48050<br>Date(s) debt was incurred 2023<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Plant Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| 3.68 | Nonpriority creditor's name and mailing address<br>Wright Engineering<br>1645 Village Center Circle<br>Ste 10<br>Las Vegas, NV 89134<br>Date(s) debt was incurred 2023<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Engineerign Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,000.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brandon Heitmann<br>60749 Forrest Creek Drive<br>Washington, MI 48094 | Line 3.4<br>☐ Not listed. Explain ____ | — |
| 4.2 | Dany Batti<br>101 W. Big Beaver Rd.<br>Suite 104<br>Troy, MI 48084 | Line 3.36<br>☐ Not listed. Explain ____ | — |
| 4.3 | Michael J. Balian<br>100 W. Big Beaver Rd.<br>Ste 333<br>Troy, MI 48084 | Line 3.35<br>☐ Not listed. Explain ____ | — |
| 4.4 | Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909 | Line 2.5<br>☐ Not listed. Explain ____ | — |
| 4.5 | Sam Jarbo<br>33717 Woodward Ave<br>Ste 560<br>Birmingham, MI 48009 | Line 3.44<br>☐ Not listed. Explain ____ | — |

| Debtor | Exigent Landscaping, LLC | Case number (if known) | 23-46912 | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202 | Line 2.5<br><br>☐ Not listed. Explain ____ | — |
| 4.7 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922 | Line 2.5<br><br>☐ Not listed. Explain ____ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 260,042.82 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,276,645.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,536,688.80 |

Amended Matrix

Campo Disposal
1258 Rochester Road
Troy, MI 48083

Jay's Septic Service
2787 Greenwood Road
Lapeer, MI 48446

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

American Leak Detection
199 Whitney Ave., Suite 2
New Haven, CT 06511

Quench Water
P.O. Box 735777
Dallas, TX 75373-5777

Blue Cross Blue Shield
600 E. Lafayette Blvd.
Detroit, MI 48226

Amanda Pisarski
60749 Forrest Creek Drive
Washington, MI 48094

Brandon Heitmann
60749 Forrest Creek Drive
Washington, MI 48094

Gunther Services
c/o Shara Gunther, Res. Agt.
13422 Wabash Rd.
Milan, MI 48160

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
Exigent Landscaping, LLC,
*d/b/a* Exigent Design and Build,

Debtor.

Bankruptcy Case No. 23-46912
Judge Thomas J. Tucker
Chapter 7

## CERTIFICATE OF SERVICE

Ernest M. Hassan, III certifies that on March 21, 2024, a copy of the **Cover Sheet for Amendments, Amended Schedule E/F,** and this **Certificate of Service** was filed electronically. Notice of this filing has been sent to all parties requesting service via the Court's Electronic Case Filing System. Parties may access these filings through the Court's system.

Ernest M. Hassan, III further certifies that on March 21, 2024, a copy of the **Cover Sheet for Amendments** and **Amended Schedule E/F** was served via USPS 1st Class Mail, postage prepaid on all parties appearing on the Debtor's matrix and the following:

| Campo Disposal<br>1258 Rochester Road<br>Troy, MI 48083 | Jay's Septic Service<br>2787 Greenwood Road<br>Lapeer, MI 48446 |
|---|---|

| | |
|---|---|
| Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | American Leak Detection<br>199 Whitney Ave., Suite 2<br>New Haven, CT 06511 |
| Quench Water<br>P.O. Box 735777<br>Dallas, TX 75373-5777 | Blue Cross Blue Shield<br>600 E. Lafayette Blvd.<br>Detroit, MI 48226 |
| Amanda Pisarski<br>60749 Forrest Creek Drive<br>Washington, MI 48094 | Brandon Heitmann<br>60749 Forrest Creek Drive<br>Washington, MI 48094 |
| Gunther Services<br>c/o Shara Gunther, Res. Agt.<br>13422 Wabash Rd.<br>Milan, MI 48160 | |

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

Dated: March 21, 2024