UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Exigent Landscaping, LLC, xx-xxx5176<br>dba Exigent Design and Build<br>13246 23 Mile Road<br>Shelby Township, MI 48315 | Case No. 23-46912-TJT<br>Chapter 7<br>Hon. Thomas J. Tucker |

Debtor.
_____/

# CORRECTED NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO AUCTION ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS WITH ALL LIENS, CLAIMS, AND INTERESTS ATTACHING TO THE PROCEEDS OF SALE

On March 6, 2024, Chapter 7 Trustee Mark H. Shapiro filed a Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with all Liens, Claims, and Interests Attaching to the Proceeds of Sale ("Motion"; Docket #172).

Notice of the Motion is corrected to allow creditors and interested parties 21 days to respond to the Motion. Accordingly, the auction has been rescheduled to May 7, 2024.

Pursuant to the Motion, the Trustee intends to sell assets of the Debtor, consisting primarily of the following:

**Property Description**
Raw materials (gravel, sand, pavers)
Misc. office furniture, incl conference table, 4 desks, 12 chairs
Office equipment, incl computers, printers, TV
(2) 20" Trailer, 18" Trailer, 16" Trailer, 10" Trailer
GMC 4500 Truck
3 Trailers
2 Vacuum Paver Lifters
Topsoil Screener
2 Toro Dingo
Large Tamper

      5 Small Tampers
      5 Stihl saws
      Rebar cutter and tier
      2 Compressors
      Misc. pool equipment and supplies
      Misc. hand tools
      Mud Buggy
      Cat 308e2 Excavator - subject to lien of CAT

("Assets"). The Assets will be sold through an online auction to be conducted by Miedema Auctioneering, Inc. d/b/a Repocast on or after May 7, 2024.

The Assets will be sold free and clear of liens, claims, and interests. Further details are included in the Motion. A copy of the Motion may be obtained from the Trustee or the bankruptcy court. Additional information regarding the sale may be obtained from the auctioneer at (866) 550-REPO or by contacting the Trustee's office at (248) 352-4700.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then within 21 days from the date this notice is served you or your attorney must:

File with the Court a written objection or request for hearing, explaining your position at:[1]

    U.S. Bankruptcy Court
    211 West Fort Street
    Detroit, Michigan 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough to the Court will **receive** it before the 21-day period expires. All attorneys are required to file pleadings electronically.

---

[1]Objection or request for hearing must comply with Fed. R. Civ. P. 8(b), (c), and (e).

You must also send a copy to:

    Tracy M. Clark, Esq.
    Steinberg Shapiro & Clark
    25925 Telegraph Rd., Suite 203
    Southfield, Michigan 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Motion, and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

                                                              Steinberg Shapiro & Clark

                                                              /s/ Tracy M. Clark (P60262)
                                                              Attorney for Trustee
                                                             25925 Telegraph Rd., Suite 203
                                                             Southfield, MI 48033
                                                             (248) 352-4700
                                                            clark@steinbergshapiro.com

Date: March 27, 2024