UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,   Case No. 23-46912-TJT
  Chapter 7
          Debtor.   Judge Thomas J. Tucker
_____/

ORDER GRANTING FEE APPLICATION OF SUBCHAPTER V TRUSTEE
FOR EXIGENT LANDSCAPING, LLC, DEBTOR-IN-POSSESSION

Mark H. Shapiro, Trustee filed and served on interested parties an application for Subchapter V trustee fees and expenses (Docket # 173, the "Application"). All parties in interest were served with notice of the Application and no objections were timely filed. The Court finds good cause to enter this Order.

IT IS ORDERED that the Application is granted.

IT IS FURTHER ORDERED that Mark H. Shapiro, Trustee is awarded fees of $12,662.50 and expenses of $0.00 for services rendered during the period August 8, 2023 through February 29, 2024 as Chapter 11 administrative expenses of the estate under 11 U.S.C. § 503(b).

**Signed on April 3, 2024**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**