UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                        Case No. 23-46912-TJT
                                             Chapter 7
           Debtor.                   Hon. Thomas J. Tucker
_____/

## ORDER FOR PAYMENT OF SECURED CLAIM

This matter is before the Court on the stipulation of Chapter 7 Trustee Mark

H. Shapiro ("Trustee"), Caterpillar Financial Services Corp. ("CAT"), and Small

Business Administration (Docket #216). The Court, having reviewed the

stipulation and noting the agreement of the parties, finds good cause to enter this

Order.

IT IS ORDERED that the Trustee shall pay CAT $20,000 as full and final

payment for CAT's security interest in the Caterpillar 308e2 Excavator, SN

CAT0308ELFJX01882.

**Signed on May 23, 2024**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**