UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,   Case No. 23-46912-TJT
                            Chapter 7
            Debtor.          Hon. Thomas J. Tucker
_____/

**STIPULATION TO ENTRY OF ORDER
EXTENDING RESPONSE DEADLINE**

Chapter 7 Trustee Mark H. Shapiro and Amanda Pisarski ("Pisarski") and Brandon Heitmann ("Heitmann") stipulate to entry of the attached Order extending the deadline for two weeks for the Trustee to respond to Pisarki's and Heitmann's motions for payment of administrative expenses (docket nos. 214 and 215).

Steinberg Shapiro & Clark

| | |
|---|---|
| /s/ Tracy M. Clark | /s/ with consent Robert N. Bassel |
| Tracy M. Clark (P60262) | Robert N. Bassel (P48420) |
| Attorney for Trustee | Attorney for Pisarski and Heitmann |
| 25925 Telegraph Rd., Suite 203 | PO Box T |
| Southfield, MI 48033 | Clinton, MI 49236 |
| (248) 352-4700 | (248) 677-1234 |
| clark@steinbergshapiro.com | bbassel@gmail.com |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,　　　　　　　　　Case No. 23-46912-TJT
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　Debtor.　　　　　　　　　　Hon. Thomas J. Tucker
_____/

**ORDER EXTENDING RESPONSE DEADLINE**

This matter is before the Court on the stipulation of Chapter 7 Trustee Mark H. Shapiro and Amanda Pisarski ("Pisarski") and Brandon Heitmann ("Heitmann"). The Court, noting the agreement of the parties, finds good cause to enter this Order.

IT IS ORDERED that the deadline for the Trustee to respond to Pisarki's and Heitmann's motions for payment of administrative expenses (docket nos. 214 and 215) is extended to June 17, 2024.