UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,　　　　　　　　　Case No. 23-46912-TJT
　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　Debtor.　　　　　　　　　Hon. Thomas J. Tucker
_____/

## STIPULATION TO ENTRY OF ORDER
## EXTENDING RESPONSE DEADLINE

　　　Chapter 7 Trustee Mark H. Shapiro and Amanda Pisarski ("Pisarski") and Brandon Heitmann ("Heitmann") stipulate to entry of the attached Order extending the deadline for two weeks for the Trustee to respond to Pisarki's and Heitmann's motions for payment of administrative expenses (docket nos. 214 and 215).

　Steinberg Shapiro & Clark

/s/ Tracy M. Clark　　　　　　　　　　　/s/ with consent Robert N. Bassel
Tracy M. Clark (P60262)　　　　　　　　Robert N. Bassel (P48420)
Attorney for Trustee　　　　　　　　　　Attorney for Pisarski and Heitmann
25925 Telegraph Rd., Suite 203　　　　　PO Box T
Southfield, MI 48033　　　　　　　　　　Clinton, MI 49236
(248) 352-4700　　　　　　　　　　　　(248) 677-1234
clark@steinbergshapiro.com　　　　　　　bbassel@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                  Case No. 23-46912-TJT
                                                   Chapter 7
                Debtor.                       Hon. Thomas J. Tucker
_____/

**ORDER EXTENDING RESPONSE DEADLINE**

This matter is before the Court on the stipulation of Chapter 7 Trustee Mark H. Shapiro and Amanda Pisarski ("Pisarski") and Brandon Heitmann ("Heitmann"). The Court, noting the agreement of the parties, finds good cause to enter this Order.

IT IS ORDERED that the deadline for the Trustee to respond to Pisarki's and Heitmann's motions for payment of administrative expenses (docket nos. 214 and 215) is extended to July 1, 2024.