UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,

Debtor.
_______________________________/

Case No. 23-46912-TJT
Chapter 7
Hon. Thomas J. Tucker

# TRUSTEE'S REPORT OF SALE

On April 24, 2024, this Court entered an order authorizing auction of assets (ECF 210). On May 7, 2024, the assets were sold at auction and brought in $123,658.00. Attached is a copy of the Auction Sales Breakdown.

/s/ Mark H. Shapiro (P43134)
Chapter 7 Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: June 19, 2024

MIEDEMA'S REPOCAST

***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Sold Lots**

**Lot 2-62089**
**2015 Caterpillar 308E2 CR Mini Hydraulic Excavator with Swing Boom**

CIO 268, Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the hoop
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Make:** Caterpillar
**Year:** 2015
**Model:** 308E2 CR Mini Hydraulic Excavator with Swing Boom
**Serial Number:** CAT0308ELFJX01882

| | Amount |
|---|---|
| Sale Price | $35,126.00 |
| 8% Commission | ($2,810.08) |
| Listing Fee | $0.00 |
| **Total** | **$32,315.92** |

**Lot 2-62090**
**2020 Formula FSCAA7.0X16TE2FF V-Nose Enclosed Cargo Trailer 17’**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Back forty East fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**VIN#:** 53BFTEA29LB003939

| | Amount |
|---|---|
| Sale Price | $4,075.00 |
| 15% Commission | ($611.25) |
| Listing Fee | $0.00 |
| **Total** | **$3,463.75** |

**Lot 2-62091**
**2020 US Cargo ULAFTX8520TA3 ENCLOSED CARGO / CAR TRAILER 22’**

Cables are unraveled from pulleys on back door, door is heavy, use caution when opening. Side door latch is broken, door is fastened shut from the inside. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Back Forty East fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**VIN#:** 5NHUUSV2XLW074357

| | Amount |
|---|---|
| Sale Price | $4,150.00 |
| 15% Commission | ($622.50) |
| Listing Fee | $0.00 |
| **Total** | **$3,527.50** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62092**
**2012 GMC Sierra 2500HD Work Truck Ext. Cab 4WD**

Court Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $4,401.00 |
| 15% Commission | ($660.15) |
| Listing Fee | $0.00 |
| **Total** | **$3,740.85** |

**Warehouse Location:** 14A (outside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Model:** Sierra 2500HD

**Year:** 2012

**VIN#:** 1GT22ZCG2CZ141703
**Drivetrain:** 4x4

**Make:** GMC
**Title Status:** TBD

**Scratches:** Scattered

**Trim:** Work Truck Ext. Cab 4WD
**Odometer Reading:** 161459
**Number of Cylinders:** 6
**Transmission:** Automatic

**Rust:** Scattered
**Seats:** Cloth, Manual
**Audio:** Aftermarket, AM/FM
**Keys Located:** CIO 134
**Fuel Type:** Gas

**Cab/Bed/Tow:** Extended Cab, Tow Package, Trailer Brake Control, Hitch
**Airconditioning:** Yes
**Dents:** Minor

**Doors:** 4 Door
**Windshield Condition:** Chipped
**Current Dash Warnings:** Low Tire Pressure, Traction Control

**Ignition Type:** Key Start
**General Options:** Power Windows, Power Locks, Power Mirrors, Cruise Control, Steering Wheel Controls, Spare Tire, Privacy Glass, Tilt Steering


***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62093**
**2000 Ford Ranger SVT SuperCab 4WD**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** 18D (outside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $1,000.00 |
| 15% Commission | ($150.00) |
| Listing Fee | $0.00 |
| **Total** | **$850.00** |

**Model:** Ranger
**Year:** 2000
**Brake Noise:** Yes
**VIN#:** 1FTZR15V8YTB02308
**Drivetrain:** 4x4
**Make:** Ford
**Title Status:** TBD
**Scratches:** Scattered
**Trim:** SVT SuperCab 4WD
**Odometer Reading:** 173476
**Number of Cylinders:** 6
**Transmission:** Automatic
**Airbags:** Driver, Passenger
**Rust:** Scattered
**Seats:** Cloth, Manual
**Audio:** Aftermarket, AM/FM, USB Port, AUX Port
**Keys Located:** CIO 436
**Fuel Type:** Gas
**Cab/Bed/Tow:** Crew Cab, Plastic Bed liner, Tow Package, Hitch
**Airconditioning:** Yes
**Dents:** Scattered
**Doors:** 4 Door
**Current Dash Warnings:** Check Engine, ABS, Brake
**Ignition Type:** Key Start
**General Options:** Power Windows, Power Locks, Power Mirrors, Cruise Control, Steering Wheel Controls, Spare Tire, Privacy Glass, Tilt Steering



601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62096**
**Toro MBTX 2500S Swivel Mud Buggy**

CIO 135, may need a jump to start, Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of Office
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Model:** MBTX 2500S Swivel Mud Buggy
**Serial Number:** 410096801
**Track Width:** 6”
**Make:** Toro

| | Amount |
|---|---|
| Sale Price | $12,425.00 |
| 8% Commission | ($994.00) |
| Listing Fee | $0.00 |
| **Total** | **$11,431.00** |

**Lot 2-62097**
**2018 Toro Dingo 22328 TX 1000 Track Loader Wide**

CIO 339, Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of Office
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Model:** Dingo 22328 TX 1000 Track Loader Wide
**Serial Number:** 402690143
**Year:** 2018
**Track Width:** 9”
**Make:** Toro

| | Amount |
|---|---|
| Sale Price | $15,975.00 |
| 8% Commission | ($1,278.00) |
| Listing Fee | $0.00 |
| **Total** | **$14,697.00** |

**Lot 2-62098**
**2018 Husqvarna LG400 Reversible Plate Compactor**

Lombardini (Kohler) CKHXL.442155 Diesel Engine, key switch is missing, unable to start.  Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $3,665.00 |
| 15% Commission | ($549.75) |
| Listing Fee | $0.00 |
| **Total** | **$3,115.25** |



***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62099**
**2021 North American Standards Manufacturing SLG78VF Topsoil & Rock Screener**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $6,128.00 |
| 8% Commission | ($490.24) |
| Listing Fee | $0.00 |
| **Total** | **$5,637.76** |

**Lot 2-62100**
**CAT Fork Attachment for Skid Steer 48"**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $520.00 |
| 15% Commission | ($78.00) |
| Listing Fee | $0.00 |
| **Total** | **$442.00** |

**Lot 2-62101**
**CAT Fork Attachment for Skid Steer 48"**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $531.00 |
| 15% Commission | ($79.65) |
| Listing Fee | $0.00 |
| **Total** | **$451.35** |

**Lot 2-62102**
**2017 CAT A19B Auger Attachment for Skid Steer 36"**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $2,725.00 |
| 15% Commission | ($408.75) |
| Listing Fee | $0.00 |
| **Total** | **$2,316.25** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62103**
**CAT Excavator Quick Coupler to Skid Steer Quick Attach With 48" Fork Attachment**

Includes pins. 1-7/8" pin diameter, 8" inside spacing. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $1,325.00 |
| 15% Commission | ($198.75) |
| Listing Fee | $0.00 |
| **Total** | **$1,126.25** |

**Lot 2-62104**
**CAT Fork Attachment for Skid Steer 48"**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $600.00 |
| 15% Commission | ($90.00) |
| Listing Fee | $0.00 |
| **Total** | **$510.00** |

**Lot 2-62105**
**CAT Fork Attachment for Skid Steer 48"**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $525.00 |
| 15% Commission | ($78.75) |
| Listing Fee | $0.00 |
| **Total** | **$446.25** |

**Lot 2-62106**
**CAT Bucket Attachment for Skid Steer 72"**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $785.00 |
| 15% Commission | ($117.75) |
| Listing Fee | $0.00 |
| **Total** | **$667.25** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62107**
**2018 Toro 22342 Mini Loader Bucket Attachment 52"**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $220.00 |
| 15% Commission | ($33.00) |
| Listing Fee | $0.00 |
| **Total** | **$187.00** |

**Lot 2-62108**
**CAT 1901 030 Excavator Bucket 12"**

Includes pins. 1-5/16" pin diameter, 5-1/2" inside spacing. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $605.00 |
| 15% Commission | ($90.75) |
| Listing Fee | $0.00 |
| **Total** | **$514.25** |

**Lot 2-62109**
**CAT Excavator Bucket 24"**

Includes pins. 1-5/16" pin diameter, 5-1/2" inside spacing. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $221.00 |
| 15% Commission | ($33.15) |
| Listing Fee | $0.00 |
| **Total** | **$187.85** |

**Lot 2-62110**
**CAT Excavator Bucket 39"**

1.25" pin diameter, 4.25" inside spacing. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $828.00 |
| 15% Commission | ($124.20) |
| Listing Fee | $0.00 |
| **Total** | **$703.80** |

**Lot 2-62111**
**CAT 292-9270 General Purpose Bucket for Skid Steer 86"**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $930.00 |
| 15% Commission | ($139.50) |
| Listing Fee | $0.00 |
| **Total** | **$790.50** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62112**
**CAT Excavator Bucket 24"**

Includes pins. 1-7/8" pin diameter, 8" inside spacing. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $520.00 |
| 15% Commission | ($78.00) |
| Listing Fee | $0.00 |
| **Total** | **$442.00** |

**Lot 2-62119**
**CAT 147-1015 Excavator Bucket 9"**

1.25" pin diameter, 4.25" inside spacing. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $151.00 |
| 15% Commission | ($22.65) |
| Listing Fee | $0.00 |
| **Total** | **$128.35** |

**Lot 2-62120**
**Lot of Miscellaneous Hand Tools including Shovels, Rakes, Brooms, Pick Axes, Etc.**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $290.00 |
| 15% Commission | ($43.50) |
| Listing Fee | $0.00 |
| **Total** | **$246.50** |

**Lot 2-62121**
**Canon K10488 ImagePROGRAF TM-300 36-inch 5-Color Inkjet Printer Plotter**

Ink Tanks appear to be empty. Sells with 3 additional rolls of paper. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse North Wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $875.00 |
| 15% Commission | ($131.25) |
| Listing Fee | $0.00 |
| **Total** | **$743.75** |



*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62122**
**Kushlan Electric Cement Mixer**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $165.00 |
| 15% Commission | ($24.75) |
| Listing Fee | $0.00 |
| **Total** | **$140.25** |

---

**Lot 2-62123**
**Lot of (4) Lawn Spreaders**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $115.00 |
| 15% Commission | ($17.25) |
| Listing Fee | $0.00 |
| **Total** | **$97.75** |

---

**Lot 2-62124 ***
**Lot of (16) Miscellaneous Office Chairs**

Metal cage container not included in sale. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |

---

**Lot 2-62125**
**eXmark ECKA30 Self-Propelled Lawn Mower**

Unit appears to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $505.00 |
| 15% Commission | ($75.75) |
| Listing Fee | $0.00 |
| **Total** | **$429.25** |

**Deck Size:** 30”
**ROPS:** No
**Motor Type / HP:** Kawasaki



MIEDEMA'S
REPOCAST

***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62126**
**BE Commercial Series Pressure Washer**

Unknown PSI. Missing Pressure Hose. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C2C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Engine Make / HP:** Honda
**Fuel Type:** Gas

| | Amount |
|---|---|
| Sale Price | $366.00 |
| 15% Commission | ($54.90) |
| Listing Fee | $0.00 |
| **Total** | **$311.10** |

**Lot 2-62127**
**Husqvarna SOFF-CUT 150 Concrete Saw**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C2C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $1,505.00 |
| 15% Commission | ($225.75) |
| Listing Fee | $0.00 |
| **Total** | **$1,279.25** |

**Lot 2-62128**
**Magic Chef HMDR1000BE Refrigerator: Standard with Top Freezer**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse north wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Appliance Type:** Refrigerator: Standard with Top Freezer

| | Amount |
|---|---|
| Sale Price | $137.00 |
| 15% Commission | ($20.55) |
| Listing Fee | $0.00 |
| **Total** | **$116.45** |

**Lot 2-62129**
**Lot of (4) Forced Air Heaters**

2 Mr. Heater Contractor Series and 2 Master MH-125V-GFA-A Models. Unable to test LP Units, One Gas unit operates but the other is out of gas. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $80.00 |
| 15% Commission | ($12.00) |
| Listing Fee | $0.00 |
| **Total** | **$68.00** |



***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62130**
**2019 Husqvarna LF100 Forward Plate Compactor**

Unit appears to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop repo fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $560.00 |
| 15% Commission | ($84.00) |
| Listing Fee | $0.00 |
| **Total** | **$476.00** |

---

**Lot 2-62131 ***
**M-B-W Inc. GP3550/AP3550 Plate Compactor**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of Hoop repo fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $556.00 |
| 15% Commission | ($83.40) |
| Listing Fee | $0.00 |
| **Total** | **$472.60** |

---

**Lot 2-62132**
**M-B-W Inc. GP3550/AP3550 Plate Compactor**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of Hoop repo fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $755.00 |
| 15% Commission | ($113.25) |
| Listing Fee | $0.00 |
| **Total** | **$641.75** |

---

**Lot 2-62133**
**M-B-W Inc. GP3550/AP3550 Plate Compactor**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop repo fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $530.00 |
| 15% Commission | ($79.50) |
| Listing Fee | $0.00 |
| **Total** | **$450.50** |

---

**Lot 2-62134**
**M-B-W Inc. GP15/AP15 Plate Compactor**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop repo fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $440.00 |
| 15% Commission | ($66.00) |
| Listing Fee | $0.00 |
| **Total** | **$374.00** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62135 ***
**Lot of (2) Toro Power Clear 721E Electric/Pull Start Snowblower**

Units crank with power cord but will not start. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop repo fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Path:** 20"

| | Amount |
|---|---|
| Sale Price | $65.00 |
| 15% Commission | ($9.75) |
| Listing Fee | $0.00 |
| **Total** | **$55.25** |

---

**Lot 2-62136**
**Bartell Plate Compactor**

Unit appears to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of Hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $265.00 |
| 15% Commission | ($39.75) |
| Listing Fee | $0.00 |
| **Total** | **$225.25** |

---

**Lot 2-62137**
**Tsurumi Pump TE3-80 HA 3" Trash Pump**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $230.00 |
| 15% Commission | ($34.50) |
| Listing Fee | $0.00 |
| **Total** | **$195.50** |

---

**Lot 2-62138**
**Plate Compactor**

Unknown make and model. Unit appears to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $215.00 |
| 15% Commission | ($32.25) |
| Listing Fee | $0.00 |
| **Total** | **$182.75** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment &
Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---



**Lot 2-62139 ***
**Lot of (2) 5500 Watt Gas Generators**

Oregon model 030793, and Coleman Powermate. The Oregon Generator has no pull cord, unable to test. The Coleman looks like it was under repair, the motor is loose. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $35.00 |
| 15% Commission | ($5.25) |
| Listing Fee | $0.00 |
| **Total** | **$29.75** |

---



**Lot 2-62140**
**2" Trash Pump with Predator 212cc Fas Engine**

Spark plug was removed, Unit appears to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Fuel Type:** Gas

| | Amount |
|---|---|
| Sale Price | $95.00 |
| 15% Commission | ($14.25) |
| Listing Fee | $0.00 |
| **Total** | **$80.75** |

---



**Lot 2-62141**
**Miscellaneous Scaffolding Pieces**

4 End Sections, 8 Side Sections, Approximately 17 cross supports. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $515.00 |
| 15% Commission | ($77.25) |
| Listing Fee | $0.00 |
| **Total** | **$437.75** |

---



**Lot 2-62142**
**Lot of Miscellaneous Cement Finishing Tools**

Includes Bull Floats and handles, broom, levels, hand trowels, knee pads, etc. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Front of hoop left side
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $560.00 |
| 15% Commission | ($84.00) |
| Listing Fee | $0.00 |
| **Total** | **$476.00** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62143**
**Lot of Jacks and Jack Stands**

(1)Pittsburgh 22 Ton Air/Hydraulic Floor Jack, (1) Duralast 20 Ton Hydraulic Bottle Jack, Multiple Jack Stands, and a shop creeper. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $245.00 |
| 15% Commission | ($36.75) |
| Listing Fee | $0.00 |
| **Total** | **$208.25** |

**Lot 2-62144**
**Lot of Miscellaneous Ladders**

Werner 24' fiberglass extension, Werner 8' Step Ladder, and other misc ladders. (6) total. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the hoop
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $160.00 |
| 15% Commission | ($24.00) |
| Listing Fee | $0.00 |
| **Total** | **$136.00** |

**Lot 2-62146**
**Lot of (4) Propane Tanks**

2 at 100lbs, 1 at 30 lbs, 1 at 20 lbs. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $216.00 |
| 15% Commission | ($32.40) |
| Listing Fee | $0.00 |
| **Total** | **$183.60** |

**Lot 2-62147**
**Lot of (2) Air Compressors, Air Tank, and Air Hoses**

1 Husky 20 Gallon, 1 Porter Cable 6 gallon pancake, 1 Jobsmart 5 Gallon Tank, 1 hose reel and other miscellaneous hose lengths. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $155.00 |
| 15% Commission | ($23.25) |
| Listing Fee | $0.00 |
| **Total** | **$131.75** |



*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62148**
**Lot of (11) Gas Cans**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $90.00 |
| 15% Commission | ($13.50) |
| Listing Fee | $0.00 |
| **Total** | **$76.50** |

**Lot 2-62149**
**Oxygen/Acetylene Torch Kit with Regulators**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C4C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $205.00 |
| 15% Commission | ($30.75) |
| Listing Fee | $0.00 |
| **Total** | **$174.25** |

**Lot 2-62150**
**Ridgid R4092 10 in. Wet Tile Saw with Stand**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C3C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $245.00 |
| 15% Commission | ($36.75) |
| Listing Fee | $0.00 |
| **Total** | **$208.25** |

**Lot 2-62154**
**Pallet of Site Fencing and Snow Fencing**

Site fencing 2 unopened 6'x150' 2 opened with open roll of snow fencing Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $385.00 |
| 15% Commission | ($57.75) |
| Listing Fee | $0.00 |
| **Total** | **$327.25** |

**Lot 2-62155**
**Lot of (2) Husky C202H Air Compressors**

Pallet with 2 husky 20 gallon air compressorsCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C40C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $105.00 |
| 15% Commission | ($15.75) |
| Listing Fee | $0.00 |
| **Total** | **$89.25** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62156**
**2 diamond plate truck tool boxes**

2 diamond plate truck tool boxes full of miscellaneous items One measures at 69" long x 21 1/2" wide x 15" tallOne measures at 56 1/2" long x 20" wide x 19" tallCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $80.00 |
| 15% Commission | ($12.00) |
| Listing Fee | $0.00 |
| **Total** | **$68.00** |

**Lot 2-62157**
**Pallet of miscellaneous hand tools**

Pallet of miscellaneous hand tools including sockets, screwdrivers, hammers, pry bars, heat gun, bolt cutters air tools , drills, drill bits, speed squaresCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C39C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $200.00 |
| 15% Commission | ($30.00) |
| Listing Fee | $0.00 |
| **Total** | **$170.00** |

**Lot 2-62158**
**Pallet full of miscellaneous hand tools**

Pallet full of hand tools including brooms, shovels, pick axes, sledge hammers,post whole digger, axes, hand tampers, floor scrappersCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $200.00 |
| 15% Commission | ($30.00) |
| Listing Fee | $0.00 |
| **Total** | **$170.00** |

**Lot 2-62159**
**Rebar cutter/bender**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C17C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $360.00 |
| 15% Commission | ($54.00) |
| Listing Fee | $0.00 |
| **Total** | **$306.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62160**
**Ridgid R4092 10 in. Wet Tile Saw**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C4C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $155.00 |
| 15% Commission | ($23.25) |
| Listing Fee | $0.00 |
| **Total** | **$131.75** |

**Lot 2-62161**
**Dewalt DWE7485 8-1/4" Table Saw**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C2C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $180.00 |
| 15% Commission | ($27.00) |
| Listing Fee | $0.00 |
| **Total** | **$153.00** |

**Lot 2-62162 ***
**Ryobi WS7221 7" Tile Saw**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C2C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $15.00 |
| 15% Commission | ($2.25) |
| Listing Fee | $0.00 |
| **Total** | **$12.75** |

**Lot 2-62163**
**Blackstone Culinary Flat Top Grill 36" x 22"**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C5C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $130.00 |
| 15% Commission | ($19.50) |
| Listing Fee | $0.00 |
| **Total** | **$110.50** |

**Lot 2-62164**
**Lot of (3) Ring 5F37E9 Jobsite Security Cases, Powered**

Sells with (2) Vosker V150 Security Cameras. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C5C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $205.00 |
| 15% Commission | ($30.75) |
| Listing Fee | $0.00 |
| **Total** | **$174.25** |



601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62165**
**Lot of (5) Portable Heating Units**

Mr Heater BuddyFlex, Mr Heater Contractor Series, Comfort Zone Quartz, and 2 LP Single Heating units. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C6C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $50.00 |
| 15% Commission | ($7.50) |
| Listing Fee | $0.00 |
| **Total** | **$42.50** |

**Lot 2-62166 ***
**Lot of (4) Totes filled with Miscellaneous Tools and Hardware**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C7C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $101.00 |
| 15% Commission | ($15.15) |
| Listing Fee | $0.00 |
| **Total** | **$85.85** |

**Lot 2-62167 ***
**Ryobi TSS702 10 Amp Corded 7-1/4 in. Compound Sliding Miter Saw**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C6C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $70.00 |
| 15% Commission | ($10.50) |
| Listing Fee | $0.00 |
| **Total** | **$59.50** |

**Lot 2-62168**
**Lot of (12) Hayward PSV2SDGR PVC 2-Way Pool Check Diverter Valve**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C5C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $55.00 |
| 15% Commission | ($8.25) |
| Listing Fee | $0.00 |
| **Total** | **$46.75** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62169**
**Chicago Electric Welding Flux Welder 63583**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C6C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $55.00 |
| 15% Commission | ($8.25) |
| Listing Fee | $0.00 |
| **Total** | **$46.75** |

**Lot 2-62170**
**Husqvarna Target DR 150 Core Drill**

Appears to be missing handle but unit runs. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C6C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $280.00 |
| 15% Commission | ($42.00) |
| Listing Fee | $0.00 |
| **Total** | **$238.00** |

**Lot 2-62171**
**One Mobile Job Box filled with Various Dewalt Hand Tools**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C8C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $435.00 |
| 15% Commission | ($65.25) |
| Listing Fee | $0.00 |
| **Total** | **$369.75** |

**Lot 2-62172**
**Dewalt Storage box filled with Various Chains, Straps, and Tie Downs**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C8C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $150.00 |
| 15% Commission | ($22.50) |
| Listing Fee | $0.00 |
| **Total** | **$127.50** |

**Lot 2-62173**
**Lot of Miscellaneous Hand Tools including Shovels, Tamps, Levels, Pick Axes, Etc.**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $225.00 |
| 15% Commission | ($33.75) |
| Listing Fee | $0.00 |
| **Total** | **$191.25** |



601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62174**
**Lot of Miscellaneous Hand Tools including Shovels, Rakes, Levels, Etc.**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $215.00 |
| 15% Commission | ($32.25) |
| Listing Fee | $0.00 |
| **Total** | **$182.75** |

**Lot 2-62175**
**Lot of Miscellaneous Hand Tools including Shovels, Rakes, Brooms, Pick Axes, Etc.**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $200.00 |
| 15% Commission | ($30.00) |
| Listing Fee | $0.00 |
| **Total** | **$170.00** |

**Lot 2-62176**
**Lot of Miscellaneous Hand Tools including Shovels, Rakes, Tamps, Levels, Etc.**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $125.00 |
| 15% Commission | ($18.75) |
| Listing Fee | $0.00 |
| **Total** | **$106.25** |

**Lot 2-62177**
**Lot of Miscellaneous Hand Tools including Shovels, Rakes, Forks, Levels, Etc.**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $200.00 |
| 15% Commission | ($30.00) |
| Listing Fee | $0.00 |
| **Total** | **$170.00** |

***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62178**
**Reed PPRK4 (plastic pipe reamer kit)**

Sizes include 1 1/2", 2", 3", 4"Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse gray rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $210.00 |
| 15% Commission | ($31.50) |
| Listing Fee | $0.00 |
| **Total** | **$178.50** |

---

**Lot 2-62179**
**Fill-rite FR152 (piston hand pump)**

New in the box fill-rite fr152 piston hand pumpCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $105.00 |
| 15% Commission | ($15.75) |
| Listing Fee | $0.00 |
| **Total** | **$89.25** |

---

**Lot 2-62180**
**50 gallon Dewalt job box filled with miscellaneous hand tools, ratchet straps and caulk gunsCourt...**

50 gallon Dewalt job box filled with miscellaneous hand tools, ratchet straps and caulk gunsCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C5C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $30.00 |
| 15% Commission | ($4.50) |
| Listing Fee | $0.00 |
| **Total** | **$25.50** |

---

**Lot 2-62181 ***
**Pallet full of miscellaneous hand tools including hammers, levels, tape measures, sockets,...**

Pallet full of miscellaneous hand tools including hammers, levels, tape measures, sockets, ratchets, caulk guns, air nailer, speed squares, socket trays, tile grinder, travel tool box, drill bits, screwdrivers, wrenches hydraulic wire crimping tool and tool cartCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C22C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $590.00 |
| 15% Commission | ($88.50) |
| Listing Fee | $0.00 |
| **Total** | **$501.50** |



*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62182**
**U level Smart leveling (hardscape level system)**

Ulevel hardscape leveling system Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $674.00 |
| 15% Commission | ($101.10) |
| Listing Fee | $0.00 |
| **Total** | **$572.90** |

---

**Lot 2-62183**
**U level Smart level (hardscape leveling system)**

Ulevel hardscape leveling system Court Seizure, Came from a working Environment. ELequip

**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $565.00 |
| 15% Commission | ($84.75) |
| Listing Fee | $0.00 |
| **Total** | **$480.25** |

---

**Lot 2-62184**
**Leaktronics LT1000 (leak tester)**

Leaktronics LT1000 leak testerCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse gray rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $260.00 |
| 15% Commission | ($39.00) |
| Listing Fee | $0.00 |
| **Total** | **$221.00** |

---

**Lot 2-62185**
**2021 Leica Rugby 610 (laser level) with 2 Tripods**

Leica laser level with 2 tripods Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $655.00 |
| 15% Commission | ($98.25) |
| Listing Fee | $0.00 |
| **Total** | **$556.75** |

---

**Lot 2-62186**
**2022 Topcon RL-H5A (laser level)**

Topcon laser level with 2 tripods Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $685.00 |
| 15% Commission | ($102.75) |
| Listing Fee | $0.00 |
| **Total** | **$582.25** |


*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62187**
**Small Dewalt box and small Qbrick box filled with miscellaneous items such as screws, nails,...**

Small Dewalt box and small Qbrick box filled with miscellaneous items such as screws, nails, scrapper, few tools, cut off wheels, plastic elbows, paint and jb weldCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $65.00 |
| 15% Commission | ($9.75) |
| Listing Fee | $0.00 |
| **Total** | **$55.25** |

**Lot 2-62188**
**General M240HHD**

General auger with 4 stroke Honda engine Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $290.00 |
| 15% Commission | ($43.50) |
| Listing Fee | $0.00 |
| **Total** | **$246.50** |

**Lot 2-62189**
**Dewalt rolling box filled with miscellaneous items such as wire broom, ryobi power washer head,...**

Dewalt rolling box filled with miscellaneous items such as wire broom, ryobi power washer head, some hand tools, cleaners, paints, caulk and more Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C8C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $30.00 |
| 15% Commission | ($4.50) |
| Listing Fee | $0.00 |
| **Total** | **$25.50** |

**Lot 2-62190**
**Small husky box filled with 12 hyve low voltage outdoor lighting lights, and brand new Qbrick...**

Small husky box filled with 12 hyve low voltage outdoor lighting lights, and brand new Qbrick tool boxCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $115.00 |
| 15% Commission | ($17.25) |
| Listing Fee | $0.00 |
| **Total** | **$97.75** |

MIEDEMA'S REPOCAST

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62191 ***
**Lot of (3) storage boxes, 1 Dewalt, 1 tafco corp, 1 Milwaukee, All filled with miscellaneous...**

Lot of (3) storage boxes, 1 Dewalt, 1 tafco corp, 1 Milwaukee, All filled with miscellaneous fasteners such as screws elbow, anchors, nuts and bolts, and wire nutsCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $70.00 |
| 15% Commission | ($10.50) |
| Listing Fee | $0.00 |
| **Total** | **$59.50** |

**Lot 2-62192**
**Contico pro tuff box filled with miscellaneous items such as tow straps, ratchet straps, cut off...**

Contico pro tuff box filled with miscellaneous items such as tow straps, ratchet straps, cut off wheels, ropes, spray paints and miscellaneous hand toolsCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C11C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $80.00 |
| 15% Commission | ($12.00) |
| Listing Fee | $0.00 |
| **Total** | **$68.00** |

**Lot 2-62194**
**50 gallon husky job box filled with miscellaneous hand tools, ratchet straps, belt sander, pull...**

50 gallon husky job box filled with miscellaneous hand tools, ratchet straps, belt sander, pull cord, nails and other miscellaneous itemsCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C11C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $55.00 |
| 15% Commission | ($8.25) |
| Listing Fee | $0.00 |
| **Total** | **$46.75** |

**Lot 2-62195 ***
**5 gallon bucket, 3 unopened boxes and small tote full of key stone pins with a handful of pvc...**

5 gallon bucket, 3 unopened boxes and small tote full of key stone pins with a handful of pvc spearsCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |


***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62196**
**New in the box display stand for GLX-cell tester. Court Seizure, Came from a working Environment....**

New in the box display stand for GLX-cell tester. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $15.00 |
| 15% Commission | ($2.25) |
| Listing Fee | $0.00 |
| **Total** | **$12.75** |

---

**Lot 2-62197**
**Lot of miscellaneous tool box sets with some miscellaneous tools, some drawers open hardCourt...**

Lot of miscellaneous tool box sets with some miscellaneous tools, some drawers open hardCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C34C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $208.00 |
| 15% Commission | ($31.20) |
| Listing Fee | $0.00 |
| **Total** | **$176.80** |

---

**Lot 2-62198**
**Stihl BR 800 C Backpack Blower**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C7C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $341.00 |
| 15% Commission | ($51.15) |
| Listing Fee | $0.00 |
| **Total** | **$289.85** |

---

**Lot 2-62248**
**Echo BRD-280 Gas Powered Edger**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C16C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $185.00 |
| 15% Commission | ($27.75) |
| Listing Fee | $0.00 |
| **Total** | **$157.25** |



601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62249**
**Lot of (3) Used Backpack Blowers**

Units appear to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $105.00 |
| 15% Commission | ($15.75) |
| Listing Fee | $0.00 |
| **Total** | **$89.25** |

**Lot 2-62250**
**Lot of (4) Used Concrete Saws**

Stihl TS500i, Solo, (2) ICS 680. Units appear to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $815.00 |
| 15% Commission | ($122.25) |
| Listing Fee | $0.00 |
| **Total** | **$692.75** |

**Lot 2-62251**
**Lot of (4) Gas Powered Lawn Tools**

RedMax CHTZ2460, RedMax CHT220, Homelite 26b, Honda FG110. Units appear to have compression but will not start. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $115.00 |
| 15% Commission | ($17.25) |
| Listing Fee | $0.00 |
| **Total** | **$97.75** |

**Lot 2-62252**
**Lot of Miscellaneous Copper Wire and Multi-Conductor Cable**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $606.00 |
| 15% Commission | ($90.90) |
| Listing Fee | $0.00 |
| **Total** | **$515.10** |


*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62253 ***
**Lot of Miscellaneous Power Cords With Wheelbarrow.**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $155.00 |
| 15% Commission | ($23.25) |
| Listing Fee | $0.00 |
| **Total** | **$131.75** |

---

**Lot 2-62254**
**Lot of (5) String Trimmers/Edgers with Broom Attachments**

Units appear to have compression but will not start.
Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $385.00 |
| 15% Commission | ($57.75) |
| Listing Fee | $0.00 |
| **Total** | **$327.25** |

---

**Lot 2-62255**
**Lot of (4) Tv/Computer Monitors**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** C33C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $60.00 |
| 15% Commission | ($9.00) |
| Listing Fee | $0.00 |
| **Total** | **$51.00** |

---

**Lot 2-62256**
**TCL 55S446 FlatScreen TV 55”**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** C23C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $138.00 |
| 15% Commission | ($20.70) |
| Listing Fee | $0.00 |
| **Total** | **$117.30** |


*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62257**
**Lot of (3) Ridgid Shop Vacuums**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $110.00 |
| 15% Commission | ($16.50) |
| Listing Fee | $0.00 |
| **Total** | **$93.50** |

**Lot 2-62258**
**Lot of (4) Pump Sprayers 2 Backpack, 2 Cannister**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $50.00 |
| 15% Commission | ($7.50) |
| Listing Fee | $0.00 |
| **Total** | **$42.50** |

**Lot 2-62259**
**Wheelbarrow filled with Miscellaneous Tools and Hardware**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $135.00 |
| 15% Commission | ($20.25) |
| Listing Fee | $0.00 |
| **Total** | **$114.75** |

**Lot 2-62276**
**Wheelbarrow filled with Miscellaneous Tools and Hardware**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $103.00 |
| 15% Commission | ($15.45) |
| Listing Fee | $0.00 |
| **Total** | **$87.55** |

**Lot 2-62277**
**Wheelbarrow filled with Miscellaneous Tools and Hardware**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $125.00 |
| 15% Commission | ($18.75) |
| Listing Fee | $0.00 |
| **Total** | **$106.25** |



MIEDEMA'S **REPOCAST**

***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62278**
**Wheelbarrow filled with Miscellaneous Tools and Hardware**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $145.00 |
| 15% Commission | ($21.75) |
| Listing Fee | $0.00 |
| **Total** | **$123.25** |

---

**Lot 2-62279 ***
**Wheelbarrow filled with Miscellaneous Tools and Hardware**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $142.00 |
| 15% Commission | ($21.30) |
| Listing Fee | $0.00 |
| **Total** | **$120.70** |

---

**Lot 2-62280 ***
**Lot of Ties Down Straps, Straps, Chains and Binders**

Court Seizure, Came from a working Environment.
ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $125.00 |
| 15% Commission | ($18.75) |
| Listing Fee | $0.00 |
| **Total** | **$106.25** |

---

**Lot 2-62281**
**Lot of Miscellaneous Portable Electric Lighting**

Court Seizure, Came from a working Environment.
ELequip

**Secondary Whse Location:** Warehouse west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $45.00 |
| 15% Commission | ($6.75) |
| Listing Fee | $0.00 |
| **Total** | **$38.25** |



601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62284 ***
**Metal desk with wood top and chair 66” wide x 30” deep x 29” tallCourt Seizure, Came from a...**

Metal desk with wood top and chair 66” wide x 30” deep x 29” tallCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $10.00 |
| 15% Commission | ($1.50) |
| Listing Fee | $0.00 |
| **Total** | **$8.50** |

---

**Lot 2-62285**
**50 gallon Dewalt job box filled with miscellaneous hand tools, nails, screws, caulk, bolt cutters...**

50 gallon Dewalt job box filled with miscellaneous hand tools, nails, screws, caulk, bolt cutters, whole saw bits, grease guns, new Dewalt trickle charger, whole saw, hammers, Dewalt charger, clamps, brooms, paint rollers, Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C13C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $75.00 |
| 15% Commission | ($11.25) |
| Listing Fee | $0.00 |
| **Total** | **$63.75** |

---

**Lot 2-62286 ***
**Hayward H150FDM pool heater**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C13C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $115.00 |
| 15% Commission | ($17.25) |
| Listing Fee | $0.00 |
| **Total** | **$97.75** |

---

**Lot 2-62287**
**Pallet filled with miscellaneous items such as bug killer, caulk guns, air hoses, roofing nails,...**

Pallet filled with miscellaneous items such as bug killer, caulk guns, air hoses, roofing nails, self leveling sealant, tiewire, ear plugs, knee pads, pvc cement, gate hinges, garden supply flags, first aid kit, nails, garden stakesCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $25.00 |
| 15% Commission | ($3.75) |
| Listing Fee | $0.00 |
| **Total** | **$21.25** |


*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62288 ***
**Pallet full of miscellaneous items such as paint, nails, snow brush, metal glad cable, cut off...**

Pallet full of miscellaneous items such as paint, nails, snow brush, metal glad cable, cut off wheels, screw, transformer, few hand tools, nails, caster wheels, metal paint trays, pvc elbow, caulkCourt Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $25.00 |
| 15% Commission | ($3.75) |
| Listing Fee | $0.00 |
| **Total** | **$21.25** |

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

---

**Lot 2-62289 ***
**Pallet full of miscellaneous cleaning supplies and solvent such as title foam, acetone, grout,...**

Pallet full of miscellaneous cleaning supplies and solvent such as title foam, acetone, grout, paint thinner, paint remover, Court Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $25.00 |
| 15% Commission | ($3.75) |
| Listing Fee | $0.00 |
| **Total** | **$21.25** |

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

---

**Lot 2-62290**
**Pallet of miscellaneous concrete tools such as brooms, levels rakes, foam boarders, trowels,...**

Pallet of miscellaneous concrete tools such as brooms, levels rakes, foam boarders, trowels, nails levelersCourt Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $190.00 |
| 15% Commission | ($28.50) |
| Listing Fee | $0.00 |
| **Total** | **$161.50** |

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

---

**Lot 2-62291 ***
**Pallet full of miscellaneous cat products such oil, filters gear oils, maintenance books, also 2...**

Pallet full of miscellaneous cat products such oil, filters gear oils, maintenance books, also 2 new bumpers, freightliner grill and 2 trailer tires (205/75r15)Court Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $75.00 |
| 15% Commission | ($11.25) |
| Listing Fee | $0.00 |
| **Total** | **$63.75** |

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62292 ***
**Pallet full of miscellaneous items such as some and tools, pool vacuums, nails, screws, few...**

Pallet full of miscellaneous items such as some and tools, pool vacuums, nails, screws, few ratchet straps, concrete float, air lift vacuum, jointing sand, levelsCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $10.00 |
| 15% Commission | ($1.50) |
| Listing Fee | $0.00 |
| **Total** | **$8.50** |

---

**Lot 2-62293**
**Pallet full of miscellaneous items such as new Hayward automatic chemical feeder, pool cover pump...**

Pallet full of miscellaneous items such as new Hayward automatic chemical feeder, pool cover pump, sup pump, Hayward pvc adapters, plastic pool covers, flow meter, rope, caulk guns, pool pump filter housing, truck headlights Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $140.00 |
| 15% Commission | ($21.00) |
| Listing Fee | $0.00 |
| **Total** | **$119.00** |

---

**Lot 2-62294 ***
**Pallet full of miscellaneous items such as garrden weed stop, pvc connectors, plastic pool caps,...**

Pallet full of miscellaneous items such as garrden weed stop, pvc connectors, plastic pool caps, aluminum deck anchors, hand held seeder, tree tie welding rope, small bucket of hand tools, roll of black tar paper, gloss sealerCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |


***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62295 ***
**Pallet filled with miscellaneous pool pumps, power supply box and ropeCourt Seizure, Came from a...**

Pallet filled with miscellaneous pool pumps, power supply box and ropeCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |

---

**Lot 2-62296 ***
**Pallet full of miscellaneous items such as sup pumps, weed burrier, bucket of nails, control...**

Pallet full of miscellaneous items such as sup pumps, weed burrier, bucket of nails, control units, bags, contact cement, few hand tools, ratchet straps, brackets, air lift vacuum, polymeric sandCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $10.00 |
| 15% Commission | ($1.50) |
| Listing Fee | $0.00 |
| **Total** | **$8.50** |

---

**Lot 2-62312**
**Lot of Miscellaneous Hose**

Water Hose, Air Hose, Pool Hose, Etc. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $20.00 |
| 15% Commission | ($3.00) |
| Listing Fee | $0.00 |
| **Total** | **$17.00** |

---

**Lot 2-62313**
**Lot of Miscellaneous 2” and 3” Discharge Hose**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $150.00 |
| 15% Commission | ($22.50) |
| Listing Fee | $0.00 |
| **Total** | **$127.50** |



*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62314**
**Lot of (6) Submersible Pumps, Various Manufacturers**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $100.00 |
| 15% Commission | ($15.00) |
| Listing Fee | $0.00 |
| **Total** | **$85.00** |

**Lot 2-62315**
**Lot of (4) Used Pool Pumps**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $25.00 |
| 15% Commission | ($3.75) |
| Listing Fee | $0.00 |
| **Total** | **$21.25** |

**Lot 2-62316**
**Lot of 2” and 3” PVC Intake Hose**

2 sections at 2”, and 2 sections at 3”. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $155.00 |
| 15% Commission | ($23.25) |
| Listing Fee | $0.00 |
| **Total** | **$131.75** |

**Lot 2-62317 ***
**Lot of Miscellaneous PVC Pipe Fittings**

6 Totes, 2 Bags, and 1 Tub. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $135.00 |
| 15% Commission | ($20.25) |
| Listing Fee | $0.00 |
| **Total** | **$114.75** |

**Lot 2-62318**
**Lot of Miscellaneous Galvanized Pipe and Schedule 40 Rigid PVC**

Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Behind the warehouse
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $15.00 |
| 15% Commission | ($2.25) |
| Listing Fee | $0.00 |
| **Total** | **$12.75** |

*Call us at +16162614988*

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62319**
**Stihl MS271 Chainsaw with 20" blade**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C10C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $300.00 |
| 15% Commission | ($45.00) |
| Listing Fee | $0.00 |
| **Total** | **$255.00** |

**Lot 2-62320**
**Stihl TS429 Concrete Cut-Off Saw**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C10C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $601.00 |
| 15% Commission | ($90.15) |
| Listing Fee | $0.00 |
| **Total** | **$510.85** |

**Lot 2-62321**
**Stihl MS361 Chainsaw with 20" Blade**

Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C9C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $210.00 |
| 15% Commission | ($31.50) |
| Listing Fee | $0.00 |
| **Total** | **$178.50** |

**Lot 2-62322** *
**Pallet full of miscellaneous items such as concrete adhesive, spray foam, water line flags, pvc...**

Pallet full of miscellaneous items such as concrete adhesive, spray foam, water line flags, pvc spears, hiusky tool bag full of miscellaneous hand tools and pvc spears, lights, tape and single burner stove, etcCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $20.00 |
| 15% Commission | ($3.00) |
| Listing Fee | $0.00 |
| **Total** | **$17.00** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62323**
**Pallet full of miscellaneous items such as single sink, pvc elbow and connectors, 2 boxes of...**

Pallet full of miscellaneous items such as single sink, pvc elbow and connectors, 2 boxes of ultra thin wafer down lights, brackets, filters, power cords, plastic covers, few hand tools, 2 new in the box Qbrick tool boxes, box of landscape staples, landscape lighting, box of plastic wedges, aluminum platesCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $105.00 |
| 15% Commission | ($15.75) |
| Listing Fee | $0.00 |
| **Total** | **$89.25** |

---

**Lot 2-62324**
**Pallet full of miscellaneous Hayward pool equipment such as steps, lighting, cells, actuators,...**

Pallet full of miscellaneous Hayward pool equipment such as steps, lighting, cells, actuators, scrubbers, brushes, skimmers, pvc elbow and connectors, many transformersCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C31C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $277.00 |
| 15% Commission | ($41.55) |
| Listing Fee | $0.00 |
| **Total** | **$235.45** |

---

**Lot 2-62325**
**Pallet full of miscellaneous items such as 2 engine stands, pressure kit, miscellaneous items...**

Pallet full of miscellaneous items such as 2 engine stands, pressure kit, miscellaneous items tools, sponges, tape, sub pumps, road triangles, 2 triangle stands Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C32C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $95.00 |
| 15% Commission | ($14.25) |
| Listing Fee | $0.00 |
| **Total** | **$80.75** |


***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62326 ***
**Pallet full of miscellaneous items such as 3 open boxes of tiles, 11 tubes of pool and spa...**

Pallet full of miscellaneous items such as 3 open boxes of tiles, 11 tubes of pool and spa silicone, sprinkler heads, pvc spears, mop bucket and chair. Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C35C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $30.00 |
| 15% Commission | ($4.50) |
| Listing Fee | $0.00 |
| **Total** | **$25.50** |

---

**Lot 2-62327**
**Pallet with Dewalt power washer and kushlan concrete mixerPower washer pull cord will not go back...**

Pallet with Dewalt power washer and kushlan concrete mixerPower washer pull cord will not go back in, concrete mixer motor cover missing Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $110.00 |
| 15% Commission | ($16.50) |
| Listing Fee | $0.00 |
| **Total** | **$93.50** |

---

**Lot 2-62328 ***
**Pallet full of miscellaneous items such as welding mask, aluminum dust pan, finishing samples,...**

Pallet full of miscellaneous items such as welding mask, aluminum dust pan, finishing samples, aluminum dolly, rope, definite purpose contractor, number stickers, grass seed, pool salt, ring compressor Court Seizure, Came from a working Environment. ELequip

**Warehouse Location:** C37C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |

---

**Lot 2-62329 ***
**Pallet with 2 Tonneau Covers 1 roll up, 1 trifold Roll up 7ft long x 63" wideTrifold 74" long x...**

Pallet with 2 Tonneau Covers 1 roll up, 1 trifold Roll up 7ft long x 63" wideTrifold 74" long x 5ft wideCourt Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Overhang
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

---

**Lot 2-62330 ***
**Pallet full of miscellaneous items such as microwave, few hand tools, pvc connectors and elbow...**

Pallet full of miscellaneous items such as microwave, few hand tools, pvc connectors and elbow and few other miscellaneous itemsCourt Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $5.00 |
| 15% Commission | ($0.75) |
| Listing Fee | $0.00 |
| **Total** | **$4.25** |

**Warehouse Location:** C38C (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

---

**Lot 2-62331 ***
**5 new in the box Amazon basic lightweight aluminum tripodCourt Seizure, Came from a working...**

5 new in the box Amazon basic lightweight aluminum tripodCourt Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $15.00 |
| 15% Commission | ($2.25) |
| Listing Fee | $0.00 |
| **Total** | **$12.75** |

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

---

**Lot 2-62346**
**Pallet full of miscellaneous items such as generator (non running), cones, sawhorses/jobsite...**

Pallet full of miscellaneous items such as generator (non running), cones, sawhorses/jobsite table, pvc elbow and connectors, 6' spacer set caulk, pvc spears, few hand toolsCourt Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $151.00 |
| 15% Commission | ($22.65) |
| Listing Fee | $0.00 |
| **Total** | **$128.35** |

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

---

**Lot 2-62347 ***
**Pallet full of miscellaneous items such as plexiglass, rock salt, joint compound, pvc ends and...**

Pallet full of miscellaneous items such as plexiglass, rock salt, joint compound, pvc ends and connectors , grass seed, gate HingesCourt Seizure, Came from a working Environment. ELequip

| | Amount |
|---|---|
| Sale Price | $20.00 |
| 15% Commission | ($3.00) |
| Listing Fee | $0.00 |
| **Total** | **$17.00** |

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462



***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

**Payout Information**

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

**Consignor Information**

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62348**
**Pallet full of miscellaneous items such as large sheet of plexiglass, pvc pipes, pool rails, tarp...**

Pallet full of miscellaneous items such as large sheet of plexiglass, pvc pipes, pool rails, tarp caulk, large filter/screen, surface deactivatorCourt Seizure, Came from a working Environment. ELequip

**Warehouse Location:** Hoop Building (inside)
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| Sale Price | $20.00 |
| 15% Commission | ($3.00) |
| Listing Fee | $0.00 |
| **Total** | **$17.00** |

**No Sale Lots**

**Lot 2-62094**
**2022 South Georgia Cargo SG8524TA3 Enclosed Trailer 26'**

***NO LONGER AVAILABLE FOR BIDDING***Cables are missing from pulleys on back door, door is heavy, use caution when opening. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Back Forty North fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Picked Up:** 04/24/2024 @ 3:33 PM

**VIN#:** 54GVC24T5N7056381

| | Amount |
|---|---|
| **Total** | **$0.00** |

**Lot 2-62095**
**2021 South Georgia Cargo SG8524TA3 Enclosed Trailer 26'**

***NO LONGER AVAILABLE FOR BIDDING***Trailer electrical harness has been cut off. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Back Forty North Fence
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

**Picked Up:** 04/24/2024 @ 3:33 PM

**VIN#:** 54AGVC24T0M7052074

| | Amount |
|---|---|
| **Total** | **$0.00** |



**Statement #334723 (151)** Page 40 / 41

***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

**Lot 2-62193**
**1998-2004 Ford Mustangs**

New in the box 1998-2094 ford mustang fuse box cover. Court Seizure, Came from a working Environment. ELequip

**Secondary Whse Location:** Warehouse grey rack west wall
**Selling Location:** 1350 N. Ortonville Road, Ortonville, MI 48462

| | Amount |
|---|---|
| No Bid Fee | $0.00 |
| **Total** | **$0.00** |

**ADDITIONAL EXPENSES**

| | Total |
|---|---|
| Marketing Fee (S) | ($1,000.00) |
| SOS Lookup Fee (S) - 2020 Formula vin look up | ($20.00) |
| Pickup Fee (S) | ($5,525.00) |
| **Total** | **($6,545.00)** |

**AUCTION STATS**

| | |
|---|---|
| **# of Auction Views:** | 21542 |
| **# of States Bids Received From:** | 14 |

| | |
|---|---|
| Sales Total | $123,658.00 |
| Less Commission | $13,672.92 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $6,545.00 |
| **Statement Total** | **$103,440.08** |
| Check: Personal/Business (#242348) 05/20/2024 11:24 AM (Jenna Bouwman) | $103,440.08 |
| **Amt. Payable to Seller** | **$0.00** |



***Call us at +16162614988***

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 81-2024
**Auction Date:** 05/07/2024
**Auction Title:** Construction/Heavy Equipment & Commercial Lawn Equipment Auction 5/7/24

## Payout Information

**Steinberg, Shapiro & Clark / Mark Shapiro, Chapter 7 Trustee**
25925 Telegraph Rd
Southfield, MI 48033

## Consignor Information

**Mark Shapiro, Chapter 7 Trustee**
**Steinberg, Shapiro & Clark**
25925 Telegraph Rd

Suite 203
Southfield, MI 48033

CID:604416
Work: (248) 352-4700

### MIEDEMA COMPANIES

Corporate Office
Byron Center, MI 49315
Phone: (616) 538-0367

Orbitbid.com
Rangerbid.com
SSLFirearms.com
LASTBIDrealestate.com
Miedema Appraisals, Inc.
Miedema Auctineering, Inc.
Online-AuctionSoftware.com, Inc.

### Repocast.com Wayland

3450 12th Street
Wayland, MI 49348
Phone: (616) 261-4982
Phone: (866) 550-7376
Fax: (269) 792-0188
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 4:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 12:00 PM - 8:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time

### Repocast.com Gaylord

5216 Old 27 N
Gaylord, MI 49735
Work: (989) 705-9005
Email: questionsgaylord@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 4:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 12:00 PM - 8:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: CLOSED
Sunday: CLOSED

All Times Are Eastern Standard Time

### Repocast.com Byron Center

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 4:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 12:00 PM - 8:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time

### Repocast.com Ortonville Location

1350 N. Ortonville Road
Ortonville, MI 48462
Phone: (248) 804-3490
Phone: (866) 550-7376
Fax: (248) 627-5300
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 4:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 12:00 PM - 8:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time