UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,　　　　　　　　　　Case No. 23-46912-TJT
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　Debtor.　　　　　　　　　　　　Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF NO RESPONSE

Chapter 7 Trustee Mark H. Shapiro certifies that more than 17 days have passed since he filed and served his Motion for Order Deeming Cargo Trailers as Property of the Bankruptcy Estate and no responses or objections have been timely filed. Accordingly, the Court may enter the proposed Order Deeming Cargo Trailers and Property of the Bankruptcy Estate without a hearing.

　　　　　　　　　　　　　　　　　　Steinberg Shapiro & Clark


　　　　　　　　　　　　　　　　　　/s/ Tracy M. Clark (P60262)
　　　　　　　　　　　　　　　　　　Attorney for Trustee
　　　　　　　　　　　　　　　　　　25925 Telegraph Road, Suite 203
　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　(248) 352-4700
　　　　　　　　　　　　　　　　　　clark@steinbergshapiro.com
Date:　August 19, 2024