UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In RE:  Case No. 23-46912

Exigent Landscaping, LLC

_____/

## NOTICE OF CREDITOR NOTICING ADDRESS CHANGE

The creditors in the above-entitled case do hereby request that the noticing address listed in the above stated case be changed;

FROM:
IOU Central, Inc.

c/o Aubrey Thrasher, LLC

12 Powder Springs Street, Suite 240

Marietta, GA 30064

TO:
IOU Central, Inc.

c/o Aubrey Thrasher, LLC

3050 Peachtree Road NW, Suite 240

Atlanta, GA 30305

❏ Change Creditor(s) Address on Adversary Case(s) if applicable

Adversary Case No._____

Date: 10/31/2024

_____
Creditor Signature