# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 23-46912 | | Trustee Name: | Mark H. Shapiro |
| Case Name: | EXIGENT LANDSCAPING, LLC | | Date Filed (f) or Converted (c): | 02/12/2024 (c) |
| For the Period Ending: | 03/31/2025 | | §341(a) Meeting Date: | 04/01/2024 |
| | | | Claims Bar Date: | 05/20/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Huntington Bank DIP (u) | $4,859.02 | $4,859.02 | | $4,859.02 | FA |
| 2 | 23 Mile Storage, LLC security deposit | $6,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will be applied to rent | | | | | |
| 3 | Accounts receivable | $185,000.00 | $5,000.00 | | $5,000.00 | FA |
| 4 | Raw material (gravel, sand, pavers) | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. office furniture, incl conference table, 4 desks, 12 chairs | $1,000.00 | $0.00 | | $13.50 | FA |
| 6 | Office equipment, incl computer equipment and communication systems equipment and software Misc. office equipment including 2 laptop and 1 TV (not working) | $3,000.00 | $0.00 | | $168.30 | FA |
| Asset Notes: | Amendment filed 3/18/2024 [docket no. 184] changing description | | | | | |
| 7 | 2020 Hino 268A Dump Truck | $75,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Secured creditor picked up | | | | | |
| 8 | (2) 20" Trailer, 18" Trailer, 16" Trailer, 8" Trailer | $13,000.00 | $0.00 | | $15,088.75 | FA |
| Asset Notes: | Order Deeming Cargo Trailers as Property of the Bankruptcy Estate entered 8/19/2024 [docket no. 229] Motion for Order Deeming Cargo Trailers as Property of the Bankruptcy Estate filed 7/30/2024 [docket no. 227] Amendment filed 3/18/2024 [docket no. 184] changing 10" to 8" and increasing value from $11,000 to $13,000 | | | | | |
| 9 | GMC 4500Truck | $39,000.00 | $0.00 | | $0.00 | FA |
| 10 | 3 Trailers | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amendment filed 3/18/2024 [docket no. 184] removing asset but believe there are still assets | | | | | |
| 11 | 2 Vacuum Paver Lifters | $1,500.00 | $0.00 | | $0.00 | FA |
| 12 | 2020 Chevrolet Silverado (u) | $0.00 | $3,055.41 | | $3,055.41 | FA |
| Asset Notes: | Surplus after sale of vehicle from GM Financial Secured creditor picked up | | | | | |
| 13 | 2021 Chevrolet Silverado Medium | $54,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Secured creditor picked up | | | | | |
| 14 | 2019 Chevrolet Silverado | $32,000.00 | $0.00 | | $0.00 | FA |
| 15 | 2019 Sierra Limited | $33,000.00 | $0.00 | | $0.00 | FA |
| 16 | 2018 GMC Van | $35,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Secured creditor picked up | | | | | |
| 17 | Caterpillar 301.7-05CR Hydraulic Excavator | $30,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Secured creditor picked up | | | | | |
| 18 | Caterpillar 303.5E2CR Hydraulic Excavator | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Secured creditor picked up | | | | | |
| 19 | Caterpillar 308E2CRSB Hydraulic Excavator | $45,000.00 | $0.00 | | $35,126.00 | FA |
| Asset Notes: | Auctioning | | | | | |
| 20 | Caterpillar 299D3 Compact Track Loader | $100,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Secured creditor picked up | | | | | |

| | SUBTOTALS | $0.00 | | $0.00 | |
|---|---|---|---|---|---|

| Case No.: | 23-46912 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | EXIGENT LANDSCAPING, LLC | | | Date Filed (f) or Converted (c): | 02/12/2024 (c) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 04/01/2024 |
| | | | | Claims Bar Date: | 05/20/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21  279D3 Compact Track Loader | $80,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured creditor picked up | | | | | |
| 22  279D3 Compact Track Loader | $80,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured creditor picked up | | | | | |
| 23  279D3 Compact Track LoaderSecured creditor picked up | $80,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured creditor picked up | | | | | |
| 24  2019 Caterpillar 259 Compact Track Loader | $45,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured creditor picked up | | | | | |
| 25  Caterpillar 252B3 Compact Track Loader | $15,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured creditor picked up | | | | | |
| 26  Topsoil Screener | $6,000.00 | $0.00 | | $6,128.00 | FA |
| 27  1 Toro Dingo | $20,000.00 | $0.00 | | $15,975.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] changing from 2 Toro Dingos to 1 and reducing value from $30,000 to $20,000 | | | | | |
| 28  Large Tamper | $5,000.00 | $0.00 | | $0.00 | FA |
| 29  5 Small Tampers | $5,000.00 | $0.00 | | $0.00 | FA |
| 30  2 cement saws, 2 chainsaw cement, hand saw | $2,500.00 | $0.00 | | $2,708.60 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] changing description | | | | | |
| 31  Rebar cutter and tier | $4,000.00 | $0.00 | | $306.00 | FA |
| 32  2 Compressors | $500.00 | $0.00 | | $244.25 | FA |
| 33  Misc. pool equipment and supplies | $2,000.00 | $0.00 | | $127.50 | FA |
| 34  Misc. hand tools | $4,000.00 | $0.00 | | $1,611.75 | FA |
| 35  Mud Buggy | $15,000.00 | $0.00 | | $12,425.00 | FA |
| 36  Cause of action against Natalie Powers, Geoff Wilson, and Eli Zahka (contract) | Unknown | $0.00 | | $0.00 | FA |
| 37  Possible insurance claim for stolen equipment | Unknown | $0.00 | | $0.00 | FA |
| 38  2016 Ford F250 (u) | $7,000.00 | $7,500.00 | | $7,500.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] listing scheduled value of $7,000  Order Authorzing Debtor to Sell 2016 Ford F 250 entered 1/22/2024 [docket no. 139] | | | | | |
| 39  3 Monitors (u) | $1,500.00 | $0.00 | | $51.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 40  1 TV, 1 large refrigerator, 1 hibachi grille, 4 propane tanks, 2 tables (u) | $2,000.00 | $0.00 | | $300.05 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 41  1 canon image tm-300 printer (u) | $1,500.00 | $0.00 | | $875.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 42  2006 Ford Ranger (u) | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 43  2012 GMC 2500 (u) | $5,000.00 | $0.00 | | $4,401.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 44  2016 GMC 3500 (u) | $30,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| SUBTOTALS | | | | $0.00 | $0.00 |

| Case No.: | 23-46912 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | EXIGENT LANDSCAPING, LLC | | | Date Filed (f) or Converted (c): | 02/12/2024 (c) |
| | | | | §341(a) Meeting Date: | 04/01/2024 |
| For the Period Ending: | 03/31/2025 | | | Claims Bar Date: | 05/20/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 45 | Rigid Tile Cutter (u) | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 46 | 2 Power Washers (u) | $1,250.00 | $0.00 | | $366.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 47 | 3 Wheel barrows (u) | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 48 | 2 electric cement mixers (u) | $1,000.00 | $0.00 | | $165.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 49 | (2) gas and (1) electrical water pump (u) | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 50 | 1 Auger Skid Steer Attachment (u) | $1,000.00 | $0.00 | | $2,725.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 51 | 2 Toro Snowblowers (u) | $1,000.00 | $0.00 | | $55.25 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 52 | 1 Stihl chainsaw (u) | $250.00 | $0.00 | | $433.50 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 53 | Redmax shrub timers (u) | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 54 | Shop tools and tool boxes and supplies (u) | $2,500.00 | $0.00 | | $176.80 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 55 | Hydraulic oil and motor oil 10 gallon (u) | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 56 | 1 150 btu Hayford heater (u) | $1,400.00 | $0.00 | | $97.75 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 57 | (2) Commercial Pumps 7.0 hp (u) | $6,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 58 | 45 empty Pallets (u) | $1,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amendment filed 3/18/2024 [docket no. 184] adding asset | | | | | |
| 59 | Refund of bond from Charter Township of Harrison (u) | $300.00 | $300.00 | | $300.00 | FA |
| 60 | Fifth Third Bank x5426 | $0.00 | $0.00 | | $0.00 | FA |
| 61 | Fifth Third Bank x4139 | $0.00 | $0.00 | | $0.00 | FA |
| 62 | First State Bank x6613 | $10,244.34 | $0.00 | | $0.00 | FA |
| 63 | Fifth Third Bank x2630 | $0.00 | $0.00 | | $0.00 | FA |
| 64 | First State Bank #7428 | $70,000.00 | $0.00 | | $0.00 | FA |
| 65 | First State Bank #6580 | $2,900.00 | $0.00 | | $0.00 | FA |
| 66 | 2017 GMC Sierra Truck 3500 and 2015 Chevrolet Silverado 2500 Truck | $70,000.00 | $0.00 | | $0.00 | FA |
| 67 | Building bond refund from 14363 Knightsbridge (u) | $100.00 | $100.00 | | $100.00 | FA |
| 68 | Refund of pool bond permit (u) | $2,000.00 | $2,000.00 | | $2,000.00 | FA |
| 69 | Equipment found at facility | $50,000.00 | $50,000.00 | | $30,952.75 | FA |
| 70 | Preference - SCP Distributors (u) | $215,123.87 | $215,123.87 | | $0.00 | $215,123.87 |
| **Asset Notes:** | Adversary 16-01220 24 [Docket 24226] Filed 04/21/25 54-04F 26 Entered 04/21/25 20:48:27 Page 3 of 9 | | | | | |
| | | | | **SUBTOTALS** | $0.00 | $0.00 |

| Case No.: | 23-46912 | | | Trustee Name: | Mark H. Shapiro |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EXIGENT LANDSCAPING, LLC | | | Date Filed (f) or Converted (c): | 02/12/2024 (c) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 04/01/2024 |
| | | | | Claims Bar Date: | 05/20/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Demand letter sent | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$1,542,427.23     $287,938.30          $153,336.18     $215,123.87

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 02/24/2025 | Adversary Proceeding Scheduling Order entered |
| | Joint Final Pretrial Order prepared in accordance and submitted to the Judge no later than five days before the Final Pretrial Conference |
| | Mediation not later than July 28, 2025 |
| 02/10/2025 | 26f Report filed |
| 01/30/2025 | Notice of Initial Scheduling Conference in an Adversary Proceeding scheduled for 02/24/2025 at 9 am [docket no. 8] |
| 12/30/2024 | Adversary filed 12/30/2024 [docket no. 236] = adversary proceeding 24-04445-tjt |
| 11/06/2024 | Preference demand letter sent |
| 08/19/2024 | Order Deeming Cargo Trailers as Property of the Bankruptcy Estate entered [docket no. 229] |
| 07/30/2024 | Motion for Order Deeming Cargo Trailers as Property of the Bankruptcy Estate filed 7/30/2024 [docket no. 227] |
| 04/24/2024 | Order Authorizing Trustee to Auction Asset Free and Clear of Liens, Claims, and Interests With All Liens, Claims, and Interests Attaching To The Proceeds of Sale entered 4/24/2024 [docket no. 210] |
| 03/26/2024 | Order Authorizing Surcharge entered [docket no. 200] |
| 03/22/2024 | Order Approving Trustee's Employment of Auctioneer entered [docket no. 195] |
| 02/29/2024 | Liquidation of assets |

| | | | |
| --- | --- | --- | --- |
| Initial Projected Date Of Final Report (TFR): | 01/31/2026 | /s/ MARK H. SHAPIRO | |
| Current Projected Date Of Final Report (TFR): | 01/31/2026 | MARK H. SHAPIRO | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 23-46912 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | EXIGENT LANDSCAPING, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5176 | | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2024 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2024 | (1) | The Huntington National Bank | Turnover of funds in account as of the date requested. | 1129-000 | $3,359.02 | | $3,359.02 |
| 03/07/2024 | (1) | HUNTINGTON NATIONAL BANK | Zelle payment made to the Huntington account after the closing process started | 1129-000 | $1,500.00 | | $4,859.02 |
| 03/07/2024 | (38) | RONALD F. HEITMANN ANNE HEITMANN | Payment towards the 2016 Ford F250 per court order entered 1/22/2024 [docket no. 139] | 1129-000 | $1,000.00 | | $5,859.02 |
| 03/08/2024 | (3) | J & J Landscaping LLC | Payment from J & J Landscaping | 1121-000 | $2,500.00 | | $8,359.02 |
| 03/11/2024 | (38) | Roberto Saladrigas | Balance of proceeds of the 2016 Ford F250 per court order entered 1/22/2024 [docket no. 139] (Bank recorded as $65 and a credit was issued $6,435.00) | 1129-000 | $6,500.00 | | $14,859.02 |
| 03/15/2024 | (3) | J & J LANDSCAPING LLC | Balance of payment from J & J Landscaping | 1121-000 | $2,500.00 | | $17,359.02 |
| 03/21/2024 | (59) | CHARTER TOWNSHIP OF HARRISON | Bond refund from Charter Township of Harrison | 1229-000 | $300.00 | | $17,659.02 |
| 03/25/2024 | (12) | General Motors Financial Company Inc | Surplus after secured creditor, General Motors Financial Company Inc. sold repossessed vehicle | 1229-000 | $3,055.41 | | $20,714.43 |

| | | | | SUBTOTALS | $20,714.43 | $0.00 |

23-46912-tjt  Doc 242  Filed 04/21/25  Entered 04/21/25 20:48:27  Page 5 of 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 23-46912 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | EXIGENT LANDSCAPING, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5176 | | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2024 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2024 | | REPOCAST.COM INC | Auction proceeds | * | $103,440.08 | | $124,154.51 |
| | {5} | | Proceeds of office furniture $13.50 | 1129-000 | | | $124,154.51 |
| | | | Auctioneer Fees ($13,672.92) | 3610-000 | | | $124,154.51 |
| | | | Auctioneer expenses ($6,545.00) | 3992-000 | | | $124,154.51 |
| | {6} | | Proceeds of office equipment, etc. $168.30 | 1129-000 | | | $124,154.51 |
| | {8} | | Proceeds of trailers $8,225.00 | 1129-000 | | | $124,154.51 |
| | {19} | | Proceeds of Caterpillar equipment $35,126.00 | 1129-000 | | | $124,154.51 |
| | {26} | | Proceeds of topsoil screener $6,128.00 | 1129-000 | | | $124,154.51 |
| | {27} | | Proceeds of dingo $15,975.00 | 1129-000 | | | $124,154.51 |
| | {30} | | Proceeds of cement saws, chainsaw cement, and hand saw $2,708.60 | 1129-000 | | | $124,154.51 |
| | {31} | | Proceeds of Rebar cutter and tier $306.00 | 1129-000 | | | $124,154.51 |
| | {32} | | Proceeds from compressors $244.25 | 1129-000 | | | $124,154.51 |
| | {33} | | Proceeds of misc. pool equipment and supplies $127.50 | 1129-000 | | | $124,154.51 |
| | {34} | | Proceeds of misc. hand tools $1,611.75 | 1129-000 | | | $124,154.51 |
| | {35} | | Proceeds of Mud Buggy $12,425.00 | 1129-000 | | | $124,154.51 |
| | {39} | | Proceeds of monitors $51.00 | 1229-000 | | | $124,154.51 |
| | {40} | | Proceeds of 1 TV, 1 large refrigerator, 1 hibachi grille, 4 propane tanks, 2 tables $300.05 | 1229-000 | | | $124,154.51 |
| | {41} | | Proceeds of 1 canon image tm-300 printer $875.00 | 1229-000 | | | $124,154.51 |
| | {43} | | Proceeds of 2012 GMC 2500 $4,401.00 | 1229-000 | | | $124,154.51 |
| | {46} | | Proceeds of power washers $366.00 | 1229-000 | | | $124,154.51 |
| | {48} | | Proceeds of electric cement mixers $165.00 | 1229-000 | | | $124,154.51 |
| | {50} | | Proceeds of 1 Auger Skid Steer Attachment $2,725.00 | 1229-000 | | | $124,154.51 |
| | {51} | | Proceeds of 2 Toro Snowblowers $55.25 | 1229-000 | | | $124,154.51 |
| | {52} | | Proceeds of Stihl chainsaw $433.50 | 1229-000 | | | $124,154.51 |
| | | | **SUBTOTALS** | | $103,440.08 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 23-46912 | | | **Trustee Name:** | | Mark H. Shapiro |
| **Case Name:** | EXIGENT LANDSCAPING, LLC | | | **Bank Name:** | | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***5176 | | | **Checking Acct #:** | | ******0125 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | Checking Account |
| **For Period Beginning:** | 04/01/2024 | | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 03/31/2025 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | {54} | | Proceeds of shop tools and tools boxes and supplies $176.80 | 1229-000 | | | $124,154.51 |
| | {56} | | Proceeds of 1 150 btu Hayford heater $97.75 | 1229-000 | | | $124,154.51 |
| | {69} | | Misc equipment $30,952.75 | 1229-000 | | | $124,154.51 |
| 05/30/2024 | 6001 | Caterpillar Financial Services Corporation | Payment on Secured Claim per court order entered 5/23/2024 [docket no. 5/23/2024] | 4110-000 | | $20,000.00 | $104,154.51 |
| 07/08/2024 | (67) | Charter Township of Shelby | Building bond refund from Charter Township of Shelby of 14363 Knightsbridge | 1229-000 | $100.00 | | $104,254.51 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $149.92 | $104,104.59 |
| 08/09/2024 | (68) | Macomb Township | Refund of pool permit from Macomb Township | 1229-000 | $1,000.00 | | $105,104.59 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $150.83 | $104,953.76 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $131.19 | $104,822.57 |
| 10/07/2024 | (68) | Macomb Township | Refund of permit fee | 1229-000 | $1,000.00 | | $105,822.57 |
| 10/28/2024 | (8) | REPOCAST.COM INC | Sale proceeds of trailer | 1129-000 | $6,863.75 | | $112,686.32 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $133.14 | $112,553.18 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $140.69 | $112,412.49 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $140.51 | $112,271.98 |
| 01/02/2025 | 6002 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee fees per court order entered 1/2/2025 [docket no. 241] | 3110-000 | | $14,000.00 | $98,271.98 |
| 01/02/2025 | 6003 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee expenses per court order entered 1/2/2025 [docket no. 241] | 3120-000 | | $861.68 | $97,410.30 |
| 01/02/2025 | 6004 | Insurance Partners | Bond premium | 2300-000 | | $59.07 | $97,351.23 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $122.82 | $97,228.41 |
| 02/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $121.53 | $97,106.88 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $121.38 | $96,985.50 |
| | | | | **SUBTOTALS** | **$8,963.75** | **$36,132.76** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 23-46912 | Trustee Name: Mark H. Shapiro |
| Case Name: | EXIGENT LANDSCAPING, LLC | Bank Name: Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5176 | Checking Acct #: ******0125 |
| Co-Debtor Taxpayer ID #: | | Account Title: Checking Account |
| For Period Beginning: | 04/01/2024 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 03/31/2025 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $133,118.26 | $36,132.76 | $96,985.50 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $133,118.26 | $36,132.76 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $133,118.26 | $36,132.76 | |

**For the period of 04/01/2024 to 03/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $132,621.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $132,621.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $56,350.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56,350.68 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/26/2024 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $153,336.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $153,336.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $56,350.68 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $56,350.68 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 23-46912 | | Trustee Name: | Mark H. Shapiro |
| Case Name: | EXIGENT LANDSCAPING, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5176 | | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2024 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $133,118.26 | $36,132.76 | $96,985.50 |

**For the period of 04/01/2024 to 03/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $132,621.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $132,621.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $56,350.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56,350.68 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/26/2024 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $153,336.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $153,336.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $56,350.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56,350.68 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO