UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,                          Case No. 23-46912-TJT
                                                   Chapter 7
           Debtor.                          Hon. Thomas J. Tucker
_____/

**STIPULATED WITHDRAWAL OF CLAIM 6 FILED BY 24 CAPITAL**

       Chapter 7 Trustee Mark H. Shapiro and Claimant 24 Capital stipulate to the

withdrawal of Claim 6 filed by 24 Capital.

| Steinberg Shapiro & Clark | Berkovitch & Bouskila PLLC |
|---|---|
| /s/ Tracy M. Clark | /s/ Ariel Bouskila |
| Tracy M. Clark (P60262) | Ariel Bouskila, Partner |
| Attorney for Trustee | Attorney for 24 Capital |
| 25925 Telegraph Rd., Suite 203 | 1545 Route 202, Suite 101 |
| Southfield, MI 48033 | Pomona, NY 10970-1545 |
| (248) 352-4700 | (212) 729-1477 |
| clark@steinbergshapiro.com | ari@bblawpllc.com |