UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,   Case No. 23-46912-TJT
                            Chapter 7
         Debtor.   Hon. Thomas J. Tucker
_____/

## STIPULATED WITHDRAWAL OF CLAIM 46
## FILED BY BARAJAS ENTERPRISE LLC

Chapter 7 Trustee Mark H. Shapiro and Claimant Barajas Enterprise LLC stipulate to the withdrawal of Claim 46 filed by Barajas Enterprise LLC.

| Steinberg Shapiro & Clark | Barajas Enterprise LLC |
|---|---|
| /s/ Tracy M. Clark | /s/ Maria C. Mendoza Equiha |
| Tracy M. Clark (P60262) | Roberto Barajas Cruz, Owner |
| Attorney for Trustee | Maria C. Mendoza Equihua, Owner |
| 25925 Telegraph Rd., Suite 203 | 1217 Chandler Ave. |
| Southfield, MI 48033 | Lincoln Park, MI 48146-8238 |
| (248) 352-4700 | (559) 308-3280 |
| clark@steinbergshapiro.com | Ily8925@yahoo.com |