UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,            Case No. 23-46912-TJT
                                        Chapter 7
              Debtor.                 Hon. Thomas J. Tucker
_____/

## STIPULATED WITHDRAWAL OF CLAIM 36
## FILED BY MARIA ASHKAR & AYHAM ASHKAR

Chapter 7 Trustee Mark H. Shapiro and Claimants Maria and Ayham Ashkar stipulate to the withdrawal of Claim 36 filed by Maria Ashkar & Ayham Ashkar.

| Steinberg Shapiro & Clark | Sackllah & Associates, PLLC |
|---|---|
| /s/ Tracy M. Clark | /s/ with consent Freddy E. Sackllah |
| Tracy M. Clark (P60262) | Freddy E. Sackllah (P64888) |
| Attorney for Trustee | Attorney for Claimants |
| 25925 Telegraph Rd., Suite 203 | 23607 Farmington Rd. |
| Southfield, MI 48033 | Farmington, MI 48336 |
| (248) 352-4700 | (248) 348-5555 |
| clark@steinbergshapiro.com | fs@sackllah.com |