# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In the matter of:

**Exigent Landscaping, LLC**

Case No. **23-46912-TJT**

Chapter 7

Debtor(s)

Judge **Thomas J. Tucker**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) $0.09 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Calambas Pool Service<br>Hector Orozco<br>2654 Pearl St.<br>Detroit, MI 48209 | 42 | $0.09 |
| Total Small Dividends $5.00 or under | | $0.09 |
| | | $0.00 |

Dated: 04/16/2026

/s/ MARK H. SHAPIRO (P43134
Chapter 7 Trustee
25925 TELEGRAPH ROAD
SUITE 203
Southfield, MI 48033
Telephone : (248) 352-4700
Facsimile : (248) 352-4488